# EXHIBIT D

ARTRIDGE
NOW,
AHN LLP
NSELORS AT LAW

August 2, 2004

Danni Goulet, P.E.
Dredging Coordinator
Coastal Resources Management Council
Oliver H. Stedman Government Center
4808 Tower Hill Road, Suite 3
Wakefield, Rhode Island 02879-1900

Ronald N. Gagnon P.E.
401 Water Quality Certificate Coordinator
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, Rhode Island 02908

Dear Dan and Ron:

I am writing on behalf of Weaver's Cove Energy, LLC ("Weaver's Cove") regarding its application (the "Application") to the Coastal Resources Management Council ("CRMC") and Department of Environmental Management ("DEM") for an Assent for dredging in Rhode Island waters.

More specifically, I understand two questions have been raised regarding the Application. First, I understand that it has been requested that all engineering plans be stamped by a Rhode Island engineer. As you know, since the bulk of the dredging activity involves Massachusetts waters, the plans have been stamped by a Massachusetts engineer.

The plans will also be stamped by a Rhode Island engineer and resubmitted to CRMC/DEM as requested.

We anticipate that such plans shall be delivered to your offices this week.

A question has also been raised regarding the Application's compliance with Section 300.9C.7 of the Rhode Island Coastal Resources Management Program, which requires that "[w]hen disposal is proposed for approved upland facilities, the applicant shall provide a letter of acceptance from that facility unless the disposal is approved for the Central Landfill".

right to purchase, and the requirement that any Assent for dredging in Rhode Island waters would be conditioned upon disposal of dredged material in an approved disposal site, which would be outside of the jurisdiction of the State of Rhode Island.

Proceeding in this manner, when there are multiple agencies issuing permits for a project which spans more than one jurisdiction, is consistent with one of the fundamental requirements of the Marine Waterways Act as established by the General Assembly, which is "[t]o provide for coordinated, timely decision-making by state agencies on applications for dredging, dewatering, and for the beneficial use and in-water and upland disposal of dredged materials". Id. at Section 3(2).

I trust that we have adequately addressed the questions raised by CRMC and DEM staff, and Weaver's Cove is prepared to provide further information and clarification to the extent you find it necessary.

Sincerely,

John M. Boehnert

JMB/emw

cc: Mr. Ted Gehrig
Mr. James A. Grasso
John J. Partridge, Esq.
Mark G. Cook, Esq.
Mr. Lester B. Smith, Jr.
Theodore A. Barten, PE

752581_2/4056-2