AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

WEAVER'S COVE ENERGY, LLC

V.

**SUMMONS IN A CIVIL ACTION**

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council, PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council, THOMAS RICCI, DAVID ABEDON, DONALD GOMEZ, K. JOSEPH SHEKARCHI, NEILL GRAY, W. MICHAEL SULLIVAN, RAYMOND C. COIA, GERALD P. ZARRELLA, AND BRUCE DAWSON, in their capacities as Members of the Rhode Island Coastal Resources Management Council

CASE NUMBER: 07 246S

TO: (Name and address of Defendant)

Michael Rubin, Asst. Attorney General
State of Rhode Island
Department of the Attorney General
150 South Main Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Gregory L. Benik, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 (401) 454-1000)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6-29-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-2-07 |
| NAME OF SERVER *(PRINT)* Louis T. Cazizow | TITLE Dis interest Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Rebecca Partington Asst. Attorney General Authorized to Accept Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-2-07
Date

[signature]
Signature of Server

30 Birch Tree Dr. Portsmouth RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.