UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WEAVER'S COVE ENERGY, LLC,

*Plaintiff,*

vs.

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL: MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council, PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council, THOMAS RICCI, DAVID ABEDON, DONALD GOMEZ, K. JOSEPH SHEKARCHI, NEILL GRAY, W. MICHAEL SULLIVAN, RAYMOND C. COIA, GERALD P. ZARRELLA, and BRUCE DAWSON, in their capacities as Members of the Rhode Island Coastal Resources Management Council

*Defendants.*

Case No. 07-246S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Weaver's Cove Energy, LLC. hereby moves that Bruce F. Kiely be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Weaver's Cove Energy, LLC

By its Attorney,

/s/ Gregory L. Benik
Gregory L. Benik (R.I. Bar No. 1515)
NIXON PEABODY, LLC
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Phone: (401) 454-1025
Fax: (401) 454-1030
GBenik@nixonpeabody.com

Dated: July 20, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Bruce F. Kiely, hereby certify as follows:

1. I am a member in good standing of the bar of the States of Virginia and the District of Columbia and of the following Federal District Court and/or Court of Appeals Bars: United States Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit and United States Court of Appeals for the D.C. Circuit; my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

Case 1:07-cv-00246-S-DLM Document 3 Filed 07/20/2007 Page 3 of 4

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

BRUCE F. KIELY (D.C. Bar. # 22[illegible]024)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890
Bruce.kiely@bakerbotts.com

Case 1:07-cv-00246-S-DLM Document 3 Filed 07/20/2007 Page 4 of 4

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gregory L. Benik
Gregory L. Benik (R.I. Bar No. 1515)
NIXON PEABODY, LLC
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Phone: (401) 454-1025
Fax: (401) 454-1030
GBenik@nixonpeabody.com

This motion is hereby Granted.

WSmith

District Judge

Date: 7/24/07

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system and by regular mail to:

Brian A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908

Michael Rubin, Assistant Attorney General
Rhode Island Dept. of Attorney General
150 South Main Street
Providence, RI 02903

/s/ Gregory L. Benik