IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WEAVER'S COVE ENERGY, LLC,

*Plaintiff*,

vs.

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL: MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council, PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council, THOMAS RICCI, DAVID ABEDON, DONALD GOMEZ, K. JOSEPH SHEKARCHI, NEILL GRAY, W. MICHAEL SULLIVAN, RAYMOND C. COIA, GERALD P. ZARRELLA, and BRUCE DAWSON, in their capacities as Members of the Rhode Island Coastal Resources Management Council,

*Defendants*.

Case No. 07-246-S

**PLAINTIFF'S CONSENTED TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Weaver's Cove Energy, LLC, with the consent of all Defendants, hereby moves for leave to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, in the form attached hereto as Exhibit 1. The grounds for this Motion are set forth in the accompanying Memorandum.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik (R.I. Bar No. 1515)
NIXON PEABODY, LLC
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Phone: (401) 454-1025
Fax: (401) 454-1030
gbenik@nixonpeabody.com

*Attorneys for Weaver's Cove Energy, LLC*

Dated: September 6, 2007

Of Counsel:

Bruce F. Kiely
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2007, the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system and by regular mail to:

Brian A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908

Michael Rubin, Assistant Attorney General
Rhode Island Dept. of Attorney General
150 South Main Street
Providence, RI 02903

/s/ Gregory L. Benik

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL: MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council, PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council, THOMAS RICCI, DAVID ABEDON, DONALD GOMEZ, K. JOSEPH SHEKARCHI, NEILL GRAY, W. MICHAEL SULLIVAN, RAYMOND C. COIA, GERALD P. ZARRELLA, and BRUCE DAWSON, in their capacities as Members of the Rhode Island Coastal Resources Management Council,<br><br>*Defendants.* | Case No. 07-246-S |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENTED TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading "by written consent of the adverse party; and leave shall be freely given when justice so requires." The ability to amend is not automatic and typically requires court approval. However, when the opposing party consents, amendment is usually not subject to the court's discretion, unless the consent is conditional on the court's further action. See Fort Howard Paper Co., v. Standard Havens, Inc., 901 F. 2d 1373, 1379 (7th Cir. 1990).

Defendants have advised Plaintiff that they consent to Plaintiff's Motion to Amend its Complaint and will file with the Court a written consent upon receipt of this motion. That consent is not conditional upon this Court's further action.

Moreover, unless there appears to be an adequate reason for the denial of leave to amend, such as undue delay, bad faith, dilatory motive, futility of amendment, or prejudice, courts should grant leave to amend complaints. Glassman v. Computervision Corp., 90 F. 3d 617, 622 (1st Cir. 1996).

Plaintiff seeks to amend its Complaint to raise a "federal preemption" claim relating to the Defendants' assertion, set forth in their Answer, of Rhode Island State law jurisdiction over the Weaver's Cove project. Defendants consent to this amendment of the complaint. Moreover, there will be no undue delay or prejudice to the Defendants and this motion is not made in bad faith or for dilatory reasons.

Accordingly, Plaintiff respectfully requests that the Court grant its Consented to Motion for Leave to File Amended Complaint.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik (R.I. Bar No. 1515)
NIXON PEABODY, LLC
One Citizens Plaza, Suite 500
Providence, RI 02903-1345
Phone: (401) 454-1025
Fax: (401) 454-1030
gbenik@nixonpeabody.com

*Attorneys for Weaver's Cove Energy, LLC*

Dated: September 6, 2007

Of Counsel:

Bruce F. Kiely
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2007, the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system and by regular mail to:

Brian A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908

Michael Rubin, Assistant Attorney General
Rhode Island Dept. of Attorney General
150 South Main Street
Providence, RI 02903

/s/ Gregory L. Benik