EXHIBIT C

EPSILON ASSOCIATES INC.
Engineers ■ Environmental Consultants

PRINCIPALS
Theodore A. Barten, P.E.
Margaret B. Briggs
Michael E. Guski, CCM
Samuel G. Mygatt, LL.B.
Dale T. Raczynski, P.E.
Cindy Schlessinger
Lester B. Smith, Jr.
Victoria H. Fletcher, RLA

79001/permitting/401/RI/RIDEM_RICMRCcvrlt

July 16, 2004

Mr. Danni Goulet
Dredging Coordinator
Coastal Resources Management Council
4808 Tower Hill Road
Wakefield, RI 02879

Mr. Ron Gagnon
401 Water Quality Certification Coordinator
RI Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767

Subject: Weaver's Cove Energy, LLC Dredging Program
Section 401 Water Quality Certification and
Federal Coastal Zone Consistency Determination Applications

Dear Sirs:

On behalf of Weavers Cove Energy, LLC ("Weaver's Cove") (the "Applicant"), Epsilon Associates, Inc. ("Epsilon") is submitting applications for federal consistency certification from the Coastal Resources Management Council (CRMC) and Dredging / Section 401 Permit jointly issued by CRMC and the RI Department of Environmental Management (RIDEM). Four copies of these applications are enclosed.

The Weaver's Cove project team has had several introductory and pre-application meetings with representatives of the CRMC and RIDEM, including meetings held on October 30, 2002, July 28, 2003, December 8, 2003, and April 19, 2004. As discussed in those meetings, Weaver's Cove is developing a state-of-the-art liquefied natural gas ("LNG") Terminal on an approximately 73 acre brownfield site located on the Taunton River in the City of Fall River, Massachusetts. The Project requires dredging of the Mount Hope Bay – Fall River Federal navigation channel, a portion of which is located in Rhode Island State Waters, to facilitate access to the LNG Terminal site.

Weaver's Cove plans to dredge approximately 140,000 cubic yards (cy) of in-situ sediment from within the Rhode Island portion of the Federal channel (the planning volume total inclusive of the overdredge used for upland placement capacity planning

purposes is approximately 230,000 cy). Using the most recent bathymetric surveys, the dredging footprint in Rhode Island covers an area of approximately 33 acres. Dredged material will be used as engineered fill to create landforms on the LNG Terminal site in Fall River, Massachusetts.

On December 19, 2003, Weaver's Cove and Mill River Pipeline, LLC ("Mill River") each submitted applications to the Federal Energy Regulatory Commission ("FERC") for authorizations to construct the Weaver's Cove LNG Terminal and Mill River pipeline laterals, respectively. Included with their applications was a comprehensive 13-part Environmental Report that reviewed all of the potential environmental impacts associated with the construction and operation of the proposed Project. As the lead Federal agency for this Project, the FERC is preparing an Environmental Impact Statement ("EIS") as required under the National Environmental Policy Act.

On March 18, 2004, Weaver's Cove and Mill River submitted applications to the US Army Corps of Engineers ("USACE") for approvals under Section 10 of the Rivers and Harbors Act and Section 404 of the Clean Water Act relative to the proposed dredging associated with the Project. The USACE is a cooperating agency with FERC in connection with the preparation of the EIS as it relates to the waterfront and dredging components of the Project. A copy of the Section 10/404 permit application has already been forwarded to RI CRMC and RI DEM.

In addition, Weaver's Cove and Mill River have submitted several permit applications to Massachusetts regulatory agencies, given that all of the Weaver's Cove and Mill River facilities will be constructed within Massachusetts. Notably, Weaver's Cove intends to utilize dredged material as engineered fill on the LNG Terminal site. Weaver's Cove has a contractual right to purchase the LNG Terminal site, and therefore has control over the proposed dredged material placement site. The permitting process for handling the dredge material at the Fall River site is well under way with the relevant Massachusetts permitting agencies. Details regarding existing and proposed conditions on the Fall River site are subject to the jurisdiction of the FERC and other Federal agencies, as well as the pertinent Massachusetts agencies for review and permitting. No authorization for these Massachusetts activities is required from the RI DEM/CRMC.

As part of the enclosed applications to conduct dredging in Rhode Island waters, Weaver's Cove requests approval to dredge the Federal channel at anytime during the year. The Applicant has modeled potential impacts of elevated suspended sediment and sediment deposition on marine organisms found in Mount Hope Bay. Modeling results demonstrate that through careful selection of dredging equipment, the concentration of suspended sediment and extent of deposition will not exceed thresholds that may be harmful to marine organisms and lifestages found in Mount Hope Bay, including winter flounder.

These results clearly demonstrate that the proposed dredging conducted throughout the year will be protective of marine resources and that time of year restrictions are not necessary.

This application includes the following information to assist the RI CRMC and RI DEM in its processing of the permits requested by Weaver's Cove:

1) The Application Form for State Assent for proposed dredging activities.

2) Federal Consistency Determination, including a detailed description of the Project's consistency with the Rhode Island Coastal Resources Management Plan.

3) Section 401 Water Quality Determination application, including a description of the approved sediment sampling plan, sediment chemistry results, and marine fisheries issues.

4) The Project's Dredging Program, which summarizes the proposed dredging activities, the results of the sediment sampling program, and dredged material disposal options. The Dredging Program Report was provided with the FERC and USACE Section 10/404 applications.

5) Applied Science Associates' ("ASA") "Suspended Sediment Modeling Report." The ASA report was also included in the Project's December 19, 2003 FERC application, in the Project's data request response submitted to FERC on February 5, 2004, and as an Attachment to the USACE Section 10/404 application.

6) An "Essential Fish Habitat Assessment" (with supplementary information dated March 4, 2004), which was also previously submitted with the FERC and USACE applications.

Also, attached to this cover letter is the State of Rhode Island Dredging Application Checklist, annotated with references to various components of the applications.

Weaver's Cove has provided an adequate level of project information directly into the Federal Coastal Zone Consistency Determination and 401 Water Quality Certification applications without referencing previously submitted applications to the FERC and USACE. However, as these applications are part of the Project's public record, we recommend that agency reviewers use those applications as background information as necessary.

The Weaver's Cove project team looks forward to continuing to work cooperatively with the RI CRMC and RI DEM in advancing this important energy infrastructure project. If you have any questions regarding this application, please do not hesitate to contact me at (978) 461-6212 or via email at lsmith@epsilonassociates.com.

Sincerely,

EPSILON ASSOCIATES, Inc.

Lester B. Smith, Jr.
Principal

cc: Ted Gehrig, Weaver's Cove Energy, LLC
Leon Bowdoin, Mill River Pipeline, LLC
Mark Cook, Esq, Baker Botts, LLP
John Partridge, Partridge Snow & Hahn
John Boehnert, Partridge Snow & Hahn
Daniel Crocker, Partridge Snow & Hahn
Santiago Alfageme, PE, Moffat & Nichol
Corry Platt, CEP, Concept2Delivery
Craig Swanson, PhD, PE, ASA
Ted Barten, PE, Epsilon Associates
Victoria Fletcher, Epsilon Associates