EXHIBIT E

EPSILON ASSOCIATES INC.
Engineers ■ Environmental Consultants

79001/permitting/CZM/RICRMC/RI Stamped Cover Ltr.doc

August 12, 2004

Mr. Danni Goulet
Dredging Coordinator
Coastal Resources Management Council
4808 Tower Hill Road
Wakefield, RI 02879

Mr. Ron Gagnon
401 Water Quality Certification Coordinator
RI Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767

PRINCIPALS
heodore A. Barten, P.E.
Margaret B. Briggs
Michael E. Guski, CCM
muel G. Mygatt, LL.B.
Dale T. Raczynski, P.E.
Cindy Schlessinger
Lester B. Smith, Jr.
H. Fletcher, RLA

Subject: Weaver's Cove Energy, LLC Engineering Plans

Dear Sirs:

On behalf of Weavers Cove Energy, LLC ("Weaver's Cove") (the "Applicant"), Epsilon Associates, Inc. ("Epsilon") is submitting the enclosed plans in support of the July 19, 2004 Weaver's Cove applications for federal consistency certification from the Coastal Resources Management Council (CRMC) and a Dredging / Section 401 Permit jointly issued by CRMC and the RI Department of Environmental Management (RIDEM).

Per your request, Weaver's Cove has retained a Rhode Island engineer to review and stamp the engineering plans originally submitted with the above applications. The enclosed have been stamped by David R. Carchedi, Ph.D., P.E., Senior Principal at GZA GeoEnvironmental, Inc., out of Providence, Rhode Island.

If you have any questions regarding the enclosed, please do not hesitate to contact me at (978) 461-6212 or via email at lsmith@epsilonassociates.com.

Sincerely,

EPSILON ASSOCIATES, Inc.

Lester B. Smith, Jr.
Principal

150 Main Street • Maynard, Massachusetts 01754-0700 ■ 978•897•7100 Fax 978•897•0099
www.epsilonassociates.com

cc: Ted Gehrig, Weaver's Cove Energy, LLC
Leon Bowdoin, Mill River Pipeline, LLC
Mark Cook, Esq, Baker Botts, LLP
John Partridge, Partridge Snow & Hahn
John Boehnert, Partridge Snow & Hahn
Daniel Crocker, Partridge Snow & Hahn
Santiago Alfageme, PE, Moffat & Nichol
Corry Platt, CEP, Concept2Delivery
Craig Swanson, PhD, PE, ASA
David Carchedi, PhD, PE, GZA GeoEnvironmental
Ted Barten, PE, Epsilon Associates
Victoria Fletcher, Epsilon Associates