EXHIBIT F

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver H. Stedman Government Center
4808 Tower Hill Road, Suite 3
Wakefield, R.I. 02879-1900

(401) 783-3370
FAX: (401) 783-3767

August 26, 2004

George Gehrig
Weavers Cove Energy, LLC
One New Street
Fall River, MA 02720

Re: Application for Assent

Dear Mr. Gehrig

This letter is in response to your application submittal received on July 19, 2004 and the additional information submitted on August 12, 2004. The application is still incomplete and cannot be accepted for review due to lack of prerequisite 300.9 C2. This prerequisite requires that a 401 Water Quality Certificate be obtained before the Council can consider granting approval. Please review Section 400 and the Federal Consistency Guidelines, both available online, as they pertain to this requirement.

Due to the cost of postage, your application materials will not be returned to you. They are available for pickup or will be retained until the additional information is submitted. If you have any questions or need any additional information, please don't hesitate to contact this office.

Sincerely,

Grover Fugate

Grover Fugate, Director
Coastal Resources Management Council

Cc/ Les Smith, Epsilon Associates