EXHIBIT G

**State of Rhode Island and Providence Plantations**

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver Stedman Government Center
4808 Tower Hill Road
Wakefield, RI 02879
(401) 783-3370

Michael M. Tikoian
Chairman

Grover J. Fugate
Executive Director

November 2, 2006

Mr. Ted Gehrig
President, COO
Weaver's Cove Energy
One New Street
Fall River, MA 02720

Dear Mr. Gehrig:

Several weeks have passed since our meeting of October 12, 2006, and we still have not received the supplemental information to complete your application for consistency review. As we have stated before, your original submission was deficient; and the decision to use an offshore dredge disposal location was a substantial change that would trigger a new consistency determination. I indicated that once you provide an updated application, we will do a completeness review and notify you within 30 days of any additional materials that we need.

The updated application, among other things, should include information on dredging operation and transport logistics to the disposal site. It should also include operational data for Rhode Island waters.

If you have any further questions, please do not hesitate to call.

Sincerely,

Grover J. Fugate, Executive Director
Coastal Resources Management Council

/lam

cc: M. Tikoian, CRMC Chair
B. Goldman, Esq., CRMC Legal Counsel
J. Grasso, Grasso Associates, LLC
T. Barten, PE, Epsilon Associates, Inc.
FERC File

Submission Contents

CZM Consistency Request for Additional Information WeaversCove.pdf ........ 1-1