UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Weaver's Cove Energy, LLC<br><br>Plaintiff,<br><br>v.<br><br>Rhode Island Coastal Resources Management Council, et al.<br><br>Defendants. | ) | CA No. 07-246 S |

**PRETRIAL ORDER**

(Civil Case)

After conference with the parties and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

The parties shall file their statement of undisputed facts by **October 1, 2007**.

Plaintiff shall file its motion for summary judgment by **November 1, 2007**. Defendants' objection and cross motion for summary judgment shall be filed by **December 3, 2007**. Plaintiff's reply and objection shall be filed by **December 17, 2007**. Defendants' reply shall be filed by

**January 2, 2008.** Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: September 10, 2007