**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND COASTAL RESOURCES** | : | |
| **MANAGEMENT COUNCIL, *ET AL.*** | : | |

**JOINT MOTION FOR EXTENSION OF TIME**
**IN WHICH TO FILE STATEMENT OF UNDISPUTED FACTS**

All parties hereby move for an extension of time from Monday, October 1, 2007 until Friday, October 5, 2007 in which to file the statement of undisputed facts (stipulation of facts).

Respectfully submitted,

State of Rhode Island,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

/s/ Brian A. Goldman
Brian A. Goldman, Esq., (Bar #3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

PLAINTIFF, BY ITS ATTORNEY,

/s/ Gregory L. Benik
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903-1345