**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC, | ) | |
| *Plaintiff,* | ) | |
| vs. | ) | |
| RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL *et al.*, | ) | Case No. 07-246-S |
| *Defendants.* | ) | |

**<u>JOINT MOTION FOR EXTENSION OF TIME</u>**
**<u>IN WHICH TO FILE STATEMENT OF UNDISPUTED FACTS</u>**

All parties hereby move for an extension of time from Friday, October 5, 2007 until Friday, October 12, 2007 in which to file the statement of undisputed facts required by this Court's Pretrial Order of September 10, 2007.

Respectfully submitted,

PLAINTIFF
WEAVER'S COVE ENERGY, LLC,
BY ITS ATTORNEY,

<u>/s/ Gregory L. Benik</u>
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903-1345

DEFENDANTS,
BY THEIR ATTORNEY,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

/s/ Brian A. Goldman
Brian A. Goldman, Esq., (Bar #3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

Dated: October 5, 2007