IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WEAVER'S COVE ENERGY, LLC,

*Plaintiff*,

vs.

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL: MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council, PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council, THOMAS RICCI, DAVID ABEDON, DONALD GOMEZ, K. JOSEPH SHEKARCHI, NEILL GRAY, W. MICHAEL SULLIVAN, RAYMOND C. COIA, GERALD P. ZARRELLA, and BRUCE DAWSON, in their capacities as Members of the Rhode Island Coastal Resources Management Council,

*Defendants*.

Case No. 07-246-S

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

Gregory L. Benik, counsel for Plaintiff, Weaver's Cove Energy, LLC, hereby gives notice that, effective November 1, 2007, all pleadings, filings and notices in this litigation should be directed to him at the following address:

Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

Respectfully submitted,

/s/ Gregory L. Benik

Gregory L. Benik (#1515)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel. 401-454-1000
Fax: 401-454-1030
gbenik@nixonpeabody.com
*Attorneys for Weaver's Cove Energy, LLC*

Dated: October 31, 2007

Of Counsel:

Bruce F. Kiely (admitted *pro hac vice*)
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2007, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, Goldlaw@cox.net
Michael Rubin, mrubin@riag.ri.gov
Paul J. Roberti, proberti@riag.ri.gov

/s/ Gregory L. Benik