IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC, *Plaintiff*, | ) | |
| vs. | ) | Case No. 07-246-S |
| RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *et al.*, *Defendants*. | ) | |

**DECLARATION OF GEORGE F. "TED" GEHRIG**

George F. "Ted" Gehrig, President of Weaver's Cove LNG, LLC, hereby declares:

1. As proposed to and conditionally approved by the Federal Energy Regulatory Commission ("FERC"), Weaver's Cove Energy, LLC's proposed liquefied natural gas ("LNG") importation terminal at Fall River ("Weaver's Cove Terminal"), Massachusetts, will have the capacity to provide up to 800 million cubic feet per day (MMcfd) of natural gas.

2. Assuming that the Weaver's Cove Terminal maintains a peak daily sendout of 800 MMcfd, and that New England's peak day sendout in 2010 is between 4.8 and 5.5 billion cubic feet,[1] growing annually at a

[1] My estimate for New England's future peak day sendout is based on a recent study, in which the New England Governors' Conference concluded that New England's peak day sendout in 2010 would be between 4.8 and 5.5 billion cubic feet. *See* The Power Planning Committee of the New England

rate of between 125 and 170 MMcfd, then the Weaver's Cove Terminal would provide approximately 15% of the entire New England region's peak day natural gas requirements. At the projected rate of growth, New England would need to add the equivalent of Weaver's Cove's gas supply capacity every four to five years.

3. A recent report by ISO-New England, the operator of the region's power grid, endorsed the need for more natural gas supply infrastructure including LNG terminals as a way to lower gas prices. The impact of natural gas prices is stark. Under a scenario of low gas prices, wholesale electric prices would be around $8 billion per year; with high natural gas prices the wholesale electric prices would be around $18 billion per year, or an *annual* cost to New England consumers of over $10 billion.[2]

4. The North American Electricity Reliability Council, certified by the FERC to be "the [Electric Reliability Organization] of the United States,"[3] came to a similar conclusion: "New LNG import terminals would be beneficial in diversifying the region's gas supply portfolio. Failure to commercialize these LNG import facilities will leave the region at risk for seasonal gas supply shortages."[4]

5. As proposed to and conditionally approved by the FERC, natural gas imported to and regasified at the Weaver's Cove Terminal could serve natural gas customers in the states of Massachusetts, Rhode Island, Connecticut, New York and New Jersey.

---

Governors' Conference, Inc., *Meeting New England's Future Gas Demands: Nine Scenarios and Their Impacts*, A Report to the New England Governors (Mar. 1, 2006), at Table 3-4.

[2] ISO New England, *New England Electricity Scenario Analysis*, at 51 (Aug. 2, 2007), *available at* http://www.iso-ne.com/committees/comm_wkgrps /othr/sas/mtrls/elec_report/scenario_analysis_final.pdf.

[3] *See* 116 FERC ¶ 61,062, at 61,297 (2006).

[4] North American Reliability Council, *Long-Term Reliability Assessment, 2007-2016*, at 148 (Oct. 2007), *available at* ftp://www.nerc.com/pub/sys /all_updl/docs/pubs/LTRA2007.pdf.

6. As proposed to and conditionally approved by the FERC, LNG imported to the Weaver's Cove Terminal could be delivered by truck to customers in Massachusetts, Rhode Island, Connecticut, New Hampshire, New York and New Jersey.

7. As proposed to and conditionally approved by the FERC, LNG would be delivered to the Weaver's Cove Terminal by ship. LNG of the kind to be imported at the Weaver's Cove Terminal currently is exported by such nations as Trinidad, Nigeria, Algeria, Norway, Egypt, Qatar, Equatorial Guinea, Abu Dhabi, Australia, Oman, Indonesia and Malaysia.

8. As proposed to and conditionally approved by the FERC, no LNG delivered by ship at the Weaver's Cove Terminal would be liquefied in the United States; rather, it would be liquefied at facilities overseas, in such nations as those described in Paragraph 7 above, and imported into the United States at the Weaver's Cove Terminal.

9. As proposed to and conditionally approved by the FERC, LNG tanker ships delivering LNG at the Weavers's Cove Terminal in Fall River, Massachusetts would enter U.S. waters from international waters, and then transit through Rhode Island and Massachusetts waters, via a federal navigational channel, before delivering the LNG in Fall River, Massachusetts.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2007.

George F. Gehrig

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2007, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, Goldlaw@cox.net
Michael Rubin, mrubin@riag.ri.gov
Paul J. Roberti, proberti@riag.ri.gov

/s/ Gregory L. Benik