chron.com News search and shopping from the HOUSTON CHRONICLE

## Markets

Oct. 24, 2007, 3:13PM

# Coast Guard Says Waterway Unsafe for LNG

By JAY LINDSAY Associated Press Writer
© 2007 The Associated Press

BOSTON — The river that runs past a proposed liquefied natural gas terminal in Fall River isn't safe for frequent traffic by massive LNG tankers, the Coast Guard ruled Wednesday in what could be a fatal blow to the controversial project.

"It kills the project, as proposed," Coast Guard Senior Chief Richard Uronis said.

The Coast Guard determined the tankers wouldn't have sufficient space to safely navigate between two bridges that are about 1,100 feet apart on the Taunton River. The Coast Guard expressed similar concerns in March 2006, but said then it was waiting for revisions from Weaver's Cove Energy, which proposed the LNG terminal.

"Vessel masters would face extraordinary navigational maneuvers when transiting the waterway and the safety risks are too great to favorably recommend the waterway as suitable," said Coast Guard Capt. Roy Nash, Captain of the Port for southeastern New England, which includes southern Massachusetts and Rhode Island. Nash has jurisdiction over vessel traffic in his region.

Fall River Mayor Edward Lambert said he was "joyous" over the Coast Guard report, and added it was time for Weaver's Cove to abandon its plans in Fall River.

"I think it does show you can beat very wealthy, powerful interests if you have right on your side," Lambert said. "We know this is not over until it's over, but this is, I think, a near death blow, if not a fatal blow."

Weaver's Cove spokesman Jim Grasso said the project was far from finished and the company would appeal the Coast Guard decision. He said Nash brought up new concerns the company didn't have a chance to respond to and ignored tests that showed the tankers could successfully navigate the river.

"We feel we can do this safety and securely," Grasso said.

The Taunton River bridges became obstacles to the project after maneuvering by opponents. The old Brightman Street Bridge was slated for demolition, but was preserved as a pedestrian walkway when opponents realized they could use it to stop the project.

The old bridge has a narrow, 98-foot-wide opening that is not aligned with the opening on the new Brightman Street Bridge, which is just 1,100 feet away. That leaves too little room for the tankers to maneuver between them, Nash said.

Weaver's Cove Energy, which is owned by Hess LNG, said it could safely negotiate the gap with smaller, specialized tankers making more frequent trips. But the Coast Guard said the tankers, which are about 700 feet long and 80 feet wide, still presented too great a risk.

Nash also said the proposed shipping route would bring LNG tankers within 100 feet of the U.S.S.

Massachusetts battleship museum, another bridge and the State Pier.

"The risk of a mishap in Mount Hope Bay, and particularly in the Taunton River in the vicinity of the two Brightman Street bridges, is unacceptably high," Nash said.

The Weaver's Cove LNG terminal was approved by the Federal Energy Regulatory Commission in 2005 and has the support of various local unions. Company officials argued the project was badly needed to meet the region's growing energy demands.

But it met fierce opposition in Massachusetts and Rhode Island, which borders the route the tankers would have taken to reach the Fall River site. Opponents argued a terrorist attack or accident at the LNG terminal would be devastating to residents in the densely populated area.

Lambert declared himself a sworn enemy of the project and vowed to kill it with "a thousand paper cuts." Rhode Island in August refused to allow the dredging in Mount Hope Bay needed for the tankers to pass through.

Massachusetts Congressmen also fought for environmental protections for the site under the Wild and Scenic Rivers Act, though Weaver's Cove officials argued the heavily industrialized former Shell Oil site was neither wild or scenic.

Lambert said the relentless approach paid off.

"I think this community is proud of its effort," he said. "This is a working class community that nearly had something shoved down its throat simply to enhance profits for a company that could find alternative locations."

But Grasso said Weaver's Cove scouted locations from Maine to Connecticut and Fall River was the only one that worked. He said the company would keep pushing the project because of the acute demand for natural gas storage and supply.

"It's desperately needed," he said.

---

**COMMENTS**

Readers are solely responsible for the content of the comments they post here. Comments are subject to the site's terms and conditions of use and do not necessarily reflect the opinion or approval of the Houston Chronicle.

You must be logged in to leave a comment. Log In | Register

Submit

**Most recent comments**

**cliffgoudey** wrote:
I'm sure Mr. Grasso is just trying to do his job, but what part of "isn't safe" does he not