Westlaw.



33 C.F.R. § 127.015

**Effective: [See Text Amendments]**

Code of Federal Regulations Currentness
Title 33. Navigation and Navigable Waters
Chapter I. Coast Guard, Department of Homeland Security (Refs & Annos)
Subchapter L. Waterfront Facilities

Part 127. Waterfront Facilities Handling Liquefied Natural Gas and Liquefied Hazardous Gas (Refs & Annos)

Subpart A. General

**§ 127.015 Appeals.**

(a) Any person directly affected by an action taken under this part may request reconsideration by the Coast Guard officer responsible for that action.

(b) Except as provided under paragraph (e) of this section, any person not satisfied with a ruling made under the procedure contained in paragraph (a) of this section may--

(1) Appeal that ruling in writing to the District Commander of the district in which the action was taken; and

(2) Supply supporting documentation and evidence that the appellant wishes to have considered.

(c) The District Commander issues a ruling after reviewing the appeal submitted under paragraph (b) of this section. Except as provided under paragraph (e) of this section, any person not satisfied with this ruling may--

(1) Appeal that ruling in writing to the Assistant Commandant for Marine Safety, Security and Environmental Protection, U.S. Coast Guard, Washington, DC 20593-0001; and

(2) Supply supporting documentation and evidence that the appellant wishes to have considered.

(d) The Assistant Commandant for Marine Safety, Security and Environmental Protection issues a ruling after reviewing the appeal submitted under paragraph (c) of this section, which is final agency action.

(e) If the delay in presenting a written appeal has an adverse impact on the operations of the appellant, the appeal under paragraph (b) or (c) of this section--

(1) May be presented orally; and

(2) Must be submitted in writing within five days after the oral presentation--

(i) With the basis for the appeal and a summary of the material presented orally; and

(ii) To the same Coast Guard official who heard the oral presentation.

[CGD 96-026, 61 FR 33665, June 28, 1996; CGD 97-023, 62 FR 33363, June 19, 1997; USCG-2002-12471, 67 FR 41332, June 18, 2002]

SOURCE: CGD 78-038, 53 FR 3376, Feb. 5, 1988; 56 FR 35819, July 29, 1991; CGD 88-049, 60 FR 39794, Aug. 3, 1995; USCG-2004-18057, 69 FR 34925, June 23, 2004, unless otherwise noted.

AUTHORITY: 33 U.S.C. 1231; Department of Homeland Security Delegation No. 0170.1.

33 C. F. R. § 127.015, 33 CFR § 127.015

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Current through October 25, 2007; 72 FR 60587

Copr. © 2007
Thomson/West

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.