IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *et al.*,<br><br>*Defendants*. | ) | Case No. 07-246-S |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANTS' MOTION TO STAY**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Rule Cv 7(b) of the Local Rules, Plaintiff Weaver's Cove Energy, LLC ("Weaver's Cove"), by and through its attorneys, Bruce Kiely, Baker Botts L.L.P., and Gregory Benik, Benik & Associates P.C., hereby submits its objection to Defendants' ("CRMC's") motion to stay ("Motion") and the CRMC's memorandum in support thereof ("CRMC Mem.") (Doc. #19). The reasons for said objection are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik (#1515)
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, R.I. 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com
*Attorney for Weaver's Cove Energy, LLC*

Dated: November 8, 2007

Of Counsel:

Bruce F. Kiely
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(phone) 202-639-7700
(fax) 202-585-1035

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2007, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, Goldlaw@cox.net
Michael Rubin, mrubin@riag.ri.gov
Paul J. Roberti, proberti@riag.ri.gov