COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENERGY & ENVIRONMENTAL AFFAIRS
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
ONE WINTER STREET, BOSTON, MA 02108 617-292-5500

DEVAL L. PATRICK
Governor

TIMOTHY P. MURRAY
Lieutenant Governor

IAN A. BOWLES
Secretary

LAURIE BURT
Commissioner

October 30, 2007

Division of Administrative Law Appeals
98 North Washington St., 4th floor
Boston, MA 02114
Attn: Ms. Marcia Barrett

Re: Weaver's Cove Energy LLC, Mill River Pipeline LLC, #DEP-07-382,401,402,523 (Fall River/Somerset)

Dear Ms. Barrett:

Enclosed please find for filing Department's Response to 10/25/07 Order in the above-referenced matter.

Thank you for your assistance.

Very truly yours,

Samuel J. Bennett
Senior Counsel, DEP

Certificate of Service

I certify that a true copy of the above document was served upon the authorized representative of record named on the service list for each party by mail on 10/30/07.

COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENERGY & ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ONE WINTER STREET, BOSTON, MA 02108 617-292-5500

DEVAL L. PATRICK
Governor

TIMOTHY P. MURRAY
Lieutenant Governor

IAN A. BOWLES
Secretary

LAURIE BURT
Commissioner

In the matter of

WEAVER'S COVE ENERGY, LLC
MILL RIVER PIPELINE, LLC

DALA docket Nos. DEP-07-382, 401, 402,523
Fall River, Somerset

**DEPARTMENT'S RESPONSE TO 10/25/07 ORDER**

The Department's position regarding the processing of cases has not changed due to the recent announcement from the U.S. Coast Guard. The Department recommends that they proceed on the current schedule.

Respectfully Submitted,

Samuel J.Bennett
Senior Counsel, MassDEP