**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *ET AL.*** | : | |

# STATE'S MOTION FOR EXTENSION OF DEADLINES UNDER BRIEFING SCHEDULE

The defendants (the State) hereby move for an indefinite extension of the original briefing schedule, formally known as the Pretrial Order, in this case. Said briefing schedule is item number 9 of the court docket. The defendants seek to postpone briefing until after their stay motion is resolved. Specifically, the defendants move to stay the briefing schedule so that:

- The defendants' objection and cross-motion for summary judgment (which would have been due by 12/3/07 under the original briefing schedule) shall be filed 20 days after any order denying or lifting a stay of these proceedings;
- Plaintiff's reply and objection (which would have been due by 12/17/07 under the original briefing schedule) shall be filed 15 days thereafter;
- Defendants' reply (which would have been due by 1/2/08 under the original briefing schedule) shall be filed 15 days thereafter.

The grounds are that expenditure of effort in briefing while the stay motion is pending would be inconsistent with the spirit of that motion itself. That motion emphasized that "The Court's resources (as well as those of the State of Rhode Island and, for that matter, all litigants) should not be needlessly consumed pending the outcome of [contingencies that may make the instant matter moot]." By the same token, it could be a needless expenditure of effort for the State to work on a brief that might prove unnecessary.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

State of Rhode Island,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

/s/ Paul J. Roberti
Paul J. Roberti, Esq., (Bar #4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231
Fax: (401) 222-3016

/s/ Brian A. Goldman
Brian A. Goldman, Esq., (Bar #3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served by electronic means (ECF) on this 15th day of November, 2007 to the following:

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

/s/ Michael Rubin



PDF created with pdfFactory trial version www.pdffactory.com