**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET AL.** | : | |

**DEFENDANTS ASSENTED TO MOTION**
**FOR EXTENSION OF DEADLINES UNDER BRIEFING SCHEDULE**

Defendants, Rhode Island Coastal Resources Management Council, et al., hereby move for an extension of the briefing schedule in this case. The current briefing schedule as reflected in item number 21 of the court docket provides that the State file its Objection and Cross Motion for Summary Judgment by December 24, 2007. Defendants seek to extend the deadline due to a death in the family of Defendants' lead attorney, which will cause him to be out of state for some time. As a result of these unfortunate circumstances as well as the approach of the holiday season, Defendants seek an extension of time to file their brief until January 10, 2008. Plaintiff's attorneys have agreed to this extension, and the parties have arrived at a revised briefing schedule for all subsequent deadlines, as set forth below.

- Defendants' brief (which would have been due by December 24, 2007 under the current briefing schedule) shall be filed by January 10, 2008;
- Plaintiff's reply shall be filed by February 8, 2008;
- Defendants' surreply shall be filed by February 27, 2008.

For the forgoing reasons, Defendants respectfully move the Court to extend the deadlines consistent with the proposed schedule set forth above.

Respectfully submitted,

Defendants,

By their Attorney,

**PATRICK C. LYNCH,**
**ATTORNEY GENERAL OF THE STATE OF RHODE ISLAND**

/s/ *Paul J. Roberti*

Paul J. Roberti
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of this Motion was served by electronic means (ECF) on the 17th day of December, 2007 to the following:

Gregory L. Benik
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Bruce F. Kiely
Baker Botts LLP
1299 Pennsylvania Avenue
Washington, DC 20004-2400

Brian A. Goldman
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

*/s/ Paul J. Roberti*

Paul J. Roberti
Assistant Attorney General