**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | **:** | |
| | **:** | |
| **v.** | **:** | **CA. No. 07-246S** |
| | **:** | |
| **RHODE ISLAND COASTAL RESOURCES** | **:** | |
| **MANAGEMENT COUNCIL, *ET AL.*** | **:** | |

## STATE'S STATEMENT OF DISPUTED FACTS

### Plaintiff's Paragraph 7

Defendant's **Paragraph 7** of the adverse statement is disputed insofar as it uses the phrase "federal nagivational channel" in that according to Dredging Plan -- Document dated December, 2003, entitled "Dredging Program" (J.A. Tab 2) -- the dredging will be deeper (and therefore under sound engineering principles, wider,than the federal parameters. The chart on page 7 of that document proves this.

Otherwise, **Paragraph 7** is undisputed.

### Plaintiff's Paragraph 8

**Paragraph 8** invokes the same phrase and is treated in the same manner.

### Plaintiff's Paragraph 9

**Paragraph 9** is disputed insofar as it uses the word "certification" in any manner that implies completeness. This dispute is made on the basis of Ex. C and Ex D, the Fugate and Goulet affidavits.

Otherwise, **Paragraph 9** is undisputed.

### Plaintiff's Paragraphs 10, 11, 12, 13.

**Paragraphs 10, 11, 12, 13,** are disputed insofar as letters speak for themselves. Otherwise, undisputed.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

State of Rhode Island,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

/s/ Paul J. Roberti
Paul J. Roberti, Esq., (Bar #4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231
Fax: (401) 222-3016

/s/ Brian A. Goldman
Brian A. Goldman, Esq., (Bar #3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served by electronic means (ECF) on this 10th day of January, 2007 to the following:

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Bruce F. Kiely
Baker Botts, LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2400

/s/ Michael Rubin

PDF created with pdfFactory trial version www.pdffactory.com