UNITED STATES OF AMERICA

BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC AND MILL RIVER PIPELINE, LLC | ) | Docket Nos. CP04-36-000; CP04-41-000; CP04-42-000; CP04-43-000 |

AFFIDAVIT OF PETER M. JANAROS

I, PETER M. JANAROS, upon oath do depose and make affidavit as follows:

1. I am a Registered Professional Engineer and have worked on transportation issues for almost thirty years.

2. I have had extensive training in security issues, particularly when I was on active duty responsible for Titan II missile systems for the United States Air Force.

3. I am currently the Director of Engineering for the Rhode Island Turnpike and Bridge Authority ("RITBA") and have been in that position since July of 2001.

4. RITBA is responsible for all aspects of safety, security, operation, and maintenance of the Claiborne Pell Newport Bridge ("Newport/Pell Bridge") and the Mount Hope Bridge.

5. In my capacity as Director of Engineering for RITBA, I am responsible for engineering issues related to the Newport/Pell and Mount Hope Bridges; and I provide recommendations to the RITBA Board of Directors concerning bridge safety and security. Over ten million vehicles passed over the Newport/Pell Bridge during fiscal year 2004.

6. It is estimated that over six million vehicles passed over the Mount Hope Bridge during fiscal year 2004.

7. Emergency vehicles, including advanced-life support vehicles, basic ambulance transportation, police, fire and rescue vehicles routinely use both bridges.

8. I attended several workshops chaired by the United States Coast Guard on safety and security issues associated with the proposed liquified natural gas ("LNG") facility in southeastern Massachusetts at Weaver's Cove, and I reviewed the information and plans presented in the workshops.

9. Through the presentations I attended, I learned that the LNG tankers will make approximately fifty to seventy trips per year by and under the Newport/Pell and the Mount Hope Bridges translating into as many as one hundred and forty passages per year beneath each bridge.

10. The RITBA Board of Directors is concerned that it will be particularly difficult during rising tides for pilots to safely maneuver LNG tankers through the Newport/Pell and Mount Hope Bridges due to the size of the tankers and the height and width clearances for each bridge.

11. In the past there have been serious collisions with vessels hitting the Newport/Pell and Mount Hope Bridges, and the number of LNG tankers passing through the bridges will increase the risk of collisions resulting in damage to the bridges.

12. The LNG tanker traffic under and or in proximity to the Newport/Pell and/or Mount Hope Bridges poses serious safety and security issues for the operation, maintenance and management of these bridges.

13. The Board of Directors is aware that the Final Environmental Impact Statement ("FEIS") for the LNG facility at Weaver Cove states that "a moving safety and security zone would restrict other vessels 2 miles ahead, 1 mile behind and approximately 1,500 feet on either side of the LNG vessel."

14. The Board of Directors is aware that the Coast Guard is responsible for the control and safety of the water while the Board is responsible for the safety and security of both the Newport/Pell and Mount Hope Bridges.

15. The Board of Directors takes issue with Pages 4-270 to 4-271 of the FEIS, which states that "[w]hile bridge closures are one of the many tools available to the Coast Guard, it should not be assumed that routine bridge closures would be mandatory: Other alternatives to a complete bridge closure under consideration include closing the outbound lanes only, placing law enforcement officials on the bridge at strategic locations or employing technology that provides suitable security alternatives."

16. The Board of Directors is responsible for the safety and security of the bridges and is gravely concerned about its responsibility and liability relating to the passage of LNG tankers in proximity to and under the Newport/Pell and Mount Hope Bridges.

17. The Board of Directors has determined through its resolution dated June 14, 2005, that the movement of tankers carrying large amounts of LNG under or in proximity to the bridges will require the Newport/Pell and Mount Hope Bridges to be closed to vehicular traffic before, during and after each tanker passes by and through the bridges.

17. The Board of Directors has determined through its resolution passed on June 14, 2005, that the closure of the bridges can be expected to create safety hazards, including delays in the response times of emergency vehicles, including advanced life support vehicles, basic transporting ambulances, police, fire and rescue vehicles.

18. The Board of Directors has determined that the closure of the Newport/Pell Bridge will include all lanes of traffic, not just the outer lanes of traffic.

19. The Board of Directors will determine the length of each bridge closure and other necessary safety and security measures due to the passage of LNG tankers.

20. Frequent closures of the bridges will cause motorists to seek alternative routes and such closures of the Newport/Pell Bridge are likely to adversely impact toll revenues received by RITBA.

21. The passage of up to one hundred and forty tankers of LNG per year in proximity to and under the bridges will make it very difficult and costly to maintain the security of the bridges and the infrastructure of which they are a critical part.

22. Security cameras, underwater sweeps of the bridges and/or anti-swimmer technology may be required on a continuous basis for safety and security purposes.

23. Maintenance and repair is performed on the bridges on an ongoing basis and the movement of tankers carrying large amounts of LNG under or in proximity to the bridges will require work on the bridges to stop for some period of time before, during and after a tanker passes through the area.

24. Work stoppages due to LNG tanker traffic will interfere with maintenance and repair of the bridges, delay projects, and increase the cost of the work.

25. The RITBA has a ten-year renewal and replacement plan that governs the costs of maintenance, safety and security of the bridges.

26. The 10-year plan does not include the additional costs of maintenance, safety, or security measures that may be incurred due to the passage of LNG tankers in proximity to and under the bridges; and RITBA does not have funds available for such costs.

Peter M. Janaros, P.E.
Director of Engineering

Dated: August 11, 2005

STATE OF RHODE ISLAND
COUNTY OF NEWPORT

Subscribed and sworn to before me this 11 day of August, 2005.

JoAnn M. Head
Notary Public
My Commission Expires: 2-7-08

PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;iManage;416454;1