EXHIBIT 1.

Unofficial FERC-Generated PDF of 20050617-0068 Received by FERC OSEC 06/16/2005 in Docket#: CP04-223-000

ORIGINAL

State of Rhode Island and Providence Plantations
**Rhode Island Turnpike and Bridge Authority**
P.O. Box 437, Jamestown, Rhode Island 02835-0437
(401) 423-0800 - FAX (401) 423-0830

Mount Hope Bridge
Claiborne Pell Bridge

2005 JUN 16 P 2:04
REGULATORY COMMISSION

Magalie R. Salas
Office of the Secretary
Federal Energy Regulatory Commission
888 First Street NE: Room 2A
Public Reference Room
Washington, DC 20426

**RE: Keyspan Docket Numbers:** **CP04-223-000**
**CP04-293-000**
**CP04-358-000**

**Weaver's Cover Docket Numbers:** **CP04-36-000**
**CP04-41-000**

June 15, 2005

Dear Ms. Salas:

I am forwarding the Rhode Island Turnpike and Bridge Authority (RITBA) LNG Terminal Resolution dated June 14, 2005, for consideration by the Federal Energy Regulatory Commission. Our opposition to the Field's Point LNG expansion and Weaver's Cove construction is clearly stated within the resolution and additional information will be forwarded should it be warranted by the commissioners in their deliberations.

I would like to express the appreciation of the RITBA Board of Directors for the opportunity to provide our position in regards to this important matter. We stand ready to provide the critical background material utilized in formulating our LNG Terminal Resolution approved on June 14, 2005.

Unofficial FERC-Generated PDF of 20050617-0068 Received by FERC OSEC 06/16/2005 in Docket#: CP04-293-000



Thank you for your consideration of this important matter.

Very truly yours,

Kenneth M. Bianchi
Executive Director and Secretary to the Board of Directors
Rhode Island Turnpike and Bridge Authority

ATTACHMENT

Unofficial FERC-Generated PDF of 20050617-0068 Received by FERC OSEC 06/16/2005 in Docket#: CP04-223-000

# Rhode Island Turnpike and Bridge Authority
# LNG Terminal Resolution
# June 14,2005

**WHEREAS**, The Rhode Island Turnpike and Bridge Authority (RITBA) has been given the authority under Title 24-12 of the Rhode Island General Laws to maintain and operate the Claiborne Pell Newport Bridge and the Mount Hope Bridges; and

**WHEREAS**, RITBA has a long history of maintaining and operating these two bridges in a secure and cost efficient manner that is convenient for the motoring public; and

**WHEREAS**, efforts to build a liquefied natural gas (LNG) terminal in The Port of Providence and/or in Massachusetts at Weavers Cove involve LNG tanker traffic under and around one or both of our bridges; and

**WHEREAS**, The issue of the safety and security of moving large amounts of liquefied natural gas through coastal waters has not been sufficiently taken into account; and

**WHEREAS**, The movement of tankers carrying large amounts of liquefied natural gas under or in proximity to the bridges will require the closure of the structures; and

**WHEREAS**, the closure of these structures creates an economic drain on the RITBA's finances by causing motorists to seek alternate routes; and

**WHEREAS**, The closure of these structures creates a safety hazard by delaying emergency vehicles, such as ambulances from crossing in a timely fashion; and

**WHEREAS**, maintaining the security, both real and perceived, of these structures is a particular challenge when large amounts of liquefied natural gas is passing under and around these bridges.

**NOW THEREFORE BE IT RESOLVED**, that the Rhode Island Turnpike and Bridge Authority hereby objects both the Port of Providence and the Weaver's Cove projects and urges the Federal Energy Regulatory Commission (FERC) and all other regulatory bodies, local, state and federal to reject these liquefied natural gas terminal proposals.

**PASSED AND APPROVED THIS 14TH DAY OF JUNE IN THE YEAR OF 2005.**

**Attest:**

**Secretary** Kenneth M.Bianchi **Chairman** David A. Darlington