UNITED STATES OF AMERICA

BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC AND MILL RIVER PIPELINE, LLC | Docket Nos. CP04-36-000; CP04-41-000; CP04-42-000; CP04-43-000 |

AFFIDAVIT OF DENNIS CANARIO

I, Dennis Canario, upon oath, depose and say as follows:

1. My name is Dennis Canario, and I reside at 64 Birchwood Drive. I currently serve as a member of the Portsmouth Town Council, which office I was elected to in November of 2004. Prior to being elected, I was a Detective Inspector with the Portsmouth Police Department for 11 years. I began at the Department in 1984 as a Patrolman after which I was promoted to Detective Inspector in 1993, and served in that capacity until 2004. I was an instructor for the Portsmouth Police Citizens Academy, founder and coordinator of the Portsmouth Police Cadet program, Regional Vice President of the Rhode Island Crime Prevention Association, executive board officer for the Rhode Island Juvenile Officer's association, and a recipient of commendations from both the town council and the Governor of the State of Rhode Island for duties performed up and beyond the call of duty. My educational background consists of an Associate's Degree in Criminal Justice. In addition, I have received the following training; University of R.I. Criminal Investigation & Scientific Evidence School 1995, Drug Enforcement Administration "Basic Narcotic Investigation" 1994, R.I. Fire Academy, "Recognition & Identifying Hazardous Materials" 1988, F.B.I. National Crime Information Center Training 1985, R.I. Municipal Police Training Academy 1981. I have been a volunteer fireman for the Prudence Island Volunteer Fire Department since 1978 and in 1980, I was the Public Safety Officer on Prudence Island. I was the Island's full time police officer in which my duties consisted of patrolling, assisting with fire and rescue calls, and assisting with boating emergency situations around Prudence Island. I had to often coordinate with the United States Coast Guard in searching for "overdue boaters", and assisting in boating emergencies. I was brought up on Prudence Island and therefore, I am very familiar with its area.

2. I am highly familiar with the waterfront terrain along the coastline of Portsmouth. As a Detective Inspector and in my capacity as a police officer in Town of Portsmouth, I have been dispatched to address many incidents that occurred within the Town and along the coastline of the Aquidneck Island portions of Portsmouth. I was also the assigned officer to handle law enforcement issues on Prudence Island, a 3,486 acre island which lies across the east passage of Narragansett Bay. Prudence Island is contained within the township and consists of a very rural landscape where many residents live along the eastern shoreline in wooden structures in close vicinity to the federal navigation channel where liquefied natural gas (LNG) tankers would transit to the proposed LNG terminal in Fall River, Massachusetts. The estimated average distance between Prudence Island and Portsmouth is approximately 7,700 feet with the shortest distance being 6,500 feet. In my capacity as the assigned officer, I was responsible for answering calls to reported suspicious activity or loud noises coming from remote wooded areas located along the Portsmouth Abbey shoreline and marina area. Lastly, I have been a recreational boater for 30 years and I have spent considerable time out in Narragansett Bay, Mt. Hope Bay, and the areas along the coastline of Portsmouth.

3. As a member of the Portsmouth Town Council and due to my recent retirement from the Police Department, I have had a number of discussions with the Chief of the Department about the Town's ability to effectively secure waterfront areas along the LNG tanker route in order to prevent a successful attack on a LNG vessel. The Chief of Police has authorized me to present the Department's concerns on behalf of the Town, and accordingly, I am sponsoring this affidavit.

4. The southern-most peninsula of Prudence Island is undeveloped and highly wooded. It formally served as a ammunition depot for the United States Navy; but the location was abandoned due to strategic concerns about the lack of access to the depot in the event that the federal channel might become inaccessible as a result of an attack on the Newport Bridge or as a result of some other imposed obstructions along the narrow portions of the federal channel that lie to the south in the vicinity of Newport Harbor. In the early 1970s, this area was proposed as a location for a LNG receiving terminal, but the location was rejected by the Federal Power Commission. Today that local is designated by NOAA as a habitat restoration area and is currently managed by the Rhode Island Department of Environmental Management. It contains dense woods all the way to the shoreline for a length of approximately 1.36 miles and is adjacent to the federal channel.

5. I am aware that LNG is highly volatile in the event of a spill on water. I understand that according to the recent report of the Sandia National Laboratory, a "pool fire" could ignite structures and burn exposed people approximately one mile away. I am also aware the United States Coast Guard has deemed LNG as "high interest" cargo and accordingly, issued a regulation after September 11, 2001 that imposes a security and exclusion zone around LNG tankers that extends for two miles ahead of the tankers and one mile behind, and 1000 yards on either

side of the vessel. I understand the need for the exclusion zone given the devastating consequences that would ensue in the event of an accident or deliberate attack on the vessel. It is also quite clear to me that the scope of the exclusion zones would require similar protections on land, in particular those land areas that lie in close proximity to the federal channel. One such area is the eastern coastline of Prudence Island, where it would be difficult, if not impossible, to adequately secure the area to prevent a determined individual from mounting an attack on a LNG tanker using weapons that are described in the report that Richard Clarke submitted to Rhode Island Attorney General Patrick Lynch. At a minimum, Portsmouth would need numerous detectives to secure this remote area of coastline and even then, the Police Department would still not be confident that such security would prevent a well-planned attack. For example, there are numerous abandoned bunkers that could be used to hide weapons in preparation for an attack. Additionally, there are an infinite number of locations where an individual or individuals could hide out along the rocky coastline and/or thick woods. As a result, the ability of law enforcement officials to adequately secure the area is far from manageable, and indeed, practically impossible. Some of the bunkers are just a short walk to the beach line.

6. Along the Aquidneck Island portions of Portsmouth, the coastline is equally as challenging in terms of the Police Department's ability to secure and prevent an individual from mounting an attack on a LNG vessel. The coastline northward from the Middletown line to the Mount Hope Bridge is approximately 6.15 miles. Part of the coastline is rather wooded and overgrown and it too would offer countless hiding locations for an individual intent on launching an attack. In addition, we have determined that close monitoring of boat ramps would be necessary. The number of total personnel that would needed in order to mitigate opportunities for an attack probably would exceed two dozen. However, despite this commitment of resources, there would remain a significant doubt that a well-planned attack could be prevented.

7. The north part of Aquidneck Island which comprises the Town of Portsmouth is connected to the mainland by the Mount Hope Bridge. This bridge consists of only two lanes, and I would suspect that both the State Police and the Rhode Island Bridge and Turnpike Authority would require the bridge to be closed for any transit of LNG tankers passing underneath it. It would be the Department's expectation (and certainly our recommendation) that no vehicles be allowed on the bridge while the tanker is within the range of one mile, since a mounted attack from the bridge would provide one of the best attack opportunities for a determined terrorist. Moreover, an attacker would be capable of obtaining a greater range for firing a rocket grenade launcher or other weapon due to the contributing effects of gravity. In this context, I am stunned that the Final Environmental Impact Statement would conclude that bridge closures are not necessary, particularly as they relate to the Mount Hope Bridge. I inquired of the Portsmouth Police Chief whether the Department ever recommended to FERC staff or the Coast Guard that bridge closures would not be a necessary security

protocol. He confirmed that neither the Police Department nor any Town official recommended or suggested that the Mount Hope Bridge not be closed as LNG tankers passed beneath.

8. I also have substantial experience with traffic control issues associated with the Mount Hope Bridge, a narrow, two lane bridge, opened in 1929. Having attended to many accidents and other issues over the years, the impacts of bridge closures are bound to create an enormous amount of traffic congestion. For example, if the bridge is closed even for one or two minutes, the immediate back-up of other vehicles typically causes motorists to attempt U-turns in an effort to abort an attempted passage over the bridge. This typically leads to other accidents that, in turn, create additional traffic congestion. I understand that the LNG vessels will slow down to a speed of approximately 5 knots (6 miles per hour) while passing under the bridge. Assuming that the bridge is closed before the vessel approaches within one mile of it, and likewise assuming that the bridge remains closed until after the vessel reaches a distance of one mile after passing underneath it, that would require that the bridge remain closed for approximately twenty (20) minutes (2 miles ÷ 6 mph = 1/3 hour or 20 minutes). A bridge closure of 20 minutes or more would cause major traffic backups on all other major roads; Route 24 would be backed up to Tiverton, East Main Road would be backed up to Quaker Hill, and Turnpike Avenue would be backed up to Rte. 114. This would in essence cause a serious "grid lock" situation, resulting in an increase of response time for our police and fire personnel. East and West Main Roads were designed about fifty years ago to handle a traffic load of approximately 6,000 vehicles per day. This type of delay would cause absolute chaos given the consistently high volume of traffic over the bridge. Even if effective security were added to shorten the length of the bridge closure to perhaps 10 minutes, the resulting traffic congestion would continue to border on chaos, particularly given that Roger Williams University and its population of approximately 3,500 students is situated on the other side of the bridge. Many students reside in Portsmouth and frequently pass back and forth across the bridge via a shuttle in order to attend classes.

9. I am aware that ambulances and/or rescue vehicles pass across the bridges when bringing patients from Bristol and/or Jamestown to Newport. Bridge closures are bound to compromise patient care where in many instances the delay of even minutes can mean the difference between life and death.

10. In the event that there was ever an accident or attack on an LNG vessel, there would be serious emergency response concerns that affect the Town of Portsmouth. For instance, Prudence Island relies upon the Portsmouth Fire Department to transport patients from Prudence Island who may have life threatening injuries or illnesses and would effectively be separated from the mainland if a tanker mishap occurred in the federal channel. This should also be a concern while the tanker is entering or exiting the bay. With boating traffic

stopped, a person suffering a life threatening illness would not be able to removed from the island.

11. On the Aquidneck Island portion of the Town, Portsmouth Abbey, a private school for 9th - 12th graders with a student population of approximately 340 students, lies on the Portsmouth waterfront, as does the Carnegie Abbey golf course. A new exclusive marina and housing development is also proposed for this waterfront area. These areas lie within the projected thermal radiation zone that would be created by an attack on a LNG tanker.

12. Hog Island is another island within the Township of Portsmouth. It is a private island that is situated directly adjacent to the federal channel before the Mount Hope Bridge. This island is a summer residence community. During the winter months, there are few, if any, people on the island. This island would require additional security due to its remoteness and the fact that it is very wooded and unsecured. It would be extremely difficult to provide the necessary security particularly during the winter months due to ice formation and inclement weather. The Town's police boat is not in the water during the winter and due to harsh weather conditions, it would be logistically difficult, if not impossible, to secure this area every time a tanker transits up the federal channel. No vessel carrying substantial amounts of high interest cargo should pass through these waters without providing real security along these shorelines so that opportunities for launching an attack are minimized. The resources necessary to secure Hog Island would be incremental to those discussed above. Even with those resources in place, there would remain a serious risk that a well-planned attack would be successful.

Dennis Canario

State of Rhode Island
County of Newport

Subscribed and sworn to before me in the County of Newport, State of Rhode Island on this 5 day of August, 2005.

Notary Public LANCE E. HEBERT
My Commission Expires on: 7/3/2009