# LNG TRAFFIC IMPACT ASSESSMENT:





## NEWPORT/PELL AND MOUNT HOPE BRIDGES

SUBMITTED TO

AQUIDNECK ISLAND PLANNING COMMISSION
321 EAST MAIN ROAD
PORTSMOUTH, RI 02871

BY

THE LOUIS BERGER GROUP, INC.
75 SECOND AVENUE, SUITE 700
NEEDHAM, MA 02494

AUGUST 2005

**Table of Contents** Page Number

Introduction 1
Traffic Analysis 1
Newport Bridge 3
Mount Hope Bridge 6
Emergency Access 10
Conclusions 14

List of Figures

Figure 1 – Project Study Area 2
Figure 2 – Queues at Newport (Pell) Bridge 5
Figure 3 – Queues at Mount Hope Bridge 9
Figure 4 – Facilities near Newport (Pell) Bridge 11
Figure 5 – Facilities near Mount Hope Bridge 12

List of Tables

Table 1 – Unadjusted Peak Hour Volumes, Newport Bridge 3
Table 2 – Adjusted Peak Hour Volumes, Newport Bridge 3
Table 3 – Queue Lengths, Newport Bridge 6
Table 4 – Delays Related to Closure, Newport Bridge 6
Table 5 – Unadjusted Peak Hour Volumes, Mount Hope Bridge 7
Table 6 – Adjusted Peak Hour Volumes, Mount Hope Bridge 7
Table 7 – Queue Lengths, Mount Hope Bridge 8
Table 8 – Delays Related to Closure, Mount Hope Bridge 10

Appendix

## INTRODUCTION

Weaver's Cove Energy proposes to bring a new Liquefied Natural Gas (LNG) supply to New England to serve the natural gas needs of the New England market, particularly in southeastern Massachusetts and Rhode Island. Natural gas is used in New England for home heating and cooking, commercial heating, a variety of industrial applications, and, increasingly, for electrical power generation. On an annual basis, about 50 percent of the natural gas currently delivered in New England comes from domestic sources, 35 percent from Eastern and Western Canada, and 15 percent from imported LNG sources.

On June 14, 2005, the Rhode Island Turnpike and Bridge Authority (RITBA) passed a resolution stating that the Newport (Pell) and Mount Hope Bridges would be closed to traffic while any LNG tanker is near or under either bridge. An LNG ship is expected to arrive at the terminal every 5 to 7 days. This equates to approximately one trip, either entering or exiting, every 2½ to 3½ days, and the corresponding bridge closures during the same times.

Title 33 of the Code of Federal Regulations (CFR) – Navigation and Navigable Waters, Ch. 1, §161.121 details the safety and security zone requirements for high-interest vessels in Narragansett Bay. High interest vessels include those carrying LNG. The United States Coast Guard's (USCG's) safety and security zone around each LNG tanker is defined as 2 miles ahead of the vessel, 1 mile behind the vessel, and 1,000 yards on either side. The dimensions of the safety and security zone were used to calculate the times during which each bridge would be restricted to traffic.

This study analyzes the impacts on traffic of closing the Newport Bridge and the Mount Hope Bridge while an LNG tanker ship is entering or exiting Narragansett Bay and the proposed LNG terminal in Fall River, Massachusetts. The project study area is shown in Figure 1.

## TRAFFIC ANALYSIS

Due to shallow passage in the waters toward Fall River, LNG tankers must begin their transit up the bay on a rising tide. Likewise, tankers must leave the Fall River LNG terminal at high tide. Nighttime transit is currently prohibited by the U.S. Coast Guard. Therefore, tidal conditions will dictate a variable schedule for LNG tanker passage and its subsequent closings. This traffic impact assessment considers both average-month and peak-month (worst case) traffic conditions. All calculations are given in the Appendix.

LNG Facility, Weaver's Cove
Fall River, MA

Traffic Impact Assessment




Figure 1: Project Area
Aquidneck Island Planning Commission

Newport Bridge

Traffic volumes on the Newport Bridge were obtained from a recent study entitled, "Traffic Analysis – Bridge Transits," prepared by MDM Transportation Consultants, Inc., and dated December 2004. This study collected Automatic Traffic Counter (ATR) counts on both bridges in October 2004. The weekday daily traffic volume on the bridge was 30,950 vehicles per day (vpd). The Saturday daily traffic volume was 24,450 vpd. The unadjusted 2004 peak hour traffic volumes are shown in Table 1.

**Table 1 – Unadjusted Peak Hour Volumes, Newport Bridge**

| Time Period | Traffic Volume (vph) | |
|---|---|---|
| | EB* | WB* |
| Weekday AM Peak Hour | 1,604 | 1,026 |
| Weekday PM Peak Hour | 1,060 | 1,730 |
| Saturday Midday Peak Hour | 1,095 | 860 |

*EB = eastbound, WB = westbound

Traffic data provided by RIDOT shows that October represents the average month for traffic volumes while September represents the peak month. The peak hour volumes shown in Table 1 were adjusted using monthly factors provided by RIDOT. The monthly factor for October is 100.2, meaning that the October volumes are typically 0.002 percent higher than the average. The monthly adjustment factor for September is 110.1, meaning that the volumes in September are typically 10.1 percent higher than the average. The months of June, July, August, and December are also typically 7.6 – 9.7 percent higher than the average.

The peak hour volumes, adjusted to reflect average month and peak-month conditions, are given in Table 2.

**Table 2 – Adjusted Peak Hour Volumes, Newport Bridge**

| Time Period | Traffic Volume (vph) | | | |
|---|---|---|---|---|
| | Average Month | | Peak Month | |
| | EB* | WB* | EB* | WB* |
| Weekday AM Peak Hour | 1,601 | 1,024 | 1,763 | 1,127 |
| Weekday PM Peak Hour | 1,058 | 1,726 | 1,165 | 1,901 |
| Saturday Midday Peak Hour | 1,093 | 858 | 1,203 | 945 |

*EB = eastbound, WB = westbound

It is estimated that the maximum speed at which an LNG vessel would travel while entering Narragansett Bay and transiting the Newport Bridge would be 10 knots, or 11.5 mph. Based on this speed, the lengths of time necessary for the bridge to be clear of the safety zone, thus allowing traffic to proceed over the bridge, were calculated as follows:

| | |
|---|---|
| Leading edge of 2-mile safety zone | 10 min, 26 sec |
| Vessel transit under bridge | 58 sec |
| Trailing edge of 1-mile safety zone | 5 min, 13 sec |
| Total closure time | 16 min, 37 sec |

Using these times and the traffic volumes given in Table 2, the queues under average and peak month conditions were calculated. In order to estimate vehicle arrival rates in either direction, the peak hour volumes were converted to arrival rates using the hourly volumes. It is assumed that vehicles arrive at a steady rate, as opposed to random arrivals.

In the eastbound direction, in Jamestown, the worst queues would occur during a weekday AM peak hour. In the eastbound direction, it is assumed that travel on the bridge would be restricted in the vicinity of the toll plaza in Jamestown, perhaps closing all toll lanes eastbound to control traffic. There are two lanes approaching the toll plaza. In addition, there is an entrance ramp from Canonicus Avenue in Jamestown. During an average month, the eastbound queues would extend approximately 1 mile in each lane, or nearly to Eldred Avenue, with additional queuing on the ramp from Canonicus Avenue. During peak month conditions, the longest queues in the eastbound direction would extend approximately 1.15 miles in each lane, approximately 850 feet farther west than the average month condition, with additional queuing on the Canonicus Avenue on ramp.

In the westbound direction from Newport, the worst queues would occur during a weekday PM peak hour. In the westbound direction, it is assumed that traffic would be restricted on the bridge above Second Street, just a few hundred feet west of the merge of the on ramps from Admiral Kalbfus Road (Route 138) and Farewell Street. Under average month conditions, the westbound queue in each lane, presuming an even distribution of traffic from each ramp, would extend approximately 1.13 miles. On Admiral Kalbfus Road, the queue would extend nearly to Sagamore Street, and on Farewell Street the queue would extend beyond America's Cup Boulevard. Under the peak month conditions, the westbound queues would extend 1¼ miles in each lane. On Admiral Kalbfus Road, the queue would extend to Rowland Road, just west of the intersection with Route 114. On Farewell Street, the queue would extend nearly to Marlborough Street and would probably impact other streets in Downtown Newport, such as America's Cup Avenue, Thames Street, and Broadway.

The queues at the Newport Bridge under average month and peak month conditions are summarized in Table 3. The longest average month and peak month queues in each direction are illustrated in Figure 2.




Figure 2: Queues at Newport (Pell) Bridge
Aquidneck Island Planning Commission

**Table 3 – Queue Lengths, Newport Bridge**

| Time Period | Queue Length per Lane (miles) | | | |
|---|---|---|---|---|
| | Average Month | | Peak Month | |
| | EB* | WB* | EB* | WB* |
| Weekday AM Peak Hour | 1.05 | 0.67 | 1.16 | 0.74 |
| Weekday PM Peak Hour | 0.70 | 1.13 | 0.76 | 1.25 |
| Saturday Midday Peak Hour | 0.72 | 0.57 | 0.79 | 0.62 |

*EB = eastbound, WB = westbound

The delays to traffic while the Newport Bridge is closed include not only the time that the bridge is closed, but also the time for the queues to dissipate. The time for each queue to dissipate is calculated using Greenshield's equation, which presumes a start-up reaction time and an even headway of 2.05 seconds between vehicles as the queue moves. Using this method, the times for the queues to dissipate are given in Table 4.

**Table 4 – Delays Related to Closure, Newport Bridge**

| Time Period | Time (min:sec) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Average Month | | | | Peak Month | | | |
| | EB* | | WB* | | EB* | | WB* | |
| | Q** | [illegible] | Q** | [illegible] | Q** | [illegible] | Q** | [illegible] |
| Weekday AM Peak Hour | 7:36 | [illegible] | 4:51 | [illegible] | 8:22 | [illegible] | 5:20 | [illegible] |
| Weekday PM Peak Hour | 5:01 | [illegible] | 8:11 | [illegible] | 5:32 | [illegible] | 9:00 | [illegible] |
| Saturday Midday Peak Hour | 5:11 | [illegible] | 4:05 | [illegible] | 5:42 | [illegible] | 4:29 | [illegible] |

Notes: *EB = eastbound, WB = westbound
**Q = time for queue to dissipate and traffic to return to "normal"
^Total delay = time while bridge is closed + time for queue to dissipate

Based on the calculations in Table 4, the total time before traffic flow returns to its "normal" state could be as long as 24 minutes and 59 seconds in the eastbound direction from Newport and as long as 25 minutes and 37 seconds in the westbound direction from Jamestown.

Mount Hope Bridge

Traffic volumes on the Mount Hope Bridge were also obtained from a recent study entitled, "Traffic Analysis – Bridge Transits," prepared by MDM Transportation Consultants, Inc., and dated December 2004. This study collected Automatic Traffic Counter (ATR) counts on both bridges in October 2004. The weekday daily traffic volume on the bridge was 23,620 vehicles per day (vpd). The Saturday daily traffic volume was 21,260 vpd. The unadjusted 2004 peak hour traffic volumes are shown in Table 5.

**Table 5 – Unadjusted Peak Hour Volumes, Mount Hope Bridge**

| Time Period | Traffic Volume (vph) | |
|---|---|---|
| | NB* | SB* |
| Weekday AM Peak Hour | 1,099 | 566 |
| Weekday PM Peak Hour | 1,039 | 1,126 |
| Saturday Midday Peak Hour | 974 | 706 |

*NB = northbound, SB = southbound

As with the Newport Bridge traffic volumes, the traffic volumes for the Mount Hope Bridge were adjusted using the RIDOT seasonal factors to reflect average month and peak month conditions. The adjusted peak hour volumes are given in Table 6.

**Table 6 – Adjusted Peak Hour Volumes, Mount Hope Bridge**

| Time Period | Traffic Volume (vph) | | | |
|---|---|---|---|---|
| | Average Month | | Peak Month | |
| | NB* | SB* | NB* | SB* |
| Weekday AM Peak Hour | 1,097 | 565 | 1,208 | 622 |
| Weekday PM Peak Hour | 1,037 | 1,124 | 1,142 | 1,237 |
| Saturday Midday Peak Hour | 973 | 704 | 1,071 | 775 |

*NB = northbound, SB = southbound

North of Sandy Point, LNG tankers must restrict their speed to 5 knots, or 5.75 mph. Based on this speed, the lengths of time necessary for the bridge to be clear of the safety zone, thus allowing traffic to proceed over the bridge, were calculated as follows:

| | |
|---|---|
| Leading edge of 2-mile safety zone | 20 min, 52 sec |
| Vessel transit under bridge | 1 min, 54 sec |
| Trailing edge of 1-mile safety zone | 10 min, 26 sec |
| Total closure time | 33 min, 12 sec |

Using these times and the traffic volumes given in Table 6, the queues under average and peak month conditions were calculated. In Portsmouth, the worst queues would occur during a weekday AM peak hour. In the northbound direction, it is assumed that travel on the bridge would be restricted in the vicinity of the intersection of Route 114 and Boyd's Lane. This location was chosen due to the Federal requirement that there be no activity within 1,000 yards on either side of the LNG tanker as it moves into and out of port. During an average month, the northbound queues would extend approximately 1.44 miles in each lane. The northbound average month queue on Route 114 would end approximately 300 feet north of Willow Lane. A queue would also extend south approximately 500 feet on Turnpike Road from the intersection of Route 114. On Boyd's Lane, which becomes Route 138 in Portsmouth, the northbound queue would extend from the intersection of Boyd's Lane and Route 114 to just south of Oliviera Way in Portsmouth. During peak month conditions, the longest queues

in the northbound direction would extend approximately 1.59 miles in each lane. The peak month queue on Route 114 in Portsmouth would extend from the intersection of Boyd's Lane to approximately 200 feet south of Willow Lane. At the intersection of Route 114 and Sprague Street, the queuing would continue south on Turnpike Avenue to the on ramp to Route 24 North. On Boyd's Lane, which becomes Route 138 in Portsmouth, the northbound queue would extend from the intersection of Boyd's Lane and Route 114 to just south of Sprague Street in Portsmouth.

In the southbound direction, the worst queues would occur on a weekday PM peak hour. It is assumed that traffic would be restricted just north of the end of the bridge. Under average month conditions, the southbound queue on Route 114 in Bristol would extend to Summer Street, while the southbound queue on Metacom Avenue (Route 136) would extend midway between Mount Hope Avenue and Woodlawn Avenue. Under the peak month conditions, the southbound queue on Route 114 in Bristol would extend north of Pleasant Street, and the southbound queue on Metacom Avenue (Route 136) would extend approximately 1,200 feet north of Woodlawn Avenue. It should be noted that queuing on the main roads could induce traffic to use other routes to "cut-through" and avoid the congested routes. One such route in Bristol could include Ferry Road from Route 114. However, this route reconnects to Route 114. Wood Street, which intersects Route 114, could also experience queuing if motorists use it as an alternate route to either Route 114 or Route 136. In these instances further congestion is created as the "cut-through" intersects with the main road.

The queues at the Mount Hope Bridge under average month and peak month conditions are summarized in Table 7. The longest average month and peak month queues in each direction are illustrated in Figure 3.

**Table 7 – Queue Lengths, Mount Hope Bridge**

| | Queue Length per lane(miles)* | | | |
|---|---|---|---|---|
| | Average Month | | Peak Month | |
| Time Period | NB** | SB** | NB** | SB** |
| Weekday AM Peak Hour | 2.88 | 1.48 | 3.17 | 1.59 |
| Weekday PM Peak Hour | 2.72 | 2.95 | 2.99 | 3.24 |
| Saturday Midday Peak Hour | 2.55 | 1.85 | 2.81 | 2.03 |

Notes: *In Figure 3, it is assumed that this total queue length would be split over multiple routes.
**NB = northbound, SB = southbound

The delays to traffic while the Mount Hope Bridge is closed were calculated using the same method that was used to calculate the delays at the Newport Bridge. The times for the queues to dissipate are given in Table 8.




Figure 3: Queues at Mount Hope Bridge
Aquidneck Island Planning Commission

**Table 8 – Delays Related to Closure, Mount Hope Bridge**

| Time Period | Time (min:sec) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Average Month | | | | Peak Month | | | |
| | NB* | | SB* | | NB* | | SB* | |
| | Q** | [illegible] | Q** | [illegible] | Q** | [illegible] | Q** | [illegible] |
| Weekday AM Peak Hour | 12:15 | [illegible] | 7:22 | [illegible] | 13:18 | [illegible] | 7:36 | [illegible] |
| Weekday PM Peak Hour | 11:40 | [illegible] | 12:48 | [illegible] | 12:39 | [illegible] | 13:35 | [illegible] |
| Saturday Midday Peak Hour | 11:03 | [illegible] | 8:31 | [illegible] | 12:00 | [illegible] | 9:10 | [illegible] |

Notes: *NB = northbound, SB = southbound
**Q = time for queue to dissipate and traffic to return to "normal"
^Total delay = time while bridge is closed + time for queue to dissipate

Based on the calculation in Table 8, the total time before traffic flow returns to its "normal" state could be as long as 46 minutes and 30 seconds in the northbound direction from Portsmouth and as long as 46 minutes and 47 seconds in the southbound direction from Bristol.

**EMERGENCY ACCESS**

Figures 4 and 5 show the locations of emergency response and municipal facilities near both the Newport and Mount Hope Bridges, respectively. Based on the above calculated queue lengths, emergency access, particularly to Newport Hospital could be severely impacted. Access to and from any and all of the emergency response and municipal facilities could be severely restricted by queues on the bridges' approaches. Lights and sirens will not aid an emergency vehicle in moving through the queues because vehicles in the queue are stopped and have no space to move out of the way.

Access to Newport Hospital could be particularly critical, especially for any residents of Jamestown or emergencies traveling eastbound. With the Newport Bridge closed, the nearest hospital is South County Hospital located in South Kingstown. From the toll plaza on Jamestown Island, it is approximately 3.5 miles to Newport Hospital using the Pell Bridge. Using an average travel speed of 35 mph, this trip would take approximately 6 minutes. If the Newport Bridge were closed, emergency vehicles would have to travel across the Jamestown Bridge to South County Hospital, which is 14.5 miles from the toll plaza. Presuming an average travel speed of 45 mph by an emergency vehicle, this trip would take approximately 20 minutes, an additional 14 minutes that could mean the difference to a patient's health and safety.

LNG Facility, Weaver's Cove
Fall River, MA

Traffic Impact Assessment




**Figure 4: Facilities Near Newport (Pell) Bridge**
**Aquidneck Island Planning Commission**




Figure 5: Facilities Near Mount Hope Bridge
Aquidneck Island Planning Commission

Access to Newport Hospital by other communities to the north including Portsmouth, Middletown and especially Bristol would be affected by the queuing and delays. Access to the hospital from Downtown Newport could also be restricted, since the queues in peak months extend into the Downtown area. Access by police and fire personnel to the north side of Newport would be severely impacted by the queuing approaching the ramps to the Newport Bridge westbound. Farewell Street is the primary access for emergency responders; the possible alternate route from the stations includes Admiral Kalbfus Road, which would also have significant queuing. The ability of emergency personnel to respond in a timely fashion could be significantly compromised by the bridge closure. Further, the westbound bridge closure could also impact the ability of Newport Hospital to transfer critically ill or injured patients to other hospitals, including South County Hospital, Rhode Island Hospital, and other hospitals in Providence.

Although there is no hospital near either end of the Mount Hope Bridge to and from which access would be impacted as there is near the Newport Bridge, emergency services and emergency access could be profoundly affected there as well. The Bristol and Portsmouth Fire Departments have an agreement by which each routinely responds to calls in both towns. The ability of the Bristol Fire Department to respond to an incident in Portsmouth would be severely impacted by the closure of the Mount Hope Bridge, as would Portsmouth Fire Department's ability to respond to an incident in Bristol.

The Bristol Fire Department also routinely transports patients to Newport Hospital, which would be impossible while the bridge is closed. In addition, the emergency care of students at Roger Williams College would be severely impacted, since the student medical insurance plan requires that students be transported to Newport Hospital in order to receive insurance coverage.

## CONCLUSIONS

The closures of the Newport and Mount Hope Bridges could have severe impacts to the communities on either end of both bridges as well as other surrounding communities. The closures' impacts will be acutely felt by emergency responders as well as local residents and tourists.

At the Newport Bridge, the total delay before traffic returns to its "normal" state could be as long as 25 minutes in the eastbound direction, including stopped time and time for the queues to dissipate. In the westbound direction at the Newport Bridge, the total delay time could be comparable at nearly 26 minutes. The closures may have a profound impact on access to Newport Hospital, particularly by residents of Jamestown and those traveling eastbound, whose nearest hospital would then be South County Hospital, 14.5 miles away. The closure could also have a significantly detrimental impact on the ability of emergency personnel to respond to an incident in the northern portion of Newport.

The longer duration of closure necessary at the Mount Hope Bridge coupled with the one-lane approach roads on either side could mean that the impacts of the closure will be more acutely felt in the towns of Bristol and Portsmouth. During an average month, the total delay to vehicles approaching the Mount Hope Bridge from either direction could be nearly 47 minutes, including stopped time and time for traffic to return to "normal" flow conditions. The ability of the Bristol and Portsmouth Fire Departments to respond to incidents would be severely impacted by the closure since emergency responders would not be allowed passage over the bridge. Once the bridge re-opened, approximately 33 minutes after the initial closure, an emergency vehicle could bypass the queues using its lights and sirens. Access to hospitals would be even more severely impacted, particularly for Bristol, which uses the Mount Hope Bridge for access to Newport Hospital as well as for faster access to St. Anne's Hospital in Fall River, MA.

# APPENDIX

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 1 OF 8
CHKD BY DATE CW1451 - LNG STUDY PROJECT CW1451
SUBJECT CALCULATIONS OF LENGTH OF BRIDGE CLOSURE

Safety Zone - 2 miles ahead, 1 mile behind, 1,000 yards both sides per 33 CFR 165.121

Transit under bridge – Newport/Pell Bridge

Vessel Speed = 10 knots ≈ 11.5 mi/hr
2 mi / 11.5 mph = 0.174 hr = 10.4 min = 10 min 26 sec
→ Bridge closed 10 minutes prior to vessel transit under bridge

Newport/Pell Bridge width = ~ 55 ft LNG tanker length = 930 ft

Time for stern of boat to clear bridge
(930+55) = 985 ft x $\frac{1\text{ mi}}{5280\text{ ft}}$ = 0.187 mi x $\frac{\text{hr}}{11.5\text{ mi}}$ = 0.0162 hr = 0.973 min = 58 sec

Time for boat to move 1 mile away
1mi / 11.5 mph = 0.087 hr = 5.22 min = 5 min 13 sec

TOTAL TIME FOR BRIDGE TO BE CLEAR OF SAFETY ZONE

| | |
|---|---|
| 10 min | 26 sec |
| | 58 sec |
| 5 min | 13 sec |
| 16 min | 37 sec |

Transit under Mount Hope Bridge

Vessel Speed = 5 knots ≈ 5.75mph
2 mi / 5.75 mph = 0.348 hr = 20.87 min = 20 min 52 sec
→ Bridge closed 21 minutes prior to vessel transit under bridge

Mount Hope Bridge width ≈ 30 ft LNG tanker length = 930 ft

Time for stern of boat to clear bridge
(930+30) = 960 ft x $\frac{1\text{ mi}}{5280\text{ ft}}$ = 0.182 mi x $\frac{\text{hr}}{5.75\text{ mi}}$ = 0.0316 hr = 1.897 min = 1 min 54 sec

Time for boat to move 1 mile away
1mi / 5.75 mph = 0.174 hr = 10.43 min = 10 min 26 sec

TOTAL TIME FOR BRIDGE TO BE CLEAR OF SAFETY ZONE

| | |
|---|---|
| 20 min | 52 sec |
| 1 min | 54 sec |
| 10 min | 26 sec |
| 33 min | 12 sec |

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 2 OF 8
CHKD BY DATE CW1451 - LNG STUDY PROJECT CW1451
SUBJECT QUEUE LENGTH – NEWPORT BRIDGE CLOSURE

*USING PEAK HOUR VOLUMES FROM MDM TRANSPORTATION STUDY "TRAFFIC ANALYSIS – BRIDGE TRANSITS" DATED DECEMBER 2004

Newport Bridge -- Volumes from October 2004

| | | | | |
|---|---|---|---|---|
| AWDT 30,950 vph | AM Peak | 2,630 vph | 61% EB | K=8.5% |
| | PM Peak | 2,790 vph | 62% WB | K=9.0% |
| Sat. ADT 24,250 vph | Sat. Peak | 1,955 vph | 56% EB | K=8.0% |

*OCTOBER TYPICALLY REPRESENTS THE AVERAGE MONTH, AS EVIDENCED BY MONTHLY FACTOR

RIDOT 2004 Urban Monthly Adjustment Factors:

| | | |
|---|---|---|
| June | 109.2 | |
| July | 109.6 | |
| Sept. | 110.1 | Peak |
| Oct. | 100.2 | Avg. |

Adjust volumes above to Peak Month conditions

MADT = (AADT)(FACTOR)

→AADT = $\frac{\text{MADT}}{\text{FACTOR}}$

Sept MADT = $\left[\frac{\text{Oct. MADT}}{\text{(Oct Factor)}}\right]$ (Sept. Factor)

MADT = 30,950 vph
Sat MADT 24,450 vph

Peak Month = September

Peak Month Volumes
30,888 (1.101) = 34,008 vph Sept. MADT (weekday)
24,401 (1.101) = 26,866 vph Sept. MADT (Saturday)

AM Peak $\left[\frac{2,630}{1.002}\right]$ 1.101 = 2,890 vph 1,763 vph EB
1,127 vph WB

PM Peak $\left[\frac{2,790}{1.002}\right]$ 1.101 = 3,066 vph 1,165 vph EB
1,901 vph WB

LOUIS BERGER GROUP

BY KP ________ DATE 8/11/05 ____ SHEET NO 3 ___ OF 8 __
CHKD BY ______ DATE ________ CW1451 - LNG STUDY PROJECT CW1451 __
SUBJECT QUEUE LENGTH – NEWPORT BRIDGE CLOSURE

Sat. Peak [1,955 / 1.002] 1.101 = 2,148 vph 1,203 vph EB
945 vph WB

| | | | |
|---|---|---|---|
| Worst-Case | EB | 1,763 vph | AM Peak |
| Scenario | WB | 1,901 vph | PM Peak |

Assume uniform Arrival Rate, based on volume

AM Peak
EB 1,763 vph / 3600 sec/hr = 0.490 veh/sec
WB 1,127 vph / 3600 sec/hr = 0.131 veh/sec

Total Closure Time = 16 min 37 sec = 997 sec

EB queue 997 sec (0.490 veh/sec) = 489 @ 25 ft/veh = 12,225 ft = 2.32 mi
WB queue 997 sec (0.313 veh/sec) = 312 veh = 7,800 ft = 1.48 mi

PM Peak
EB 1,165 vph / 3600 = 0.324 veh/sec
WB 1,901 vph / 3600 = 0.528 veh/sec

EB queue 997sec (0.324 veh/sec) = 323 veh = 8,075 ft = 1.53 mi
WB queue 997sec (0.528 veh/sec) = 526 veh = 13.160 ft = 2.49 mi

Sat Peak
EB 1203 vph / 3600 = 0.334 veh/sec
WB 945 vph / 3600 = 0.263 veh/sec

EB queue 997sec (0.334) = 333veh = 8,325ft = 1.58mi
WB queue 997sec (0.263) = 262veh = 6,550ft = 1.24mi

AVERAGE MONTH VOLUMES
ADT (30950)/1.002 = 30,888vph
Sat. ADT 24450/1.002 = 24,401vph

| | | |
|---|---|---|
| AM Peak | 2630 / 1.002 = 2,625 vph | 1,601 vph EB<br>1,024 vph WB |
| PM Peak | 2790 / 1.002 = 2,784 vph | 1,058 vph EB<br>1,726 vph WB |
| Sat. Peak | 1,955 / 1.002 = 1,951 vph | 1,093 vph EB<br>858 vph WB |

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 4 OF 8
CHKD BY ___ DATE ___ CW1451 - LNG STUDY PROJECT CW1451
SUBJECT QUEUE LENGTH – NEWPORT BRIDGE CLOSURE

AVERAGE MONTH QUEUES

AM Peak
EB 1601/3600 = 0.445 veh/sec
WB 1024/3600 = 0.284 veh/sec

EB queue = 997sec (0.445 veh/sec) = 444 veh = 11,100 ft = 2.10 mi
WB queue = 997 (0.284) = 283 veh = 7,075 ft = 1.34 mi

PM Peak
EB 1056/3600 = 0.294 veh/sec
WB 1726/3600 = 0.479 veh/sec

EB queue = 997 (0.294) = 293 veh = 7,325 ft = 1.36 mi
WB queue = 997 (0.479) = 478 veh = 11,950 ft = 2.26 mi

Sat Peak
EB 1093/3600 = 0.304 veh/sec
WB 858/3600 = 0.238 veh/sec

EB queue = 997 (0.304) = 303 veh = 7,575 ft = 1.43 mi
WB queue = 997 (0.238) = 238 veh = 5,950 ft = 1.13 mi

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 5 OF 8
CHKD BY DATE CW1451 - LNG STUDY PROJECT CW1451
SUBJECT QUEUE LENGTH – MOUNT HOPE BRIDGE CLOSURE

MOUNT HOPE BRIDGE – OCTOBER 2004 VOLUMES

| | | | | |
|---|---|---|---|---|
| AWDT 23,620vpd | AM Peak | 1,665 vph | 66% NB | K=7.0% |
| | PM Peak | 2,165 vph | 53% SB | K=9.2% |
| Sat ADT 21,260 vpd | Sat Peak | 1,680 vph | 58% NB | K=8.0% |

ADJUST ABOVE VOLUMES TO PEAK MONTH (SEPT.) USING RIDOT FACTORS

Peak ADT (weekday) = 25,954 vpd
Peak ADT (Saturday) = 23,361 vpd

AM Peak $\left[\frac{1,665 \text{ vph}}{1.002}\right]$ 1.101 = 1,830 vph 1,208 vph NB / 622 vph SB

PM Peak $\left[\frac{2,165}{1.002}\right]$ 1.101 = 2,379 vph 1,142 vph NB / 1,237 vph SB

Sat. Peak $\left[\frac{1,680}{1.02}\right]$ 1.101 = 1,846 vph 1,071 vph NB / 775 vph SB

Worst – Case Scenario NB 1,208 vph AM Peak
SB 1,237 vph PM Peak

PEAK MONTH QUEUES – MT. HOPE BRIDGE Closing Time = 1,992 sec

AM Peak
NB 1208/3600 = 0.336 veh/sec
SB 622/3600 = 0.173 veh/sec

NB queue = 1992 sec (0.336 veh/sec) = 669 veh = 16,725 ft = 3.17 mi
SB queue = 1992 (0.173) = 335 veh = 8,375 ft = 1.59 mi

PM Peak
NB 1142/3600 = 0.317 veh/sec
SB 1237/3600 = 0.344 veh/sec

NB queue = 1992 (0.317) = 631 veh = 15,725 ft = 2.99 mi
SB queue = 1992 (0.344) = 685 veh = 17,125 ft = 3.24 mi

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 6 OF 8
CHKD BY DATE CW1451 - LNG STUDY PROJECT CW1451
SUBJECT QUEUE LENGTH – MOUNT HOPE BRIDGE CLOSURE

Sat Peak
NB 1071/3600 = 0.298 veh/sec
SB 775/3600 = 0.215 veh/sec

NB queue = 1992 (0.298) = 594 veh = 14,850 ft = 2.81 mi
SB queue = 1992 (0.215) = 428 veh = 10,700 ft = 2.03 mi

AVERAGE MONTH VOLUMES– MT. HOPE BRIDGE

AM Peak

1665 / 1.002 = 1,662 vph — 1,097 vph NB, 565 vph SB

PM Peak

2165 / 1.002 = 2,161vph — 1,037 vph NB, 1,124 vph SB

Sat. Peak

1680 / 1.002 = 1,677vph — 973 vph NB, 704 vph SB

AVERAGE MONTH QUEUES MT. HOPE BRIDGE Closing time = 1992 sec

AM Peak
NB 1097/3600 = 0.305(1992) = 608 veh = 15,200 ft = 2.88 mi
SB 565/3600 = 0.157(1992) = 313 veh = 7,825 ft = 1.48 mi

PM Peak
NB 1037/3600 = 0.288(1992) = 574 veh = 14,350 ft = 2.72 mi
SB 1124/3600 = 0.312(1992) = 622 veh = 15,550 ft = 2.95 mi

Sat. Peak
NB 973/3600 = 0.270(1992) = 538 veh = 13,450 ft = 2.55 mi
SB 704/3600 = 0.196(1992) = 390 veh = 9,450 ft = 1.85 mi

LOUIS BERGER GROUP

BY KP DATE 8/11/05 SHEET NO 7 OF 8
CHKD BY DATE CW1451 - LNG STUDY PROJECT CW1451
SUBJECT TIMES FOR QUEUES TO DISSIPATE

Greenshields Equation: T = 0.68 + 2.05(n)
Where n = number of vehicles and T = time in seconds

NEWPORT BRIDGE

Peak Month
AM Peak
EB T=0.68 + 2.05 (489/2) = 502 sec = 8.37 min = 8 min 22 sec
WB T=0.98+2.05 (312/2) = 320 sec = 5.34 min = 5 min 20 sec

PM Peak
EB T=0.68 + 2.05 (323/2) = 332 sec = 5.53 min = 5 min 32 sec
WB T=0.68 + 2.05 (526/2) = 540 sec = 9.0 min = 9 min 0 sec

Sat. Peak
EB T = 0.68 + 2.05 (333/2) = 342 sec = 5.7 min = 5 min 42 sec
WB T = 0.68 + 2.05 (262/2) = 269 sec = 4.49 min = 4 min 29 sec

Average Month
AM Peak
EB T = 0.68 + 2.05 (444/2) = 456 sec = 7.60 min = 7 min 36 sec
WB T = 0.68 + 2.05 (283/2) = 291 sec = 4.85 min = 4 min 51 sec

PM Peak
EB T = 0.68 + 2.05 (293/2) = 301 sec = 5.02 min = 5 min 1 sec
WB T = 0.68 + 2.05 (478/2) = 491 sec = 8.18 min = 8 min 11 sec

Sat. Peak
EB T = 0.68 + 2.05 (303/2) = 311 sec = 5.18 min = 5 min 11 sec
WB T = 0.68 + 2.05 (238/2) = 245 sec = 4.08 min = 4 min 5 sec

LOUIS BERGER GROUP

BY KP DATE 8/11/05
CHKD BY DATE
CW1451 - LNG STUDY
SHEET NO 8 OF 8
PROJECT CW1451
SUBJECT TIMES FOR QUEUES TO DISSIPATE

MOUNT HOPE BRIDGE

In Greenshield's Equation:

$n = \frac{Q - 108}{2} + 108^{*}$

Peak Month

AM Peak

NB T = 0.68 + 2.05(389) = 798 sec = 13.3 min = 13 min 18 sec
SB T = 0.68 + 2.05(222) = 456 sec = 7.6 min = 7 min 36 sec

PM Peak

NB T = 0.68 + 2.05(370) = 759sec = 12.65min = 12min 39sec
SB T = 0.68 + 2.05(397) = 815sec = 13.58min = 13min 35sec

Sat. Peak

NB T = 0.68 + 2.05 (351) = 720sec = 120min = 12min 0sec
SB T = 0.68 + 2.05(268) = 550sec = 9.17min = 9min 10sec

AVERAGE MONTH

AM Peak

NB T = 0.68 + 2.05(358) = 735sec = 12.25min = 12min 15sec
SB T = 0.68 + 2.05(211) = 433sec = 7.22min = 7min 13sec

PM Peak

NB T = 0.68+2.05(341) = 700sec = 11.67 min = 11 min 40 sec
SB T = 0.68 + 2.05(365) = 749sec = 12.48 min = 12 min 29 sec

Sat. Peak

NB T = 0.68 + 2.05(323) = 663 sec = 11.05 min = 11 min 3 sec
SB T = 0.68 + 2.05(249) = 511 sec = 8.52 min = 8 min 31 sec

*Note: The first ~2700 ft (108 vehicles) is one lane, after which the queue splits to two routes.