**UNITED STATES OF AMERICA**
**FEDERAL ENERGY REGULATORY COMMISSION**

| | |
|---|---|
| **WEAVER'S COVE ENERGY, LLC** | **Docket #CP04-36-000** |
| **MILL RIVER PIPELINE, LLC** | **Docket #CP04-41-000**<br>**CP04-42-000**<br>**CP04-43-000** |

**AFFIDAVIT OF DIANE C. MEDEROS**

I, Diane C. Mederos, state on personal knowledge as follows:

1. I am the duly elected Town Administrator of the Town of Bristol, Rhode Island. In that capacity I serve as the Chief Health and Public Safety Officer of the Town.

2. This Affidavit is being submitted in connection with the proposed Weaver's Cove Liquefied Natural Gas ("LNG") Terminal to be constructed and operated in Fall River, Massachusetts.

3. I have received reports from my department heads, specifically, the Chief of Police, the Chief of Bristol Fire and Rescue Department, and the Bristol Harbormaster, with regard to the dangers associated with the accidental or intentional escape of LNG from tankers during their inland transit along the Bristol coastline, including attempting to evacuate the population from the thermal radiation zone, attempting to extinguish or contain a pool fire, and treating the burn victims of thermal radiation exposure.

4. Of greatest concern with this possibility is the area near Roger Williams University, with a population of approximately 4,100 students during the academic year and up to 1,000 individuals from various organizations when the University is not in session. There are also several hundred employees on staff. The potential pool fire relates not only to structure ignition, but the number of students who would possibly be injured. This would result in a Mass Casualty Incident. The Town operates with a volunteer fire and rescue department. Addressing such a Mass Casualty Incident would be overwhelming for a paid, full-time department, let alone our volunteer department.

5. Initial response to this type of incident would include the necessity of utilizing a foam type crash/rescue vehicle capable of conducting firefighting operations while moving. In concert with the attack vehicle would be a tanker truck capable of carrying up to ten thousand (10,000) gallons of water and a utility truck with additional foam and support equipment. Estimated cost of apparatus, support equipment, and the building to house same would be approximately $4 Million. Additionally, a Disaster Medical Alert Team (DMAT) type vehicle would be required to support the incident response. The cost of a fully equipped vehicle is estimated to be $500,000. The Town lacks such resources.

6. The Mass Casualty Incident would also require pre-staging and pre-planning. The location being discussed, near the Mount Hope Bridge, would eliminate the current Mutual Aid structure currently used by all East Bay communities. The portion of the mutual aid associated with Aquidneck Island would no longer be available making it impossible to have on hand the resources necessary to contain and respond to such a mass casualty.

7. As the LNG ship transit continues toward its docking space at Weaver's Cove, our assets would need to move in concert with the ship as a moveable pre-plan. The manning required to support a single transit will be significant. Our rescues could not transport to Newport Hospital for a 12 to 24 hour period prior to an LNG ship's passage. A brief study of our transports to Newport Hospital indicates approximately twenty percent (20%) of our patients are seen there. Although we do not transport any critical patients to Newport Hospital by state protocol, those patients transported to Newport Hospital would become an extra burden on the remaining state's hospitals.

8. Each of these operations will require a significant amount of manpower and a training regimen for those people to be certified to support the Town of Bristol's needs. The cost associated with the training and outfitting of these crews is estimated to be in the $200,000 to $300,000 range. Each transit through what can be considered Bristol's waters is estimated to cost $5,000 depending on the length of time the team is in place. Again, the resources do not exist.

9. Furthermore, the ability of the Bristol Police to secure the shoreline of Bristol that is directly adjacent to Mount Hope Bay is impossible due to the terrain and the many areas of ingress and egress. There are in excess of thirty (30) rights-of-way and, of that number, at least half can be used to launch boats.

10. Mount Hope Farm, which is adjacent to Brown University property, can be accessed without notice at any time by a terrorist(s) who can hide himself, weapons, and boats undetected. The Bristol Police Department is considered a small department, under 50 sworn officers, and we do not have the personnel or resources to secure, at the very minimum, the Mount Hope Bridge for ten (10) minutes.

11. Security is not only a money issue but also the ability to muster enough manpower to provide a safe, secure waterway for any craft that could be compromised by terrorists. The Town of Bristol has a part-time harbor patrol manned by people with other full-time employment. They have little to no training in these areas. They could respond once an incident occurs but cannot be held to have a presence every time an LNG tanker appears on the horizon. It is critical to note that Bristol harbor contains 832 moorings and 175 slips at its marinas. There are 1,007 sail and motor boats moored and docked in Bristol harbor and the inland waters of the east passage of Narragansett Bay off of the Bristol coast. This does not include all of the boats moored and docked at Bristol Marine and Bristol Yacht Club as well as the Herreshoff Museum. All of these vessels would be at risk.

12. The closing of Mount Hope Bridge for any amount of time always creates traffic jams that last for hours after the problems are mitigated. Vehicle operators attempt other routes and only add to the already congested roadways of Bristol. As anyone familiar with the area already knows, the streets of Bristol are at capacity twenty (20) hours each and every day.

13. In conclusion, if an accident or attack is perpetrated against an LNG vessel, the Town of Bristol does not have adequate resources, both financial and manpower, to address a catastrophic conflagration. Even in the absence of such a scenario, the resources of the Town will be severely strapped to provide minimum security during the passage of an LNG vessel and would require additional equipment and manpower as set forth herein.

Diane C. Mederos

Diane C. Mederos
Town Administrator
Town of Bristol, Rhode Island

BRISTOL, Sc.
~~Providence~~, Sc.

Subscribed and sworn to before me in the County of Bristol, State of Rhode Island, on this Tenth day of August, 2005.

Notary Public
My Commission Expires: 4|20|06

F:\Bristol\Legal\Docs\Affidavit of Mederos re Weaver's Cove 08 10 05.wpd