UNITED STATES OF AMERICA

BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC AND MILL RIVER PIPELINE, LLC | ) | Docket Nos. CP04-36-000; CP04-41-000; CP04-42-000; CP04-43-000 |

**AFFIDAVIT OF BRENDAN P. DOHERTY**

I, Brendan P. Doherty, upon oath, depose and say as follows:

1. I am presently the Director of Public Safety at Roger Williams University and am responsible for the safety and security of the campus community.

2. I am recently retired after twenty-four (24) years of service with the Rhode Island State Police. I served in both the Uniform and Detective Bureau's and attained the rank of Major, second in command, upon my retirement. My duties included but were not limited to investigating and detecting Domestic Terrorism, Organized Crime, monitoring and mitigating Natural Disaster.

3. Roger Williams University is a regional, liberal arts university offering undergraduate and graduate programs in the arts and sciences, architecture, business, construction management, education, engineering, historic preservation, justice studies, legal studies, public administration, visual arts studies, and law. The University enrolls approximately 3588 full-time students and 880 graduate students. The main campus is located on 140 waterfront acres on Mt. Hope Bay and located approximately two-tenths of a mile from the Mt. Hope Bridge. There are approximately 1260 employees at the University.

4. I am aware that LNG is highly volatile in the event of a spill on water. I understand that according to the recent report of the Sandia National Laboratory, a "pool fire" could ignite structures and burn exposed people approximately one mile away. I am also aware the United States Coast Guard has deemed LNG as "high interest" cargo and accordingly, issued a regulation after September 11, 2001 that imposes a security and exclusion zone around LNG tankers that extends for two miles ahead of the tankers and one mile behind, and 1000 yards on either side of the vessel. I understand the need for the exclusion zone given the devastating consequences that would ensue in the event of an accident or deliberate attack on the vessel.

5. The Mount Hope Bridge, consisting of only two lanes, is located less than a mile from the center of the University campus and abuts the University campus property. Several student residence halls are located near the Bridge. Many students reside in Portsmouth and frequently pass back and forth across the bridge via a shuttle in order to attend classes. There are two dormitories located on the North side of the Bridge in the Town of Portsmouth. The Baypoint dormitory is approximately three-fourths of a mile from the Portsmouth side of the Bridge. Founder's Brook dormitory is approximately 0.5 miles from the Portsmouth side of the Bridge. The University utilizes this bridge throughout the entire day transporting students from the dormitories to the main campus and visa-versa. The University shuttles accommodate thirty (30) students per vehicle. During the daytime schedule, between the hours of 7:20 am until 6:35 pm, the shuttles leave from the main campus to Baypoint and Founder's Brook dormitories thirty-one (31) times, thus making sixty-two (62) round trips. The evening regular schedule begins from 7:00 pm through 11:10 pm and travels seven (7) times, thus making fourteen (14) round trips. There is an on-call evening schedule beginning on Sunday, Monday, Tuesday and Wednesday from 7:00 pm. until 1:00 am. Additionally, the on-call schedule continues between 12:00 am to 3:00 am on Thursday, Friday and Saturday. On Saturday, the shuttle service begins at 10:00 am and continues through 3:00 am. On Sunday and holidays, the shuttles begin at 10:00 am to 1:00 am. On Saturday, Sunday and holidays, on-call shuttle service begins from 12:00 am to 3:00 am. The impact of continual, potential bridge closures will severely and negatively impact our operations. In the event that there was ever an accident or attack on an LNG vessel, there would be serious emergency response concerns and the magnitude of injuries to the University's student population and employees would be catastrophic.

Brendan P. Doherty

State of Rhode Island
County of BRISTOL

Subscribed and sworn to before me in the County of BRISTOL, State of Rhode Island on this 15th day of August, 2005.

Charlotte Q. Soares
Notary Public
My Commission Expires on: 2/10/2009