IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *et al.*,<br><br>*Defendants*. | ) | Case No. 07-246-S |

**PLAINTIFFS' OBJECTION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Weaver's Cove Energy, LLC ("Weaver Cove") hereby objects to Defendants' cross motion for summary judgment (Doc. 27), for the reasons set forth in Weaver's Cove's Reply Memorandum of Law in Support of Plaintiff Weaver's Cove Energy, LLC's Motion for Summary Judgment and in Support of Plaintiff's Objection to Defendants' Cross-Motion for Summary Judgment, filed herewith.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik (#1515)
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

*Attorney for Weaver's Cove Energy, LLC*

Dated: February 8, 2008

Of Counsel:

Bruce F. Kiely
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2008, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, goldlaw@cox.net

Michael Rubin, mrubin@riag.ri.gov

Paul J. Roberti, proberti@riag.ri.gov

/s/ Gregory L. Benik