Unofficial FERC-Generated PDF of 20060213-0092 Received by FERC OSEC 02/09/2006 in Docket#: CP04-36-000



Weaver's Cove Energy

February 02, 2006

Captain Roy A. Nash, USCG,
Commanding Officer,
Marine Safety Office Providence,
United States Coast Guard,
20 Risho Avenue,
East Providence, RI 02914 -1208

Dear Captain Nash,

Re: CHANGE OF INFORMATION IN LETTER OF INTENT TO OPERATE A NEWLY CONSTRUCTED WATERFRONT FACILITY HANDLING LNG

This letter is submitted pursuant to 33 CFR 127.007 paragraph (e)(1) in respect of changes of information to items contained in the Letter of Intent (LOI), dated May 12, 2004, previously submitted in respect of the proposed new waterfront facility handling LNG to be constructed by Weaver's Cove Energy, LLC (WCE) in Fall River, MA.

The changes notified in this letter, and detailed in Attachment 1, relate to the following items in the original LOI, a copy of which is included for reference as Attachment 2:

4. *Facility Development Schedule*: The revised dates for construction and receipt of the first LNG cargo reflect the most recent project schedule.

6. *LNG Vessel Characteristics & Frequency of Shipments.* Utilization of smaller size LNG vessels will be required by the retention of the existing Brightman Street Bridge. The smaller size of, and therefore smaller LNG capacity of, the vessels will result in more frequent shipments to the proposed terminal than was envisioned in the earlier LOI. The Narragansett Bay Ports and Waterways Safety Assessment (PAWSA) and the LNG vessel transit Security Plan were developed in conjunction with the planned KeySpan LNG terminal in Providence. In light of the Federal Energy Regulatory Commission's decision to deny KeySpan a certificate for their Providence project, the total number of transits in the Bay will be essentially as envisioned at the earlier planning stage, although all will now be destined for Fall River, as opposed to half transiting to Providence. In that context, we believe that the PAWSA and Security Plan will remain applicable, especially when considering the current under utilization of the federal channel in Mount Hope Bay and the Taunton River.

One New Street, Fall River, MA 02720
phone 508.675.9470, fax 508.675.9473

Unofficial FERC-Generated PDF of 20060213-0092 Received by FERC OSEC 02/09/2006 in Docket#: CP04-36-000




While the existing Brightman Street Bridge remains in place WCE will use the smaller LNG vessels, but if the bridge is removed or altered WCE will revert to the larger vessels, or a combination of vessels, the larger vessels being as envisioned in the original LOI, dated May 12, 2004.

7. *Waterway Channels used by LNG vessels en route to the Facility*: The Taunton River channel is crossed by the existing Brightman Street Bridge which will remain in position and through which the proposed smaller LNG vessels will transit.

8. *LNG Marine Safety Issues*: WCE, with support from North East Marine Pilots, has conducted ship maneuvering simulation studies at Marine Safety International, Middletown, RI (MSI) in support of the change in planned LNG vessel size. A copy of MSI's report is attached for your reference.

With the exception of the changes notified in this letter all other information submitted in the original Letter of Intent remains valid and WCE maintains its proposal to construct and operate a facility which will provide a high degree of safety and security for the port and coastal communities in which it will be located and along which LNG vessels will transit. WCE appreciates the co-operation and advice provided by USCG and looks forward to receiving a letter of recommendation regarding the proposed facility.

Sincerely,

R G Shearer

Chief Executive Officer

Attachments: 1) Details of Information Changes

2) Original Letter of Intent, May 12, 2004

3) MSI Brightman Street Bridge Simulation Report

c.c. FERC

Attachment: 1

# Weaver's Cove Energy

# Development of New Waterfront Facility Handling LNG

# Details of Information Changes

February 2, 2006

## *4. Facility Development Schedule*

December 19th 2003 - FERC application filed
March 18th 2004 - USACE Permit application filed
July 15th 2005 - FERC issued authorization under Section 3 of the NGA
October 2006 - Estimated date to commence construction
October 2009 - Estimated date to complete construction
November 2009 - Estimated date to receive first LNG cargo

## *6. LNG Vessel Characteristics & Frequency of Shipments*

LNG will be delivered to the terminal in LNG vessels having dimensions providing a capacity of approximately 55,000m3 contained in three or four cargo tanks. Typical dimensions of such vessels will be length 725 feet, beam 82 feet and draft 36 feet. The vessels will have an air draft sufficient to pass under the Mount Hope and Braga Bridges which have a minimum clearance of 135 feet.

It is anticipated that one vessel will arrive about every three days giving an average of about 120 deliveries per annum. Initially, vessels will berth during daylight hours using tidal lift, if necessary, to transit the Mount Hope Bay and Taunton River channels. Departure will be approximately 24 hours later.
After sufficient experience is gained it is intended to also adopt nighttime berthing and un-berthing operations.

## *7. Waterway Channels used by LNG vessels en route to the facility*

LNG vessel transits in the Taunton River Channel will require passage through the existing Brightman Street Bridge, which is to be maintained in operational condition, and also through the new Brightman Street Bridge, currently under construction.

Attachment: 1

## *8. LNG Marine Safety Issues*

The location of the existing and under construction Brightman Street Bridges, 1,100 feet apart and having offset openings, requires all vessels to undertake an unusual maneuver while in transit between the bridges. This maneuver was investigated through simulation studies carried out at Marine Safety International (MSI) Middletown, RI. The studies employed a bulk carrier model of similar dimensions to the coal ships currently delivering to Montaup Power Plant and a container ship model of similar dimensions to the now proposed smaller LNG vessels. The simulations highlighted the navigational obstacle posed to all ship traffic by the two out of alignment bridges but also demonstrated the feasibility of safe transits through the adoption of correct maneuvering procedures. The simulations also gave guidance on the dimensional limitations on LNG vessels and on the environmental conditions that the unusual maneuver requires.

MSI's full report is included as Attachment: 3