would not represent good food resources for lobsters. Lobster feeding and use of the disposal area would be impacted for approximately 18 months of disposal operations and an additional 1 year for recovery of the benthic community on which lobsters feed.

Fisheries resources may be impacted by offshore disposal activities both directly and indirectly. Potential direct impacts from disposal operations may be incurred through exposure to high concentrations of suspended sediment (i.e., suspended solids), burial, and/or loss of habitat. Potential indirect impacts may result from the temporary loss of benthic food organisms. The impact is greatest to demersal (bottom) fish, although pelagic (open water) fish may also be affected by temporary increases in total suspended solids.

Three species of endangered whales, three species of endangered sea turtles, and one threatened sea turtle may occur at the RISDS. NOAA Fisheries' concerns regarding the threatened and endangered whales and turtles include: 1) exposure to contaminants and bioaccumulation in tissues; 2) reduced forage opportunities; 3) habitat loss or degradation; and 4) physical injury from the activities proposed during the operations. However, significant adverse effects to these species are unlikely for several reasons. The dredged material that would be disposed of in Rhode Island Sound would be "uncontaminated" (i.e., dredged material that meets all Tier III testing guidelines for toxicity and bioaccumulation to be classified as suitable for open water disposal) and would not cause environmentally significant undesirable effects through bioaccumulation. The species listed are unlikely to obtain a significant portion of their food from the potential disposal site. None of the sea turtles and whales would experience major disruptions in foraging in the vicinity of the disposal site. The whales are only occasional visitors to Rhode Island Sound and are unlikely to feed for significant periods of time in the vicinity of the disposal site. The depth of the disposal site precludes several of the sea turtles from foraging there as well. The habitat would recover after disposal operations are complete. Indirect impacts, such as alterations of zooplankton populations due to elevated levels of total suspended solids, are expected to be short-lived. Although vessel traffic would increase during the period of the project, collisions between listed species and tugs and scows/barges carrying dredged material are unlikely. Direct impacts resulting from the physical dumping of dredged material from the barge is also expected to be minimal. Whales and sea turtles in the vicinity of the RISDS would actively avoid the area while disposal is occurring.

Conclusions on Offshore Disposal Alternatives

Based on the above environmental analysis of disposing the project dredged material at the RISDS, we believe that the offshore disposal alternative would be environmentally acceptable if the Tier III testing demonstrates that a significant volume of sediments are suitable for offshore disposal. However, we have also determined that offshore disposal of suitable dredged material is not without impacts and is not clearly environmentally preferable to Weaver's Cove Energy's proposed reuse of the dredged material as general site fill at the LNG terminal site. This conclusion assumes that Weaver's Cove Energy is able to resolve the regulatory and legal disputes of its proposed sediment management plan at the LNG terminal site (see section 4.2.2 for further discussion of these potential impediments). Based on the new/existing Brightman Street Bridge construction delays, we also believe that our recommended time-of-year restriction to avoid dredging from January 15 to May 31 would not impact the in-service date of the project or necessitate offshore disposal.

In addition to the LNG terminal site, Weaver's Cove Energy identified two hazardous or contaminated sites along the pipeline routes (see table 4.3.1-1 in section 4.3.1). Construction of the pipelines in the vicinity of these sites could disturb contaminated soils. Additional contamination could be encountered within the existing naphtha pipeline right-of-way along the proposed Northern Pipeline route. To address potential impacts associated with encountering contaminated soils during construction, **we recommend that:**

- **Weaver's Cove Energy prepare a plan for the discovery and management of contaminated soils and groundwater. This plan should comply with applicable state and federal regulations and should provide for management of contaminants at known sites and include procedures for the identification and management of unknown contaminants in other locations. The plan should be filed with the Secretary for review and approval by the Director of the Office of Energy Projects (OEP) <u>prior to construction</u>.**

### 4.2.2 Sediments

As discussed in section 2.4.1.3 and the *Dredging Program Report* (C2D, 2003), Weaver's Cove Energy would dredge up to 2.6 million cubic yards of sediment from the federal navigation channel and the turning basin.[1] The dredged sediment would be stabilized with portland cement and placed as structural fill on the LNG terminal site. As part of the planning for the dredging operations, Weaver's Cove Energy included an adjustment (bulking) factor of 20 percent (or 1.2 times the *in-situ* volume of dredged material) to account for changes in bulk density that occur when dredged sediments are disturbed by excavation. Based on the estimated *in-situ* volume of dredged material, the "bulked" volume of dredged sediment would be about 3.1 million cubic yards. In its comments on the draft EIS, Weaver's Cove Energy indicated that this bulked volume of sediment was used to estimate the number of scows that would be required to manage the sediments. Weaver's Cove Energy also indicated that FERC staff had inappropriately used the bulking factor to estimate the volume of dredged material that would be placed at the site. The sediment volume estimate has been revised and no longer includes the bulking factor.

Weaver's Cove Energy would add 8 percent cement (on a mass basis) to the dredged material. Based on the *in-situ* volume of 2.6 million cubic yards of sediment and a wet density of 79 pounds per cubic foot for the untreated dredged material, we estimate that about 83,000 cubic yards of cement would be used to stabilize the dredged material. Dewatering and the placement, grading, and compaction of the sediment placed on the site would result in a smaller volume of material actually being placed on the LNG terminal site. To account for this volume reduction, Weaver's Cove Energy used a preliminary "reduction factor" of 0.86. This reduction factor includes an allowance for the volume of cement that would be added to stabilize the dredged material. Applying a reduction factor of 0.86 to the volume of sediment (with cement added) yields a volume of about 2.3 million cubic yards that would need to be accommodated on the site for 2.6 million cubic yards of *in-situ* dredged sediment. To account for the potential need to use additional cement to achieve appropriate engineering properties for the stabilized sediment, we also analyzed the volume of sediment plus cement that would result from the use of 10 percent cement. The addition of 10 percent cement would not change appreciably the amount of material after compaction (2.3 million cubic yards based on a 0.86 reduction factor) that would need to be placed on the site. In its comments on the draft EIS, Weaver's Cove Energy indicated that based on revised engineering estimates, the likely achievable reduction factor could be more than 70 percent; however, for planning purposes they have adopted a more conservative value of 80 percent reduction. Based on this

1 This estimate includes 1 foot of overdredge, as proposed by Weaver's Cove Energy, and is the volume of dredged material that will be analyzed throughout section 4. See section 2.4.1.3 and our responses to comments on the draft EIS (Appendix L) for a discussion of the overdredge issue.

revised reduction factor, the volume of dredged sediment that would need to be accommodated at the site (assuming 8 percent cement) would be about 2.1 million cubic yards.

We believe the bulking and reduction factors assumed by Weaver's Cove Energy are reasonable based on the experiences of other regional dredging projects involving mechanical dredging of similar sediments as well as cement stabilization and upland placement (Beaudoin, 2004a). For example, the planning estimates for the Dredged Materials Management Program in Fall River Harbor conducted by OCZM in the late 1990s used a bulking factor of 20 percent. The planning estimates for the Providence River and Harbor Maintenance Dredging Project used a 30 percent bulking factor; however, field observations of sediment bulking associated with this latter project indicate that actual volume increases due to bulking were around 10 percent or less (Beaudoin, 2004a).

Weaver's Cove Energy conducted a comprehensive sediment sampling and analysis program, approved by both the COE and DEP, to characterize the sediments that would be dredged from the federal navigation channel and the turning basin. The sediment sampling and analysis program followed the tiered approach required by the COE and EPA (COE, 2003; EPA and COE, 1991, 1998; EPA-New England and COE-New England, 2002) and included Tier I and Tier II analyses. Weaver's Cove Energy submitted a draft Sediment Sampling and Analysis Plan (SAP) for the Tier III testing to the COE in January 2004. In September 2004, the COE (with concurrence from the EPA) approved the SAP with slight modifications. A summary of this approved SAP is provided below. The original COE approval memo, which includes specific details of the plan, is provided in Appendix K.

The Tier I evaluation, based on historical sediment core data and a review of regional sources of pollution, indicated the potential presence of polycyclic aromatic hydrocarbons (PAHs), trace metals, and pesticides in the near-surface sediments within the federal navigation channel and turning basin. Although point source discharges into the Taunton River were identified, as well as historical spills that could have reached the river, a review of previous sediment sampling results did not identify any discrete locations of high concentrations of pollutants.

The Tier II coring program was based on the results of the Tier I evaluation. For the Tier II program, Weaver's Cove Energy collected sediment cores from 43 locations within the proposed dredging area, exclusive of the East Channel (see figure 4.2.2-1). Dredging modifications in a portion of the East Channel were found to be necessary after the field efforts for the sediment sampling and analysis program were completed. However, data from cores within the East Channel collected during a recent coring program conducted by Massachusetts OCZM were used for initial comparison with the analytical results obtained by Weaver's Cove Energy. As part of the Tier III sampling and analysis program, additional cores were collected from the East Channel area in the Fall 2004. The analysis of these cores allowed an additional comparison of the sediment in the East Channel with sediments from the adjacent dredging segment. Further discussion of the East Channel cores is included later in this section.

The 43 cores resulted in 55 sediment samples, based on observed stratification within individual cores. The cores were not composited horizontally for analytical purposes (i.e., individual cores from separate locations were not combined before analysis), but similar strata within individual cores were mixed vertically to obtain samples for analysis. Each of the 55 samples represents a discrete stratum within an individual core. The sediment samples collected by Weaver's Cove Energy were analyzed for physical parameters, including grain size, total solids, water content, total organic carbon content, and Atterberg Limits (a series of physical measurements that partially characterize the engineering properties of sediment). The sediment samples were also analyzed for the following chemical compounds: PAHs, polychlorinated biphenyls (PCBs), pesticides, and trace metals, as specified by the COE; and extractable petroleum hydrocarbons (EPHs), volatile organic compounds (VOCs), and the toxicity characteristic leaching procedure (TCLP), as specified by the DEP.

Insert figure

4.2.2-1 Sediment Core Locations Weaver's Cove Energy's Sampling Program

sheet 1 of 4

Insert figure

4.2.2-1 Sediment Core Locations Weaver's Cove Energy's Sampling Program

sheet 2 of 4

Insert figure

4.2.2-1 Sediment Core Locations Weaver's Cove Energy's Sampling Program

sheet 3 of 4

Insert figure

4.2.2-1 Sedimentt Core Locations Weaver's Cove Energy's Sampling Program

sheet 4 of 4

The results of the sediment sampling and analysis program are summarized below. A more detailed description of the program is provided in Weaver's Cove Energy's *Dredging Program Report* (C2D, 2003). An electronic copy of this report is available under the "Proposal" link on Weaver's Cove Energy's website at www.weaverscove.com.

Weaver's Cove Energy conducted a Tier III sediment analysis in accordance with its approved SAP to assess the suitability of the proposed dredged sediments for open water disposal (see section 3.6.2 for additional information about the open water disposal alternative). Tier III testing assesses the impact of contaminants in the dredged material on appropriately sensitive and benchmark organisms to determine if there is the potential for an unacceptable toxicity or bioaccumulation impact at the open water disposal site. The data generated during the Tier III testing also provide a means of assessing project-specific impacts on aquatic organisms within the dredging footprint.

The original SAP required the collection of 47 individual cores from various parts of the proposed dredging footprint. These areas included the federal navigation channel (including the 30-foot deep East Channel), the turning basin (including proposed improvement areas), and the proposed construction access channel adjacent to the LNG terminal site. These 47 cores were to be composited into 8 cores representing sediment from each of the major segments proposed to be dredged. Depth soundings made during sediment coring operations for the Tier III sampling indicated that 10 of the 47 core locations were already essentially at the proposed dredging depth. As a result, there was not sufficient sediment to collect a sample from these locations. Consultations among Weaver's Cove Energy and the COE and EPA, resulted in a revised SAP that specified sampling at 35 core locations and compositing into seven core samples. The eighth composite core required by the original SAP consisted of native sediments from the Turning Basin. Weaver's Cove Energy was advised by EPA and COE staff that the eighth composite core could be eliminated because the volume of native sediment that could be readily distinguished from the maintenance sediment was smaller than originally expected and the grain size of the native sediment was very coarse and unsuitable for the biological analyses of the Tier III tests. The material collected to create the eighth core was archived by Weaver's Cove Energy at the request of the COE and EPA. In addition to cores from the project area, reference samples were collected for concurrent analyses from the MBDS reference location and from the reference location for the RISDS. The composited dredged area cores and the reference site cores were used to conduct 10-day bioassay tests, 28-day bioaccumulation tests, and suspended particulate bioassay tests (EPA-New England and COE-New England, 2004; EPA/COE, 1991). Additional elutriate testing and analysis of the background river water were also conducted as part of the Tier III program.

The Tier III testing of the sediments was completed and the results were submitted to the EPA and COE on April 11, 2005. Preliminary analysis of the results indicates that most of the proposed dredged sediments would be suitable for open water disposal. We note, however, that the EPA and COE have not made a final determination as to the suitability of the dredged sediments for open water disposal. Although the sediments appear suitable for offshore disposal, Weaver's Cove Energy has indicated that it currently has no plans to dispose of dredged material at an open water offshore site.

**Physical Analyses**

The results of the grain size analyses indicated that the sediments in the proposed dredging area generally consist of silts and clays (i.e., greater than 50 percent of the sediment passes a #200 sieve). Sediments along the federal navigation channel were dominantly silts and clayey silts, whereas sediments within the turning basin contained slightly more sand, usually found in the deeper portions of the cores. On average, cores from the federal navigation channel consisted of 16 percent clay, 76 percent silt, 5 percent fine sand, 2 percent medium-fine sand, and 1 percent medium or coarse sand. In aggregate, this

material would be classified as silt. Total solids[2] averaged 46 percent in cores from the channel. Average water content[3] was 119 percent and total organic carbon averaged 1.1 percent. The average composition of all turning basin cores was 11 percent clay, 47 percent silt, 25 percent fine sand, 13 percent medium-fine sand, 3 percent medium sand, and 1 percent coarse sand. In aggregate, this material would be classified as sandy silt. Samples from the turning basin exhibited somewhat greater intra-core stratification than cores from the federal navigation channel. Turning basin cores averaged 60 percent total solids, 76 percent water content, and 1.3 percent total organic carbon.

**Chemical Analyses**

The results of the chemical characterization of the proposed dredged sediments are based on a statistical analysis of the 55 individual core strata analyzed by Weaver's Cove Energy. The statistical evaluation provides a more representative composite of the chemical characteristics of the sediment than physical compositing of cores prior to laboratory testing. The average chemical results of all samples are discussed below because the dredged material would be effectively composited during the stabilization and upland reuse process proposed by Weaver's Cove Energy.

Statistical averages were compared to a number of commonly accepted, ecologically risk-based screening criteria to assess the potential hazards posed to the aquatic environment by the dredged sediment. Marine sediment values presented in the NOAA Screening Quick Reference Tables (Buchman, 1999) were used in assessing the COE-requested compounds. The following three NOAA screening criteria, listed in increasing order of the magnitude of potential impacts, were used for comparisons:

- Effects Range-Low (ERL) - a criterion representing the lower 10th percentile sediment concentration at which effects may begin to be observed in sensitive species and rarely result in adverse biological impacts;

- Probable Effects Level (PEL) - a criterion representing concentrations above which adverse biological effects are frequently expected; and

- Effects Range-Median (ERM) - a criterion representing the median (50th percentile) sediment concentration, above which effects frequently occur.

In select instances, when no values for the above three criteria were available, the statistical results were compared to the Apparent Effects Threshold (AET). Individual AETs are essentially equivalent to the concentration of a contaminant observed in the highest non-toxic sample from the studies reviewed to develop the SQUIRTS tables (Buchman, 1999). Because of this, AETs represent a screening concentration above which adverse biological effects would always be expected based on a specific test organism exposed to that single contaminant. It should be noted that AET values were developed for use in Puget Sound, Washington, and are not easily compared directly to other benchmarks (Buchman, 1999). However, the use of these criteria when no others are available provides a method of comparison where one would otherwise be lacking. Further, we have no reason to believe that the organisms in the Taunton River and Mount Hope Bay are any more or less sensitive to potential impacts from the four contaminants for which the AET criteria were used than are the aquatic organisms in Puget Sound.

2 The solids content is expressed as a mass per unit volume (milligrams per liter) based on a known volume of sediment and water, and sums to 100 percent.

3 Water content is a geotechnical parameter calculated by dividing the mass of water in a sample by the mass of solids in the sample, and can, therefore, be larger than 100 percent.

PAHs

Sediment samples were analyzed for 16 distinct PAHs. The frequency of detection for all PAHs in all samples ranged from 42 to 80 percent.

Of the 16 PAHs analyzed, 12 have listed ERL, ERM, and PEL screening values. The average concentration of each of these 12 PAHs was below the ERM and PEL values. The average concentrations of four of the 12 PAHs (fluoranthene, chrysene, benzo(a)pyrene, and dibenz(a,h)anthracene) were below the ERL screening criteria. The average concentration of eight of the 12 PAHs (naphthalene, acenaphthylene, acenaphthene, fluorene, phenanthrene, anthracene, pyrene, benzo(a)anthracene) was greater than the most conservative ERL value. Four PAHs (benzo(b)fluoranthene, benzo(k)fluoranthene, indeno(1,2,3-cd)pyrene, benzo(g,h,i)perylene) had no listed ERL, ERM, or PEL screening values. For these four compounds, the alternate AET screening criteria were applied. The average concentrations of these four PAHs were well below the AET values.

In all areas with average PAH concentrations above the ERL criteria, the PAHs were found only in the upper strata of sediment, except at core location turning basin core 10 (TB-10). In this core, which is located in the turning basin near the existing pier at the proposed LNG terminal site, average PAH concentrations above the ERL criteria were found in both the upper and lower levels of sediment.

Although the majority of PAHs occurred throughout much of the proposed dredging area at concentrations above the most conservative risk-based screening criteria (ERL), average PAH concentrations were below the ERM and PEL screening criteria, and well below the AET criteria. The distribution of some PAHs was relatively uniform throughout much of the dredging area; however, the concentrations of most PAHs were higher in the area between the Braga Bridge and the north end of the turning basin.

PCBs

PCBs are a general class of compounds with a variety of chemical compositions. Sediment samples were analyzed for a total of 22 distinct PCBs. Total PCB concentrations were estimated by summing the concentration of 18 of the specific compounds analyzed and multiplying by two. This method was identified in both the COE's approval of the sediment sampling and analysis program and the COE/EPA draft Regional Implementation Manual (EPA-COE, 2002). For those samples with individual PCB concentrations below detection limits, one-half of the value of the specific PCB's detection limit was used to generate the total PCB estimate.

For all samples, the frequency of detection for individual PCB compounds ranged from 0 to 31 percent, with an average frequency of detection of 8 percent. The average concentration of individual PCBs ranged from 0.70 to 3.71 parts per billion (ppb). Nine of the 22 specific PCBs analyzed were not detected in any individual sediment sample.

The average total PCB concentration exceeds the ERL screening value, but does not exceed either the ERM or PEL screening values. The vertical and horizontal distribution of samples with average PCB concentrations exceeding the ERL screening level was relatively evenly spread throughout the proposed dredging area. However, the area between the Braga Bridge and the south end of the turning basin exhibited the highest average total PCB concentrations.

Pesticides

Sediment samples were analyzed for a total of 21 pesticides. Only dichlorodiphenyldichloroethylene (DDE) was detected, in about 5 percent of the samples.

For several of the 20 pesticides that were not detected, the ERL and ERM screening values are less than the analytical detection limits. As a result, these compounds artificially appear to exceed the screening values. A data interpretation procedure commonly accepted under these circumstances is to compare the average concentration in the sediment to the analytical method detection limit because laboratory-based toxicological research can, and often does, achieve greater accuracy than can be achieved using standard methods for the analysis of environmental media. Because these 20 pesticides were undetected across the sample set, the apparent screening criteria exceedances were disregarded and these 20 pesticides were not considered contaminants of concern (COCs).

The one pesticide that was detected, DDE, had an average concentration in the bulk sediment that was below the detection limit and below the ERM and PEL thresholds. The ERL value for DDE was less than the analytical method detection limit.

Metals

Sediment samples were analyzed for eight metals, including arsenic, cadmium, chromium, copper, lead, mercury, nickel, and zinc. Individual metals were detected in 82 to 100 percent of the samples. The average concentrations of seven metals exceeded the most conservative ERL screening values; cadmium was the only metal with an average concentration below the ERL screening criterion. Seven of the metals had average concentrations below both the ERM and PEL thresholds. However, average mercury concentrations exceeded the ERM and PEL values. The concentrations of metals in samples from the turning basin and the federal channel south of the Braga Bridge were relatively similar. The highest concentrations of metals occurred between the Braga Bridge and the south end of the turning basin.

**Revised Dredging Analysis**

Based on comments we received from the EPA and OCZM on the draft EIS, we have reassessed the chemical characteristics of the proposed dredged sediments. Statistically based concentrations of analyzed constituents are still compared to the same ecological risk screening criteria, but we have revised our analysis to consider the sediment based on the dredging segments proposed by Weaver's Cove Energy, and incorporated the EPA's suggestions regarding the statistical comparisons. We believe the use of dredging segment analysis is appropriate because the proposed upland placement of the stabilized sediment would result in only one dredge operating in a single dredging segment at any point in time. Thus the potential impacts associated with the sediment in any single dredging segment would largely be limited to that dredging segment. We have also reassessed the dredged sediments for hotspot concentrations. The three dredging segments as described in Weaver's Cove Energy's *Dredging Program Report* are:

- the federal channel downstream of the Braga Bridge;
- the federal channel upstream of the Braga Bridge; and
- the turning basin.

**Federal Channel Downstream of the Braga Bridge**

The level of contaminants in the sediments within the federal channel downstream of the Braga Bridge is relatively uniform. The ratio of the maximum to mean concentration provides an indication of the variability of constituents by comparing the highest concentration for an individual compound to the average concentration of the same compound. A ratio of 1.0 indicates that the average and highest concentrations are the same and thus there is no variability; as the ratio increases above 1.0, the variability

of the data increases. This ratio ranges from 1.3 to 3.1 in the dredging segment downstream of the Braga Bridge. As shown in table 4.2.2-1, 62 percent of the constituents in this dredging segment exhibit a value of less than 2.5 for this ratio, and 31 percent exhibit a value less than or equal to 2.

TABLE 4.2.2-1

**Statistical Analysis of Dredged Sediment Chemical Constituents from the Federal Channel Downstream of the Braga Bridge a/**

| Constituent | Statistical Results | | | | | | NOAA SQUIRTS Criteria | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | ERL | PEL | ERM | AET |
| PAHs (ppb) | | | | | | | | | | |
| Naphthalene | 10 | 230 | 98 | 129 | 203 | 2.4 | 160 | 391 | 2100 | |
| Acenaphthylene | 10 | 200 | 84 | 113 | 191 | 2.4 | 44 | 128 | 640 | |
| Acenaphthene | 10 | 47 | 15 | 20 | 32.6 | 3.1 | 16 | 89 | 500 | |
| Fluorene | 10 | 76 | 27 | 36 | 52.6 | 2.8 | 19 | 144 | 540 | |
| Phenanthrene | 10 | 470 | 184 | 248 | 380 | 2.6 | 240 | 544 | 1500 | |
| Anthracene | 10 | 260 | 106 | 142 | 233 | 2.4 | 85 | 245 | 1100 | |
| Fluoranthene | 10 | 770 | 321 | 431 | 644 | 2.4 | 600 | 1494 | 5100 | |
| Pyrene | 10 | 1600 | 508 | 708 | 1240 | 3.1 | 665 | 1398 | 2600 | |
| Benzo[a]anthracene | 10 | 500 | 203 | 271 | 410 | 2.5 | 261 | 693 | 1600 | |
| Chrysene | 10 | 600 | 239 | 322 | 483 | 2.5 | 384 | 846 | 2800 | |
| Benzo[b]fluoranthene | 10 | 740 | 269 | 368 | 578 | 2.8 | NS | NS | NS | 1800 |
| Benzo[k]fluoranthene | 10 | 930 | 306 | 427 | 723 | 3.0 | NS | NS | NS | 1800 |
| Benzo[a]pyrene | 10 | 750 | 297 | 400 | 597 | 2.5 | 430 | 763 | 1600 | |
| Indeno[1,2,3-cd]pyrene | 10 | 170 | 91 | 115 | 170 | 1.9 | NS | NS | NS | 600 |
| Dibenz[a,h]anthracene | 10 | 61 | 31 | 39 | 56.5 | 1.9 | 63 | 135 | 260 | |
| Benzo[g,h,i]perylene | 10 | 160 | 84 | 105 | 151 | 1.9 | NS | NS | NS | 670 |
| Total PCB (ppb) | 18 | 67.6 | 29.7 | 35.6 | 49.2 | 2.3 | 22.7 | 188.8 | 180 | |
| Pesticides (ppb) | | | | | | | | | | |
| 4,4'-DDE | 10 | 25 | 11.4 | 13.4 | 21.4 | 2.2 | 2.2 | 374.17 | 27 | |
| Metal (ppm) | | | | | | | | | | |
| Arsenic | 8.3 | 15 | 11.3 | 12.1 | 14.1 | 1.3 | 8.2 | 41.6 | 70 | |
| Cadmium | 0.1 | 1.2 | 0.6 | 0.7 | 1.20 | 2.1 | 1.2 | 4.21 | 9.6 | |
| Chromium (Total) | 34.0 | 210 | 97.4 | 123 | 201 | 2.2 | 81 | 160.4 | 370 | |
| Copper | 11.0 | 120 | 60.1 | 77.0 | 111 | 2.0 | 34 | 108.2 | 270 | |
| Lead | 11.0 | 130 | 64.8 | 83.5 | 130 | 2.0 | 46.7 | 112.2 | 218 | |
| Mercury | 0.024 | 2.6 | 0.95 | 1.31 | 2.06 | 2.7 | 0.15 | 0.696 | 0.71 | |
| Nickel | 19 | 30 | 23.8 | 25.3 | 28.2 | 1.3 | 20.9 | 42.8 | 51.6 | |
| Zinc | 69 | 280 | 162 | 194 | 271 | 1.7 | 150 | 271 | 410 | |

a/ Analysis includes all cores sampled in this segment

NS = No Standard

Although the mean concentrations for each constituent are included in the tables for each dredging segment, we have adopted the use of the 95 percent upper confidence limit (UCL) of the mean, and the 95th percentile concentrations for comparisons with the risk screening criteria. The use of the 95 percent UCL for comparisons with the risk screening criteria is appropriate because of the uncertainty associated with estimating the true average (mean) concentration of contaminants in environmental media

(EPA, 1992). The 95 percent UCL of the mean provides a *conservative estimate* [emphasis in the original document] of the average concentration of a substance, but should not be confused with the 95th percentile concentration of a substance (EPA, 1992). We have included the 95th percentile concentrations of the contaminants analyzed in our comparisons, but we would like to emphasize that their use provides a highly conservative estimate of the potential impact resulting from any particular component of the sediments.

PAHs

The 95 percent UCL concentrations of PAHs in the dredging segment downstream of the Braga Bridge were below the PEL and ERM criteria (for those 12 substances with published criteria). The four compounds without PEL or ERM criteria are all below the AET values (4 to 6 times lower). The 95 percent UCL concentrations of four of the PAHs in this dredging segment are below the ERL criteria. The remaining six compounds with published ERL criteria exceed their respective screening criteria. The 95th percentile concentrations of ten of the PAHs are below the PEL and ERM criteria. Only acenaphthylene and anthracene exceed the PEL criteria, but both compounds are below their respective ERM values. The 95th percentile concentrations of the four compounds for which only AET criteria exist are still substantially below their corresponding criteria (2.5 to 4.4 times less).

Total PCBs

The 95 percent UCL and 95th percentile concentrations of total PCBs in the dredging segment downstream of the Braga Bridge are both less than the PEL and ERM criteria, but greater than the most conservative ERL criteria.

Pesticides

As indicated in the draft EIS, the only pesticide identified at greater than the method detection limits was 4,4'-DDE. The 95 percent UCL and 95th percentile concentrations of this compound are both less than the PEL and ERM criteria in this dredging segment. Further, as noted in our original discussion above, the ERL screening criteria for DDE is less than the analytical detection limit for this compound, and the 95th percentile concentration listed in table 4.2.2-1 (21.4 ppb) is only slightly higher than the analytical detection limit (20 ppb). Therefore, we do not consider DDE to be a contaminant of concern in this dredging segment.

Metals

The 95 percent UCL concentrations of seven of the eight metals analyzed are greater than the most conservative ERL criteria in the dredging segment downstream of the Braga Bridge; only the concentration of cadmium is below the ERL criterion. The 95 percent UCL concentrations of seven of the eight metals are less than the PEL and ERM screening criteria in this dredging segment. Only the 95 percent UCL concentration of mercury exceeds all three screening criteria in this dredging segment. The 95th percentile concentrations of all eight metals exceed the ERL criterion; however, five of the eight metals have 95th percentile concentrations that are less than the PEL criterion and seven of the eight metals are below the ERM criterion when using the 95th percentile concentrations. Chromium, copper, and zinc are greater than or equal to the PEL criterion in this dredging segment; chromium is about 30 percent above the PEL, copper is about 3 percent higher than the PEL criterion, and the 95th percentile concentration of zinc in this dredging segment is equal to the PEL criterion.

**Federal Channel Upstream of the Braga Bridge**

The level of contaminants in sediments within the federal channel upstream of the Braga Bridge is also relatively uniform. The ratio of the maximum to mean concentration ranges from 1.3 to 3.1 in this dredging segment. As shown in table 4.2.2-2, 73 percent of the constituents in this dredging segment exhibit a value of less than 2.0 for this ratio, and 50 percent exhibit a value less than or equal to 1.5.

TABLE 4.2.2-2

**Statistical Analysis of Dredged Sediment Chemical Constituents from the Federal Channel Upstream of the Braga Bridge a/**

| Constituent | Statistical Results | | | | | | NOAA SQUIRTS Criteria | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | ERL | PEL | ERM | AET |
| PAHs (ppb) | | | | | | | | | | |
| Naphthalene | 160 | 390 | 231 | 282 | 342 | 1.7 | 160 | 391 | 2100 | |
| Acenaphthylene | 96 | 690 | 224 | 364 | 526 | 3.1 | 44 | 128 | 640 | |
| Acenaphthene | 33 | 82 | 52 | 63 | 75.6 | 1.6 | 16 | 89 | 500 | |
| Fluorene | 52 | 100 | 80 | 91 | 96.8 | 1.3 | 19 | 144 | 540 | |
| Phenanthrene | 350 | 630 | 491 | 552 | 610 | 1.3 | 240 | 544 | 1500 | |
| Anthracene | 210 | 560 | 299 | 378 | 472 | 1.9 | 85 | 245 | 1100 | |
| Fluoranthene | 730 | 1300 | 922 | 1052 | 1180 | 1.4 | 600 | 1494 | 5100 | |
| Pyrene | 1100 | 2900 | 1500 | 1910 | 2340 | 1.9 | 665 | 1398 | 2600 | |
| Benzo[a]anthracene | 450 | 1300 | 609 | 808 | 1028 | 2.1 | 261 | 693 | 1600 | |
| Chrysene | 480 | 1500 | 703 | 938 | 1204 | 2.1 | 384 | 846 | 2800 | |
| Benzo[b]fluoranthene | 400 | 1300 | 671 | 890 | 1120 | 1.9 | NS | NS | NS | 1800 |
| Benzo[k]fluoranthene | 340 | 1700 | 741 | 1074 | 1420 | 2.3 | NS | NS | NS | 1800 |
| Benzo[a]pyrene | 500 | 1800 | 783 | 1081 | 1424 | 2.3 | 430 | 763 | 1600 | |
| Indeno[1,2,3-cd]pyrene | 170 | 330 | 261 | 309 | 326 | 1.3 | NS | NS | NS | 600 |
| Dibenz[a,h]anthracene | 63 | 120 | 91 | 108 | 120 | 1.3 | 63 | 135 | 260 | |
| Benzo[g,h,i]perylene | 150 | 360 | 270 | 330 | 352 | 1.3 | NS | NS | NS | 670 |
| Total PCB (ppb) | 32.4 | 210 | 82.1 | 122 | 169 | 2.6 | 22.7 | 188.8 | 180 | |
| Pesticides (ppb) | | | | | | | | | | |
| 4,4'-DDE | 10 | 24 | 11.6 | 15.1 | 18.4 | 2.1 | 2.2 | 374.17 | 27 | |
| Metal (ppm) | | | | | | | | | | |
| Arsenic | 14.0 | 22 | 16.6 | 18.4 | 20.4 | 1.3 | 8.2 | 41.6 | 70 | |
| Cadmium | 0.7 | 1.7 | 1.1 | 1.3 | 1.50 | 1.5 | 1.2 | 4.21 | 9.6 | |
| Chromium (Total) | 130.0 | 420 | 254.4 | 319.2 | 380 | 1.7 | 81 | 160.4 | 370 | |
| Copper | 82.0 | 180 | 129.1 | 150.9 | 168 | 1.4 | 34 | 108.2 | 270 | |
| Lead | 93.0 | 170 | 142.6 | 158.7 | 162 | 1.2 | 46.7 | 112.2 | 218 | |
| Mercury | 2.0 | 4.3 | 2.80 | 3.38 | 3.98 | 1.5 | 0.15 | 0.696 | 0.71 | |
| Nickel | 25 | 36 | 30.4 | 32.9 | 34.8 | 1.2 | 20.9 | 42.8 | 51.6 | |
| Zinc | 220 | 330 | 271.1 | 298.2 | 326 | 1.2 | 150 | 271 | 410 | |

a/ Analysis includes all cores sampled in this segment
NS = No Standard

PAHs

The 95 percent UCL concentrations of all 12 PAHs for which ERL criteria exist are above their respective screening concentrations in the dredging segment upstream of the Braga Bridge. The four PAHs for which only AET criteria are available are all below their respective AET concentrations (all are about 2 times less). The 95 percent UCL concentrations of 5 of the 12 PAHs are below their PEL criteria in this dredging segment, but the concentrations of seven PAHs are greater than the PEL criterion. All 12 PAHs for which ERM criteria exist exhibit 95 percent UCL concentrations less than their respective ERM criteria. Similar results are obtained if the 95th percentile concentrations are compared to each screening criterion. The 95th percentile concentrations of the four PAHs that have only AET criteria are still less than their respective AET concentrations.

Total PCBs

The 95 percent UCL and 95th percentile concentrations of total PCBs in the dredging segment upstream of the Braga Bridge are both less than the PEL and ERM criteria, but greater than the most conservative ERL criteria.

Pesticides

The maximum concentration of DDE measured in this dredging segment is 24 ppb; this is only slightly higher than the analytical detection limit for this compound. The 95 percent UCL and 95th percentile concentrations of DDE in this dredging segment are all less than the analytical detection limit. We therefore do not consider DDE to be a contaminant of concern in this dredging segment.

Metals

The 95 percent UCL concentrations of all eight metals analyzed are greater than the ERL criterion in this dredging segment (the concentration of cadmium only exceeds the ERL by 0.1 parts per million (ppm)). Three of the metals analyzed (arsenic, cadmium, and nickel) have 95 percent UCL concentrations below their respective PEL criteria in this dredging segment. The remaining five metals have 95 percent UCL values greater than the PEL criterion. Seven of the eight metals in this dredging segment have 95 percent UCL concentrations below the ERM criterion; only mercury exceeds the ERM concentration. The 95th percentile concentrations of all eight metals exceed their respective ERL criteria. The 95th percentile concentrations of arsenic, cadmium and nickel are also below the PEL criterion. The remaining five metals are all above their respective PEL criteria based on their 95th percentile concentrations. Six of the eight metals in this dredging segment are below the ERM criterion based on their 95th percentile concentrations; only mercury and cadmium exceed the ERM screening values. Cadmium is only slightly above the ERM concentration (1.03 times higher) and, as noted earlier, the 95th percentile concentrations provide highly conservative estimates of potential impacts.

**Turning Basin**

The level of contaminants in sediments within the turning basin dredging segment is the most variable. The ratio of the maximum to mean concentration ranges from 1.8 to 18.3 when all cores analyzed are considered. If all of the cores in this dredging segment are included, 81 percent of the constituents exhibit a value greater than 3.0 for this ratio, and 23 percent exhibit a ratio greater than or equal to 5.0 (table 4.2.2-3).

The variation reflected in the ratio of the maximum to mean concentration in the turning basin dredging segment data is primarily related to a single core, TB-10. As noted in our original discussion

above, and in Weaver's Cove Energy's *Dredging Program Report*, core TB-10 (located near the existing pier at the proposed LNG terminal site) was the only core that had average PAH concentrations above the ERL screening criteria in both the upper and lower core segments. In addition, a review of the complete data set indicates that 58 percent of the maximum concentrations for all constituents occur in core TB-10. Therefore, core TB-10 should be considered a hotspot. As a result of this finding, we have included an analysis of the turning basin sediments that excludes the results from core TB-10. We also reviewed all of the cores in close proximity to core TB-10, and the concentration gradients between core TB-10 and all of its nearest neighbors decrease rapidly, indicating that this core is an isolated location of generally high contaminant concentrations. Core TB-10 and the surrounding sediment may need to be excavated separately from the rest of the sediment in the turning basin. To avoid biasing the statistical analysis of the sediment data from the turning basin dredging segment, we have excluded the analytical results of core TB-10.

When core TB-10 is excluded from the statistical analysis of sediment from the turning basin dredging segment, the ratio of the maximum to mean concentrations drops considerably; ranging from 1.9 to 5.0. As shown in table 4.2.2-3, 85 percent of the analytes still exhibit a ratio greater than 3, but only 4 percent exhibit a ratio equal to 5.

The data in table 4.2.2-3 present statistical comparisons that include core TB-10; however, our discussion of the turning basin sediments below excludes core TB-10.

PAHs

Of the 12 PAHs for which ERL criteria are available, the 95 percent UCL concentrations of three PAHs in the turning basin segment are below the ERL. The remaining nine PAH compounds are greater than the most conservative ERL screening criterion. Of these nine, two PAHs (benzo(a)pyrene and benzo(a)anthracene) are only 5 and 7 percent greater, respectively than the ERL criterion. The four PAH compounds for which only AET criteria are available are all considerably lower than their respective AET values (3.5 to 5.5 times lower). The 95 percent UCL concentrations of all 12 PAH compounds are lower than both the PEL and ERM criteria. Based on the 95th percentile concentrations, all 12 PAHs exceed their respective ERL criteria. Seven PAH compounds have 95th percentile concentrations that exceed the PEL criterion, whereas five PAHs have 95th percentile concentrations below the PEL criterion. All 12 PAHs with available ERM values have 95th percentile concentrations below the ERM criterion. The 95th percentile concentrations of the four PAHs for which only AET criteria are available are below the AET criterion.

Total PCBs

The 95 percent UCL concentrations of total PCBs in the turning basin dredging segment are greater than the most conservative ERL criterion, but lower than both the PEL and ERM criteria. The 95th percentile concentration of total PCBs in this dredging segment is greater than all three screening criteria.

Pesticides

The concentration of DDE in all cores in the turning basin dredging segment represent values that are one-half the analytical detection limit, indicating that this compound was not detected in any segment of any core in the turning basin area (including core TB-10). Therefore, as with both previous dredging segments, DDE is not a contaminant of concern in the turning basin dredging segment.

TABLE 4.2.2-3

**Statistical Analysis of Dredged Sediment Chemical Constituents from the Turning Basin Area**

| Constituent | Statistical Results: Analysis Includes all Cores in Segment | | | | | | Analysis does not Include Core TB-10 | | | | | | NOAA SQUIRTS Criteria | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | ERL | PEL | ERM | AET |
| PAHs (ppb) | | | | | | | | | | | | | | | | |
| Naphthalene | 10 | 5700 | 311 | 740 | 479 | 18.3 | 10 | 290 | 86 | 129 | 274 | 3.4 | 160 | 391 | 2100 | |
| Acenaphthylene | 10 | 270 | 82 | 119 | 237 | 3.3 | 10 | 230 | 68 | 102 | 216 | 3.4 | 44 | 128 | 640 | |
| Acenaphthene | 10 | 380 | 42 | 73 | 152 | 9.0 | 10 | 110 | 24 | 34 | 55.8 | 4.7 | 16 | 89 | 500 | |
| Fluorene | 10 | 410 | 62 | 98 | 229 | 6.7 | 10 | 180 | 40 | 60 | 118 | 4.5 | 19 | 144 | 540 | |
| Phenanthrene | 10 | 1300 | 259 | 398 | 910 | 5.0 | 10 | 700 | 188 | 290 | 688 | 3.7 | 240 | 544 | 1500 | |
| Anthracene | 10 | 720 | 162 | 248 | 646 | 4.4 | 10 | 520 | 118 | 182 | 400 | 4.4 | 85 | 245 | 1100 | |
| Fluoranthene | 10 | 1800 | 452 | 690 | 1670 | 4.0 | 10 | 1700 | 352 | 559 | 1340 | 4.8 | 600 | 1494 | 5100 | |
| Pyrene | 10 | 4800 | 715 | 1143 | 2170 | 6.7 | 10 | 2200 | 500 | 779 | 1960 | 4.4 | 665 | 1398 | 2600 | |
| Benzo[a]anthracene | 10 | 1500 | 334 | 506 | 1100 | 4.5 | 10 | 1100 | 257 | 398 | 868 | 4.3 | 261 | 693 | 1600 | |
| Chrysene | 10 | 1600 | 346 | 526 | 1100 | 4.6 | 10 | 1100 | 266 | 414 | 956 | 4.1 | 384 | 846 | 2800 | |
| Benzo[b]fluoranthene | 10 | 1300 | 310 | 466 | 971 | 4.2 | 10 | 980 | 245 | 379 | 844 | 4.0 | NS | NS | NS | 1800 |
| Benzo[k]fluoranthene | 10 | 1100 | 264 | 396 | 784 | 4.2 | 10 | 790 | 211 | 325 | 740 | 3.7 | NS | NS | NS | 1800 |
| Benzo[a]pyrene | 10 | 1400 | 363 | 542 | 1170 | 3.9 | 10 | 1200 | 292 | 452 | 960 | 4.1 | 430 | 763 | 1600 | |
| Indeno[1,2,3-cd]pyrene | 10 | 510 | 140 | 205 | 431 | 3.6 | 10 | 410 | 113 | 170 | 346 | 3.6 | NS | NS | NS | 600 |
| Dibenz[a,h]anthracene | 10 | 190 | 50 | 72 | 151 | 3.8 | 10 | 130 | 40 | 58 | 110 | 3.3 | 63 | 135 | 260 | |
| Benzo[g,h,i]perylene | 10 | 470 | 129 | 187 | 390 | 3.7 | 10 | 390 | 104 | 156 | 328 | 3.7 | NS | NS | NS | 670 |
| Total PCB (ppb) | 18 | 274 | 54.3 | 84.1 | 244 | 5.1 | 18 | 274 | 54.7 | 86.8 | 254 | 5.0 | 22.7 | 188.8 | 180 | |
| Pesticides (ppb) | | | | | | | | | | | | | | | | |
| 4,4'-DDE | 10 | 10 | 10 | 10 | 10 | 1.0 | 10 | 10 | 10 | 10 | 10 | 1.0 | 2.2 | 374.17 | 27 | |
| Metal (ppm) | | | | | | | | | | | | | | | | |
| Arsenic | 0.8 | 28 | 11.3 | 14.2 | 21.1 | 2.5 | 0.78 | 22 | 10.4 | 13.0 | 19.0 | 2.1 | 8.2 | 41.6 | 70 | |
| Cadmium | 0.1 | 1.4 | 0.5 | 0.6 | 1.37 | 3.0 | 0.05 | 1.4 | 0.4 | 0.6 | 1.08 | 3.6 | 1.2 | 4.21 | 9.6 | |
| Chromium (Total) | 5.5 | 380 | 101.9 | 151.6 | 310 | 3.7 | 5.5 | 380 | 92.5 | 143.1 | 310 | 4.1 | 81 | 160.4 | 370 | |

TABLE 4.2.2-3 (cont'd)

**Statistical Analysis of Dredged Sediment Chemical Constituents from the Turning Basin Area**

| Constituent | Statistical Results: Analysis Includes all Cores in Segment | | | | | | Analysis does not Include Core TB-10 | | | | | | NOAA SQUIRTS Criteria | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | Min | Max | Mean | 95% UCL | 95th Percentile | Max/Mean | ERL | PEL | ERM | AET |
| Copper | 4.1 | 150 | 47.2 | 68.4 | 137 | 3.2 | 4.1 | 140 | 40.6 | 61.0 | 128 | 3.4 | 34 | 108.2 | 270 | |
| Lead | 2.9 | 360 | 70.1 | 104.8 | 195 | 5.1 | 2.9 | 210 | 54.9 | 81.8 | 158 | 3.8 | 46.7 | 112.2 | 218 | |
| Mercury | 0.0 | 4.2 | 1.11 | 1.69 | 3.90 | 3.8 | 0.01 | 4.2 | 0.9 | 1.50 | 3.72 | 4.5 | 0.15 | 0.696 | 0.71 | |
| Nickel | 5.6 | 30 | 16.2 | 19.6 | 29.7 | 1.8 | 5.6 | 30 | 15.4 | 18.8 | 29.0 | 1.9 | 20.9 | 42.8 | 51.6 | |
| Zinc | 17 | 330 | 121.6 | 163.9 | 297 | 2.7 | 17 | 300 | 106.5 | 145.9 | 268 | 2.8 | 150 | 271 | 410 | |

NS = No Standard

Metals

Based on the 95 percent UCL concentrations of the eight metals analyzed, three metals (cadmium, nickel, and zinc) are lower than the ERL criterion. The remaining five metals have 95 percent UCL concentrations that exceed their respective ERL criteria. However, the 95 percent UCL concentrations of seven of the eight metals are lower than both the PEL and ERM criteria; only mercury exceeds all three screening criteria in this dredging segment. All eight metals have 95th percentile concentrations that exceed the most conservative ERL criterion. Four of the metals remain below the PEL criterion when compared with their 95th percentile concentrations; however, four metals (chromium, copper, lead, and mercury) exceed the PEL criterion based on their 95th percentile concentrations. Seven of the eight metals (all but mercury) are lower than the ERM criterion compared to their 95th percentile concentrations.

**Summary of COE-requested Parameters**

The sediment analysis by dredging segment generally supports our original analysis, based on the arithmetic means of all constituents from all dredging segments. Most PAH concentrations exceed the most conservative ERL criterion, and most PAH concentrations are generally less than the PEL and ERM criteria, even using more conservative estimates of constituent concentrations (e.g., 95 percent UCL and 95th percentiles). However, the dredging segment analysis and use of the 95 percent UCL concentrations does demonstrate that some PAH compounds in the dredging segment upstream of the Braga Bridge exceed the PEL criteria when not mediated by lower concentrations from other segments. Conversely, PAH compounds in both the dredging segment downstream of the Braga Bridge and in the turning basin are lower than the most conservative ERL criterion - a point that is obscured when all of the samples are combined.

The dredging segment-based analysis of the total PCB concentrations generally supports our initial discussion. Based on the 95 percent UCL and 95th percentile concentrations of total PCBs, the ERL criterion is exceeded in all three proposed dredging segments (as it is for the entire dredging footprint in our earlier analysis). The more conservative 95 percent UCL estimates of total PCB concentration are below both the PEL and ERM criteria in all dredging segments. The most conservative 95th percentile estimates of total PCB concentrations are generally still less than both the PEL and ERM criteria, except in the turning basin where this estimator of PCB levels is greater than all three screening criteria.

As described in our initial analysis, DDE is the only pesticide identified above the analytical detection limit in any dredging segment. This pesticide was positively identified in only three samples from the two dredging segments farthest downstream. DDE was consistently below the PEL and ERM criteria in all dredging segments. In addition, the ERL screening criterion is lower than the analytical detection level of DDE. As a result, both our initial and revised analyses regarding the concentration of DDE in the proposed dredged sediment demonstrate that it is not a contaminant of concern in any dredging segment proposed for the project.

It is significant to note that both the 95 percent UCL and 95th percentile concentrations of mercury exceed all three screening criteria in all three proposed dredging segments. This finding is consistent with our initial analysis and clearly indicates that mercury is widespread throughout the proposed dredging footprint. Furthermore, the observed concentrations likely represent a local background condition. Given that the Taunton River and upper Mount Hope Bay are directly downwind of two coal-fired power plants, the levels of mercury observed in the sediment are not unexpected. The single largest source of atmospheric mercury deposition in the United States is coal-fired power plants (EPA, 2004b).

Our original analysis of the remaining seven metals is also generally supported by the revised, dredging segment-based review. Six to seven of the remaining metal concentrations are greater than the most conservative ERL screening criterion (the original analysis indicated that six were greater than this criterion). Only the concentration of cadmium was below the ERL criterion, but only in the segment downstream of the Braga Bridge. Based on the 95 percent UCL concentrations, seven of the remaining metals are below both the PEL and ERM criteria in the segment downstream of the Braga Bridge and the turning basin segment. Overall metal concentrations are higher in the dredging segment upstream of the Braga Bridge, where five of the seven remaining metals have 95 percent UCL concentrations that exceed the PEL criterion. Comparisons of the remaining seven metals based on their 95th percentile concentrations are similar to our original analysis for the ERM criterion (6 to 7 metal concentrations are below the ERM value), but less similar with respect to the PEL criterion, with fewer metal concentrations below their respective PEL values. Given the conservative nature of the use of the 95th percentile concentrations and the NOAA SQUIRTS tables the latter finding is not unexpected.

In contrast to our original review, this revised analysis indicates the presence of a hotspot of various contaminants. Core TB-10 contains concentrations of a number of contaminants that are considerably higher than those same constituents in nearby cores. Based on our identification of this core as a hotspot for a number of contaminants, we believe that the sediment from this core and its immediate surroundings could need to be excavated separately from the remaining sediments in the turning basin, if the dredging is approved. However, because the dredging and management of contaminated sediments is largely an issue under the COE's jurisdiction, **we recommend that:**

- **Weaver's Cove Energy consult with the COE regarding the appropriate method(s) for dredging and managing the sediment from the immediate vicinity of turning basin core 10. Weaver's Cove Energy should file copies of all correspondence and any final plan for managing dredged sediment associated with core TB-10 with the Secretary for review and approval by the Director of the OEP prior to dredging.**

In its supplemental draft EIR, Weaver's Cove Energy indicated that additional sediment cores have been collected from the area of the proposed Western Pipeline crossing of the Taunton River. Weaver's Cove Energy is having the cores analyzed in accordance with the existing Tier II testing protocols. These data were not available as of the publication of this document. However, the estimated volume of this material is only 33,000 cubic yards, and given the location of the proposed pipeline crossing (upstream of the turning basin), we do not expect the results of this testing to alter significantly our conclusions regarding the potential impacts from dredging.

**Massachusetts Contingency Plan Constituents**

In addition to the constituents requested for analysis by the COE, the DEP requested the analysis of three parameters: VOCs, EPH, and TCLP. These testing procedures are often used by the DEP in the management of contamination in upland environments under the Massachusetts Contingency Plan (MCP) which is regulated under Massachusetts General Law Chapter 21E.

Weaver's Cove Energy collected fourteen sediment subsamples from the core sites identified for the COE-approved sediment sampling and analysis program and analyzed these samples for the requested MCP parameters. The core locations and samples were identified by Weaver's Cove Energy's Licensed Site Professional (LSP) prior to the field sampling effort and represent a subset of the sediments analyzed using the COE protocols.

The MCP established a series of risk-based action levels based on site use and other factors. The analytical results for each MCP parameter were compared to the corresponding MCP Method 1

concentrations (i.e., S2/GW2, S2/GW3 and S3/GW2, S3/GW3) for the Shell Oil facility where sediment placement is proposed. The MCP Method 1 concentrations are risk-based criteria developed based on a multi-faceted combination of expected soil exposure, indoor air quality, and the protection of surface water quality. Groundwater at the site is not classified as drinking water (GW1) and thus only volatilization to structures (GW2) and groundwater discharge to surface water (GW3) were the receptors of concern. The soil categories (S-1, S-2, and S-3) describe a range of potential human exposures to those soils. Category S-1 soils are associated with the highest potential for exposure and typically represent surface soils to a depth of about 3 feet. Category S-1 is also assigned to any soils for which the current or reasonably foreseeable use is fruit and/or vegetable production for human consumption. Category S-3 soils represent the lowest potential for exposure (generally below 3 feet), and S-2 soils represent an intermediate potential for human exposure. A specific volume of soil material may only have one assigned category, but soils in different parts of a particular site may be assigned different categories, depending on the potential for human exposure (see 310 CMR 40.0930 for more details).

Toxicity Characteristic Leaching Procedure

According to 314 CMR 9.07 (2)(b)6, the "TCLP analysis is to be performed when sediment is to be managed in the upland and if the total concentrations of metals or organic compounds are equal to or greater than the theoretical concentration at which TCLP criteria may be exceeded as follows:

- > 100 mg/kg arsenic
- > 20 mg/kg cadmium
- > 100 mg/kg chromium
- > 4 mg/kg mercury"

The total concentrations of TCLP-metals in the 14 MCP samples did not exceed the screening criteria listed above. However, some of the cores collected for COE-requested analyses contained metal concentrations that slightly exceeded the TCLP screening criteria. As a result, Weaver's Cove Energy performed TCLP analyses on all 14 MCP samples. The analytical results indicated that leached constituent concentrations were below appropriate thresholds. Therefore, the leaching of measurable concentrations of TCLP-specific compounds from the stabilized dredged sediment into the groundwater below the LNG terminal site would not occur in excess of TCLP thresholds. In addition, Weaver's Cove Energy would undertake TCLP analyses of stabilized dredged material samples as part of the field testing program it has proposed to support the dredging effort (C2D, 2003). As noted in the supplemental draft EIR filed by Weaver's Cove Energy, additional testing of the stabilized dredged material using the TCLP procedure is currently being conducted. Those data were not available when this final EIS was published.

Extractable Petroleum Hydrocarbons

Sediment samples were analyzed for EPHs. The EPHs were separated into C9-C18 aliphatics, C19-C36 aliphatics, C11-C22 aromatics, and unadjusted C11-C22 aromatics. Detection frequencies for these four groups of compounds ranged from 21 percent to 57 percent. The average concentration, 95 percent UCL, and maximum values for C9-C18 aliphatics, C19-C36 aliphatics, and C11-C22 aromatics were all significantly below the appropriate S2/GW2, S2/GW3 and S3/GW2, S3/GW3 thresholds by a factor of 10 or more. No MCP criteria exist for the unadjusted C11-C22 aromatics; however, based on the MCP criteria for the other three groups of EPHs, the concentration of unadjusted C11-C22 aromatics appears to be acceptable for upland disposal.

Volatile Organic Compounds

Sediment samples were analyzed for 68 individual VOCs. Of these, 63 were not detected in any sample. Of the five remaining VOCs, three are suspected as laboratory contaminants (bromomethane, acetone, and 2-butanone (methylethylketone)) because they are common laboratory chemicals and were detected at relatively equivalent concentrations in the associated method blanks. The two remaining VOCs detected (carbon disulfide and tetrahydrofuran) had a frequency of detection of 14 and 86 percent, respectively. The average concentrations, 95 percent UCL, and maximum values of these VOCs were significantly below the most conservative MCP reporting criteria.

We received a comment on the draft EIS that the appearance of possible laboratory contaminants in some VOC analyses "calls into question the quality control at the lab and the quality assurance and accuracy of all test results analyzed by this lab." We disagree with this comment. The fact that these three compounds were identified in the method blanks indicates that the quality control/quality assurance program of the lab was working as designed. The entire purpose of analyzing method blanks, matrix blanks, and other quality assurance samples is to assess the conditions of the analyses. Levels of analytes in method blanks are routinely subtracted as 'background' from the results of analyses to account for the potential occurrence of analytes of interest in reagent-grade laboratory chemicals or potential additions from unintended laboratory sources. Further, the lab that managed and performed the analyses maintains certifications from the National Environmental Laboratory Conference, the COE, DEP, DEM, and other regulatory agencies. These certifications require regular inspections and data quality monitoring procedures. Based on these standard laboratory certification procedures and our review of the data, we do not believe that additional duplicative analyses are justified.

**East Channel Sediments**

The East Channel has a federally authorized depth of 30 feet below MLLW, and runs alongside the main federal navigation channel. A wedge-shaped portion of this channel falls within Weaver's Cove Energy's proposed dredging area (see figure 4.2.2-2). The proposed action would deepen this portion of the East Channel to about 37 feet below MLLW.

Weaver's Cove Energy's sediment sampling and analysis program did not include the collection of sediment samples within the East Channel. When the program was developed, Weaver's Cove Energy did not know that a portion of the East Channel would require dredging to support the navigational requirements of the project. However, in the sediment sampling program carried out by the OCZM, four sediment cores were collected from within this wedge, specifically cores EC-4, -5, -6, and -7 (see figure 4.2.2-2[4]). Due to OCZM's sample compositing scheme, these four cores yielded two sediment samples: EC-A (composited from cores EC-1, EC-3, and EC-5) and EC-B (composited from cores EC-6 and EC-7). Based on a hydrographic survey conducted in 2000, the sampling depth of EC-A was estimated by Weaver's Cove Energy to be 36.1 feet below MLLW (based on core EC-4) and the sampling depth of core EC-B was estimated to be 34.5 feet below MLLW (based on core EC-7).

To determine whether the OCZM's analytical results for the East Channel sediments were within Weaver's Cove Energy's observed ranges, the data from cores EC-A and EC-B were compared with the average and maximum concentrations obtained from Weaver's Cove Energy's sediment sampling program for cores in the dredging segment upstream of the Braga Bridge. Data for the physical properties were compared to the average of all cores from the federal navigation channel because no data regarding the physical properties of the sediment were available for individual dredging segments.

[4] In response to a comment from the OCZM, we have revised figure 4.2.2-2 to include the location of cores EC-1, EC-2, and EC-3.

Insert figure

4.2.2-2 Sediment Core Locations in the East Channel Office of Coastal Zone Management's Sampling Program

Based on this comparison, the East Channel sediments were determined to be physically similar to the sediments in the main navigation channel. The average percent fines in cores EC-A and EC-B was 84 percent, and the average percent solids in these two cores was 58 percent. The average percent fines of the cores in the federal navigation channel collected by Weaver's Cove Energy was 92 percent, and the average percent solids was 46 percent.

Although it does not appear that OCZM's chemical analysis of cores from the East Channel was as extensive as Weaver's Cove Energy's sediment analysis, the two data sets share a number of analyses that are required by guidelines specified in the Ocean Testing Manual (EPA and COE, 1991). Both studies analyzed the same eight metals. OCZM also analyzed all of the PAHs, total PCBs, and 16 of the pesticides analyzed by Weaver's Cove Energy. A comparison of these data are provided in table 4.2.2-4.

The concentration of 8 of the 16 PAHs analyzed is greater in one of the two OCZM cores than the maximum concentrations of those constituents in the adjacent dredging segment. However, the highest concentrations of these eight PAH compounds are only 1.1 to 2.5 times greater than the maximum concentration within the adjacent dredging segment. Comparing the mean concentrations of PAHs in the OCZM cores with the mean concentrations in the adjacent dredging segment yields a ratio that varies between 0.5 and 2.7, with 88 percent of the samples having a ratio less than 2. Only two PAHs (indeno(1,2,3-cd)pyrene, and benzo(g,h,i)perylene) exhibit ratios of the means greater than 2.

Weaver's Cove Energy reported detectable concentrations for two pesticides (4,4' DDE and toxaphene). The concentration of DDE in the OCZM cores was lower than the average concentration reported by Weaver's Cove Energy and the concentration of toxaphene was similar in both data sets. However, the data for toxaphene reported by Weaver's Cove Energy actually represent undetected concentrations, based on slightly elevated method reporting limits. The concentrations reported by OCZM and Weaver's Cove Energy for the 14 remaining pesticides were similar. Most of the reported concentrations of these 14 pesticides in both data sets represent values that are one-half the method detection limit (Weaver's Cove Energy's samples) or one-half the method reporting limit (OCZM's samples), indicating these compounds were not detected in either set of analyses.

The mean concentration of all eight metals in the dredging segment is greater than the mean concentrations in the OCZM cores. The ratio of the mean concentrations of individual metals in the adjacent dredging segment compared to the mean of the OCZM cores ranges from 1.1 to 2.9, with most of the metals having ratios of 1.5 or less. Only chromium and nickel are more than 2 times higher in the dredging segment.

Although there is a moderate degree of variability between the two data sets, we believe that the East Channel sediments are chemically similar to the sediments in the adjacent dredging segment of the federal channel.