To measure the sediment plume distribution and concentration, Weaver's Cove Energy is proposing to implement a monitoring program during dredging operations. The dredge monitoring program would include:

- Collecting water samples up-current and down-current of dredging activities to quantify TSS concentrations resulting from the dredging operations. Sampling would be conducted near the surface, middle, and bottom of the water column.
- Establishing a monitoring frequency to achieve water quality objectives. The dredge monitoring program would include provisions to increase or decrease the frequency of the sampling effort depending on the specified monitoring criteria.

We received comments regarding the potential for dredging of the federal navigation channel and turning basin and construction of the marine terminal to affect water circulation and tidal flow patterns in Mount Hope Bay and the Taunton River. An analysis conducted by Weaver's Cove Energy estimated that the maintenance and improvement dredging of the turning basin would reduce the velocity of the currents in the turning basin area by up to 18 percent. This decrease in current velocity would likely increase the settling rate of suspended sediments, which could in turn necessitate more frequent maintenance dredging in the future. Similar analyses conducted for the federal navigation channel estimate that the proposed dredging would reduce current velocities in the navigation channel by approximately 0.6 percent and have little effect on water circulation. The marine terminal is also expected to have minimal impact on water circulation because it would be constructed using pile-supported structures, similar to the existing pier.

Weaver's Cove Energy completed elutriate tests on sediment samples collected from the proposed dredging area to assess the potential for pollutants to be released into the water column during dredging (see section 4.2.2). This testing was conducted by mixing the sediment samples with water obtained from the Taunton River and then analyzing the water for selected organic and inorganic compounds. A comparison of the elutriate test results with the bulk sediment analytical results indicate that:

- most pollutants identified in sediments would remain tightly adsorbed to the sediment particles and would not be released into the water column; and
- copper and zinc would be released into the river during dredging in concentrations that exceed EPA-published acute (AL-CMC) and chronic exposure-based screening criteria (AL-CCC) (EPA, 2002b).

Analytical test results of background water samples collected from the Taunton River, near the LNG terminal site indicate that the copper concentration in the river is 37 ppb, 7 times the EPA acute criterion (which is 4.8 ppb) and 12 times the EPA chronic exposure value (which is 3.1 ppb). This suggests that elevated copper levels are normal in this area of the Taunton River. Standard elutriate tests indicate that dredging could result in localized copper concentrations of 28 ppb. Analytical test results of background water samples collected from the Taunton River, near the project site indicate that zinc concentrations in the river water are currently 23 ppb, which is below the EPA acute and chronic criteria (90 ppb and 81 ppb, respectively). Standard elutriate tests for zinc indicate that dredging could result in localized zinc concentration of 127 ppb, which is approximately 1.4 times higher than the EPA acute criterion and 1.5 times higher than the EPA chronic criterion. In interpreting these results, it is important to recognize that elutriate testing simulates a greater level of sediment mixing and aeration than mechanical dredging. This is supported by a study conducted by the COE to evaluate the release of chemical constituents at the point of dredging, which found elutriate test results are a conservative

predictor of chemical concentrations within the water column (COE, 1988). Therefore, actual concentrations of copper and zinc released to the water column would be expected to be less than the elutriate test results indicate. Moreover, the effect of the elevated concentrations of zinc would be localized and diluted downstream of the dredging activities.[6] Based on a study by Tramontano and Bohlen (1984), the elevated concentrations of dissolved contaminants could be expected to return to background levels within 600 feet of the dredging operation. Weaver's Cove Energy conducted additional elutriate testing as part of the Tier III sampling and analysis program; however, the results of this elutriate testing were not available when this final EIS was published.

We received a comment regarding the potential for dredging activities to decrease dissolved oxygen (DO) levels and potentially increase the toxicity of copper and zinc on aquatic organisms. Based on a study of mechanical dredging operations completed by the COE Waterways Experiment Station in the Hudson River Estuary, near-field monitoring results indicate that dredge-induced DO reduction was minimal. Dissolved oxygen reduction was generally less than 0.1 mg/L (COE, 1989). While elutriate test results indicate that copper and zinc would be released from the sediments during dredging and would increase concentrations in the water column, the effects of a slight reduction in DO levels would not be expected to measurably increase the toxicity of copper and zinc (Rand and Petrocelli, 1985).

The DEP conducted a preliminary review of Weaver's Cove Energy's sediment modeling and elutriate test results and had the following comments. The DEP noted, as described above, that the elutriate test results indicate that copper and zinc would be released into the water column at levels exceeding the Ambient Water Quality Criteria. The DEP acknowledged that while the elutriate test results indicate that the contaminants in the sediments other than copper and zinc would not exceed Ambient Water Quality Criteria, some of these compounds would still dissolve in the water at low levels and may be of concern if hot spots are encountered during dredging. The DEP also noted that Weaver's Cove Energy's modeling did not evaluate the potential effects of chemical toxicity resulting from the deterioration of water quality during testing. As a result, the DEP indicated that barge/scow overflow is unlikely to be permitted by the state. In addition, the DEP indicated that it would require Weaver's Cove Energy to develop a water quality monitoring program to evaluate whether or not excessive amounts of sediment are suspended in the water column; determine if elevated levels of suspended sediments extend beyond the mixing zone; and ensure that Massachusetts' state surface water quality standards and criteria are met at the edge of the mixing zone. In accordance with DEP's requirements, this monitoring program must:

- describe the proposed monitoring/sampling locations and frequency;
- list the monitoring/sampling parameters;
- describe the proposed mixing zone;
- identify the conditions under which modifications to dredging operations would be made to minimize the levels of suspended sediment;
- describe what the modifications would entail; and
- demonstrate the effectiveness of the proposed modifications.

[6] A similar dilution is not expected for copper since the background concentration of copper in river water was higher than the concentration of copper in measured elutriate test results.

be expected to avoid the project area during construction and return after site restoration. The osprey nest on the site, which was occupied in 2003, would be removed while unoccupied, and no longer available for nesting osprey. No other known nesting areas would be disturbed.

Substrate disturbance, especially in nearshore areas, may temporarily reduce the availability of prey for many bird species. Weaver's Cove Energy's suspended sediment modeling indicated that sediments would return to a quasi-steady state after about four tide cycles or two days. Following sediment settling, we expect that the affected areas would eventually be recolonized and return to a preconstruction state. Also, although an increase in localized turbidity would occur because of dredging in the Taunton River and Mount Hope Bay, this increase is not expected to have adverse impacts on marine mammals as these species have the ability to disperse and vacate areas undergoing disturbance.

Long-term impacts on wildlife resources along the pipeline routes would be minimized by Weaver's Cove Energy's adherence to the FERC Plan and Procedures. As discussed in section 4.5, these plans only allow annual maintenance of a 10-foot-wide strip centered over the pipeline. Other than that, routine vegetation maintenance across the entire the permanent right-of-way could occur only once every 3 years in uplands and would be restricted in wetlands to the periodic clearing of trees greater than 15 feet in height that are within 15 feet of the pipeline centerline. To further protect nesting birds, the FERC Plan and Procedures specify that routine vegetation maintenance should be conducted between August 1 and April 15, which is outside of the typical nesting season for most bird species.

### 4.6.2 Aquatic Resources

**Taunton River and Mount Hope Bay**

The Taunton River and Mount Hope Bay provide habitat for a diverse community of shellfish and finfish. These species either provide forage for other predatory fish or are directly sought by recreational and commercial fishermen in the project area.

Shellfish - The Massachusetts DMF has characterized the area of the Taunton River that would be affected by the project as a "Significant Shellfish Habitat" which provides productive habitat for quahogs, American oysters, and soft shelled clams (DMF, 2003).

Northern quahog live in waters up to 15 meters deep and are distributed in deeper subtidal habitat throughout the lower Taunton River as well as near the mouth of the Taunton River in Mount Hope Bay. DMF (1997) surveys show quahog occurring in the Taunton River north and south of the proposed LNG terminal site. Since 1997, the DMF has contracted with shell fishermen to harvest quahogs from biologically contaminated areas in Mount Hope Bay and the Taunton River. Harvested quahogs are then offered to other coastal towns for relocation, or "relay," to clean sites where they remain for a suitable depuration period before they are harvested for consumption. Although not comprising a significant portion of the relay harvest, quahogs are consistently harvested from the channel edges and shoal areas in the project area. Quahogs are generally not harvested from the main navigation channel in the Taunton River because the fine-grain mud in the channel is not suitable quahog habitat.

Soft-shelled clam beds are present in limited areas of the Taunton River near the project area. These beds are generally located in shallow intertidal and nearshore subtidal flats along the shore of the river. The closest soft-shelled clam habitat is in the small cove south of the LNG terminal site.

Oyster shells were found near the proposed terminal site during recent surveys (Vine Associates, 2002 unpublished), but viable eastern oyster populations are restricted to areas located approximately 1

mile upstream of the site. Higher turbidity and salinity levels limit the suitability of the area near the terminal site for oysters.

Blue crabs, lady crabs, green crabs, and spider crabs have also been identified near the LNG terminal site (Vine Associates, 2002 unpublished). Blue crab and lady crab are harvested as a recreational fishery in the project area while green crab is an exotic invasive species from Europe that has established populations throughout the coastal waters in North America.

Finfish - Numerous fish species use the various habitats found within the river, turning basin, and Mount Hope Bay at different times throughout their life cycles. Many of the species that use estuarine wetlands along the river system begin their life cycles in the open water of the Atlantic Ocean as demersal or pelagic eggs and/or larvae. Larvae and post-larvae are then transported by wave currents into the estuaries where they occupy muddy bottoms or find food and protection from predators amongst the vegetation of the brackish marshes. The Taunton River also serves as a migratory pathway for anadromous species such as alewife, rainbow smelt, striped bass, and blueback herring. NOAA Fisheries (2003) also reported that the catadromous American eel grows to maturity within the Taunton River before migrating to a marine environment to spawn.

Marine Research, Inc. (MRI) conducts annual surveys in Mount Hope Bay and the lower Taunton River to determine finfish species and life stage occurrence in the area as required under permit stipulations for the Brayton Point Power Plant. The eggs and/or larvae of several fish species have been collected in Mount Hope Bay and the Taunton River during these surveys, including winter flounder, windowpane flounder, scup, Atlantic silverside, bay anchovy, tautog, cunner, weakfish, menhaden, and butterfish.

Based on 1998 survey data (MRI, 1999), 31 finfish species were recorded in the standard otter trawl. Winter flounder, windowpane flounder, bay anchovy, butterfish, and alewife comprised the five most commonly collected species. Thirty-nine species were collected using the Wilcox trawl with bay anchovy, winter flounder, butterfish, scup, and alewife as the five most commonly collected species. The nearshore seine sampling effort collected 19 species. Atlantic silverside was the most commonly collected of the 19 species by a wide margin, but striped killifish, mummichogs, and bluefish were also relatively abundant (MRI, 1999).

**Other Waterbodies**

The other 10 waterbodies that would be crossed by the proposed pipelines are narrow freshwater streams. Although all of these streams have the potential to contain warmwater fisheries (i.e., waters unsuitable for the propagation of trout and not capable of supporting a stocked trout population), the majority are intermittent and thus are incapable of supporting a year round fishery and none support commercial fisheries. Fish species potentially present in these waterbodies include largemouth bass, chain pickerel, and yellow perch. The Massachusetts Division of Fish and Wildlife (DFW) also reported that the American eel could also be found in these waterbodies (DFW, 2003c).

**Aquatic Resources Impacts and Mitigation**

**Dredging Activities**

Dredging of the federal navigation channel and turning basin may adversely affect fish and fish habitat. Potential adverse effects on fish and fish habitat include impairment of water quality, destruction of benthic habitat, and direct and indirect effects on fish and their prey species. The extent of these

effects depends on project timing and duration, sediment texture and composition, and fish life stage and behavior.

The water quality of the Taunton River and Mount Hope Bay is currently degraded by upstream discharges and runoff. The proposed dredging would contribute to further degradation of water quality through increases in turbidity, releases of chemical and nutrient pollutants from sediments, and introduction of chemical contaminants, such as fuel and lubricants from the dredge vessels. Turbidity resulting from the resuspension of sediments would reduce light penetration and the corresponding primary production of aquatic plants, algae, and phytoplankton. Additionally, resuspension of organic materials and sediments could cause an increase in biological and chemical use of oxygen, resulting in a decrease of dissolved oxygen concentrations in the affected area. Lower dissolved oxygen concentrations could cause a temporary displacement of motile organisms and may stress or kill sessile benthic organisms within the affected area (see section 4.3.2 for more discussion of dissolved oxygen impacts).

Although specific information regarding the condition of the benthic communities in the federal navigation channel and turning basin has not been collected, such communities may be well established because the channel has not been dredged since the 1970s. These benthic invertebrates provide a food source for demersal species of finfish during part or all of their life cycles. Direct alteration of the benthic substrate via dredging would remove the existing benthic community and may adversely affect prey species, suitable cover, settlement structure, and/or nursery and spawning areas. Pioneering benthic invertebrates would likely recolonize the dredged area soon after completion of dredging. The character of this recolonizing community would depend on the nature of the available substrate (e.g., grain size distribution and hardness) and resident species in adjacent areas.

Based on DMF data (DMF, 1997), the dredging of the federal navigation channel and turning basin could directly impact up to 84 acres of quahog habitat. Although as previously stated, much of this 84-acre area comprises the existing navigation channel and turning basin, which have bottoms consisting of fine-grained muds that are not suitable for quahog. Taking this into account, we estimated that about 21 acres of the area to be dredged for the turning basin should be considered suitable quahog habitat that would be directly affected during construction of the project. The impact on some and perhaps all of this 21-acre area would be permanent because LNG ships would continue to disturb the benthic substrate which in turn would preclude the reestablishment of quahogs. Dredging could also have indirect impacts on quahogs. NOAA Fisheries reported that quahogs redirect residual and newly acquired food energy towards producing reproductive products prior to initiating spawning, which begins in May. NOAA Fisheries expressed concern that constant stress, including processing and discarding unusual levels of suspended sediment, can prevent quahogs from beginning the energy transfer to reproduction or cause them to reverse the process if already begun. Thus, quahogs in the vicinity of dredging activities during the pre-reproductive through post-spawning periods would be at risk for reduced productivity. To mitigate impacts on quahogs and other shellfish from the development of the turning basin, Weaver's Cove Energy has indicated that it would:

- coordinate with federal and state resource agencies to harvest and relay quahogs from the proposed dredging footprint prior to commencement of dredging activities; and
- coordinate with federal and state resource agencies to develop and fund a plan to reseed quahogs in those areas where quahogs were harvested prior to commencement of dredging activities.

We received several comments on the draft EIS regarding the appropriateness of Weaver's Cove Energy's proposed quahog mitigation measures. NOAA Fisheries, however, indicated that the proposed mitigation measures could adequately offset permanent impacts on quahogs. Thus in accordance with

NOAA Fisheries comments and to ensure that potential impacts are accounted for in the mitigation plans, **we recommend that:**

- **Weaver's Cove Energy complete the coordination with applicable federal and state resource agencies regarding development and funding of mitigation measures to offset impacts on quahogs resulting from the expansion of the turning basin and provide the results of that coordination, including copies of agency approval, to the Secretary prior to dredging.**

Dredging also has the potential to re-introduce deleterious compounds currently in the bottom sediments into the water column. In addition to behavioral responses by fish to exposure to resuspended sediments, certain chemical contaminants could cause various acute and chronic growth and physiological effects. To evaluate these risks, Weaver's Cove Energy performed elutriate tests and undertook a sediment characterization study that analyzed a number of organic and inorganic chemicals associated with the potential dredged sediments. As discussed in section 4.2.2, these chemical analyses of sediments included PAHs, PCBs, pesticides, and metals. To assess the potential hazards posed to the aquatic environment by the dredged sediment, statistically based average concentrations of the various organic and inorganic compounds detected in the sediments were compared to commonly accepted, ecological risk-based screening criteria. These analyses, which are described in more detail in section 4.2.2, indicated that:

- The 95 percent UCL concentrations of most PAHs are less than the PEL and ERM criteria; however, some PAH compounds in the area between the Braga Bridge and the lower end of the turning basin exceed the PEL criterion, but are less than the ERM criterion.
- The 95 percent UCL concentrations of total PCBs are less than the PEL and ERM criteria in all portions of the dredging footprint.
- Only one pesticide, DDE, was detected. DDE was identified in only three samples from the entire dredging footprint; the concentration of DDE was low and is not a contaminant of concern in any part of the dredging footprint.
- Mercury concentrations exceed all three screening criteria in all portions of the dredging footprint.
- The 95 percent UCL concentrations of the other metals are below both the PEL and ERM criteria, except in the area between the Braga Bridge and the lower end of the turning basin. In this portion of the river, five of the seven metals exceed the PEL criterion.

Elutriate tests conducted to determine if deleterious compounds in the sediments could be released into the water indicated that most of the tested chemicals and metals would remain tightly adsorbed to the sediments. However, the results of the elutriate tests indicated that copper and zinc would be released from the sediments into the water in concentrations that exceed published EPA water quality criteria (see discussion of elutriate test results in section 4.2.2). Uptake of these chemicals by aquatic organisms could alter behavior affecting foraging success and increasing susceptibility to predation, could lower reproduction, or could have physiological responses that result in predisposition to disease and other forms of stress (Peterle, 1991). However, the potential for these effects is limited. As discussed in sections 4.2.2 and 4.3.2, the concentration of copper in the river water is greater than EPA-recommended water quality criteria. Moreover, a study by Tramontano and Bohlen (1984) indicated that elevated concentrations of dissolved contaminants resulting from dredging activities would be expected to return

to background levels within about 600 feet of the dredging operation. Therefore, the effect of these metals being released into the water would be localized and quickly diluted.

We also do not expect that there would be a long-term impact on the health of fish and shellfish after completion of the dredging operations. Bottom fish and shellfish are currently exposed to contaminated sediments in the Taunton River on a continuous basis. This constant exposure is part of the reason shellfish harvesting is banned in the Taunton River and quahogs are relocated for depuration prior to harvest in other less contaminated areas. Moreover, studies have demonstrated that impacts resulting from dredging-induced sediment resuspension are generally small relative to naturally occurring, storm-induced sedimentation (Bohlen et al., 1979; Bohlen et al., 1996). These studies suggest that the exposure of organisms to chemicals in the sediments resuspended due to dredging may be less than the exposure to these chemicals regularly experienced by the organisms in the river from resuspension due to natural causes.

In addition to potentially releasing deleterious compounds into the water column, suspended sediments could have direct and indirect physical effects on pelagic and benthic communities in the Taunton River and Mount Hope Bay. Direct impacts could result from the exposure to sediment particles and indirect impacts could result from habitat alteration caused by sediment deposition.

SSDOSE Modeling Conducted and Mitigation Proposed by Weaver's Cove Energy

To assess the potential for direct and indirect impacts that could result from exposure to suspended or deposited sediments, Weaver's Cove Energy investigated potential impacts on different life history stages of aquatic species inhabiting the project area and conducted computer simulation modeling using the SSDOSE model. Additional details on this model are provided in Weaver's Cove Energy's modeling report entitled *Modeling Dredge-induced Suspended Sediment and the Environmental Effects in Mt. Hope Bay and the Taunton River for the Proposed Weaver's Cove Energy, LLC, Liquefied Natural Gas Import Terminal* (ASA, 2003), which is available under the "Proposal" link on Weaver's Cove Energy's website (www.weaverscove.com).

Weaver's Cove Energy's modeling focused on the direct effects of dredging such as the excavation and transport of sediments through the water column and did not specifically address effects associated with related operations such as the placement and removal of spuds required to stabilize the dredging platform. We received a comment from the DMF that we should consider the potential effects on marine organisms of anchor strike and spud movements associated with dredging. Our review, which is based on consultations with COE staff who have been involved in the recent dredging of the Providence River (O'Donnell, 2004), indicates there would be little or no effect resulting from anchor strikes if the dredging equipment utilizes spuds for barge stabilization. Further, spud placement during dredging and the direct effects on benthic habitat would be limited to the dredging footprint. Given the availability of laser surveying equipment and the use of differential GPS positioning, as well as high-resolution fathometric sensors, it should be possible to accurately set the spuds within the navigation channel. The need to set spuds outside the navigation channel would be infrequent and should have minimal impact on benthic habitat outside of the channel.

For perspective, the average footprint of a spud used to stabilize the barges would be approximately 16 square feet ($ft^2$) (Beaudoin, 2004b). Additional disturbance during penetration and extraction of the spud would occur around each spud in an area that would depend on the type and consolidation of the sediment. During extraction of the spuds, some resuspension of sediment would likely occur; however, the amount of resuspension would be much less than that resulting from the dredging operation itself. The deck barge used as a dredging platform would be fitted with between two to four spuds depending on the size of the barge. Assuming that the barge would be repositioned 2 to 6

times per day and the barge would need at least three spuds (48 $ft^2$ total) to maximize dredge stability, between 6 and 18 spud penetrations/extractions would occur per day. This would result in potential direct impacts on the benthic habitat of between 288 $ft^2$ and 864 $ft^2$ per day, most of which would be limited to the navigation channel and turning basin. Even if it were assumed that 25 percent of the spud placements and removals were to occur outside the dredging footprint (which we believe is high), the potential impact of spuds on areas outside the dredging footprint would be small, ranging from 1 to 3 percent of the total project dredge footprint (based on a total dredged area of about 8.3 million $ft^2$ and a 3-year dredging schedule).

Secondary effects (i.e., increased turbidity due to resuspended sediment) from spud removal and repositioning would likely be limited to the dredging footprint. Although the potential effects of spud barge operations were not included as inputs to Weaver's Cove Energy's sediment transport modeling, we believe that impacts associated with spud placement, removal, and repositioning would not significantly increase the duration or severity of impacts on aquatic resources above the levels that would result from excavation-related dredging activities.

Organisms and species that were considered in Weaver's Cove Energy's suspended sediment analysis included winter flounder, shad, alewife and blueback herring, white perch, sturgeon, striped bass, summer flounder, windowpane flounder, scup, Atlantic silverside, bay anchovy, tautog, cunner, weakfish, menhaden, bluefish, butterfish, American eel, northern quahog, blue crab, soft shell clam, eastern oysters, amphipods, polychaete worms, and zooplankton. The sediment deposition analysis considered winter flounder, Atlantic silverside, bay anchovy, and eastern oyster. A key element in assessing potential effects of suspended sediment was to determine thresholds of concern for each species, which involved the following steps:

- development of a list of species and life stages of concern present in the project area;
- a review of the life history of each stage (i.e., eggs, larvae, juvenile, and adult) for each species;
- a determination of the seasonal presence (by month) of each species (by life stage); and
- a determination of the duration of potential exposure to dredging activities during each life stage of each species.

Published literature was reviewed to determine the minimum suspended sediment concentration and minimum deposited sediment thickness (as appropriate for the organism) that has been shown to have either a lethal or sublethal effect for any exposure duration for each life stage of each species. A screening analysis was performed on each dredging scenario and location to determine if the minimum effects threshold would be exceeded for any duration of exposure (short or long) for each species and life stage. Where suspended sediment concentrations in the water or sediment layer thickness on the bottom exceeded the minimum threshold for a species life stage over any time period, the effect of duration and degree of exposure were evaluated using the SSDOSE model.

Weaver's Cove Energy's modeling results, which are consistent with the results of field studies conducted by Bohlen et al. (1979, 1996), indicate that the sediment plume resulting from dredging would be temporary, linear in nature, and confined primarily to the dredged area. The modeling results also indicate that the concentration of suspended sediments in the water column would be below the minimum threshold concentrations that would result in sublethal or lethal effects on fish, shellfish, or other marine organisms in the project area. These results suggest that no species or lifestage would be exposed to sublethal or lethal suspended sediment concentrations during dredging regardless of time of year or tidal

conditions. The results also suggest that organisms inhabiting the water column, including anadromous fishes and the American eel migrating through the area, would not be adversely affected by suspended sediments during the proposed dredging operations.

NOAA Fisheries commented on Weaver's Cove Energy's methods for determining the minimum effect threshold for certain fish species, noting that these data are not available for many species. NOAA Fisheries suggested that it would be more appropriate to evaluate behavioral response thresholds such as avoidance and increased swimming activity than sublethal thresholds, and specifically cited studies by Wildish and Power (1985) and Chiasson (1993). Wildish and Power conducted laboratory experiments with smelt to determine if smelt are capable of avoiding suspended sediments. They found that smelt exhibited an avoidance response to suspended sediment levels above 20 mg/L. Chiasson's study investigated the potential for suspended sediments (concentrations ranging from 0 to 40 mg/L) to modify natural movements or migration patterns of rainbow smelt in a laboratory. The results of this study indicated that:

- fish did not attempt to flee at higher concentrations of suspended sediment;
- fish were not fatigued by increases in the amount of suspended sediment; and
- the effects of inert suspended sediment on smelt are probably sublethal.

However, the results of the study also indicated that rainbow smelt were more active at higher levels of suspended sediment. Chiasson (1993) interpreted this as an "alarm reaction" but noted that the fish showed no preference for direction of flight. Chiasson (1993) concluded that smelt may not use the current gradient to determine a specific direction of flight in the presence of above normal concentrations of suspended sediments. However, movement downstream or upstream from a point source of suspended sediment are two possible strategies that would enable fish to reduce or eliminate this source of stress. These studies, while conducted under laboratory conditions, suggest that fish may respond in their natural environment to suspended sediment concentrations that are well below sublethal concentrations through behavioral responses such as avoidance or increased swimming activity.

Some agencies questioned the validity of the modeling results and recommended that a timing restriction be required to avoid silt-producing activities during upstream (between March 1 and July 31) and/or downstream (between June 15 and October 31) fish migrations. Weaver's Cove Energy's revised modeling of the proposed dredging segments using an open bucket indicated that in any single hour, dredging would induce a suspended sediment plume with a concentration of 15 to 66 mg/l above background if scow overflow is allowed and a concentration of 9 to 33 mg/l above background if scow overflow is not allowed.[12] If a closed bucket is used, the resulting concentration of the dredging induced sediment plume would likely be lower than 20 mg/l. The modeling also indicates that the plume would only extend over 25 percent of the width of the river. Additionally, even though instream activities could cause migrating fish to avoid the navigation channel, other portions of the Taunton River would continue to be available for passage. Therefore, we do not believe that restricting dredging to avoid impacts on anadromous fish is necessary. Nonetheless, the COE could require an anadromous fish timing restriction as a condition of Weaver's Cove Energy's section 404 permit, if issued. We note, however, that requiring Weaver's Cove Energy to adhere to a timing restriction prohibiting instream work during fish migration periods would have considerable implications on the proposed dredging schedule (see section 3.6.2).

[12] As discussed in section 4.3.2, Weaver's Cove Energy assumed the background TSS concentration in the Taunton River is about 11 mg/L. We believe this is reasonable based on review of monthly TSS concentration data collected within the Taunton River during a study completed between 1988 and 1990.

In regards to the effects of sediment deposition, the results of the SSDOSE modeling indicated that no life history stage of any species except winter flounder eggs would be exposed to the minimum effects threshold during dredging regardless of time of year or tidal conditions.

The preliminary SSDOSE model results were based on published literature which suggested that winter flounder spawn between January and April, primarily in water depths of less than 5 meters, and the minimum effects threshold for winter flounder eggs would be an accumulation of 1 millimeter of sediment deposition over a period of 21 days or less (the average duration of the incubation period). After reviewing preliminary results of the suspended sediment model, including the input values and assumptions, NOAA Fisheries recommended Weaver's Cove Energy revise the model parameters that were used for winter flounder. Specifically, NOAA Fisheries recommended that Weaver's Cove Energy rerun the model using the following assumptions: winter flounder may use depths up to 8 meters as suitable spawning habitat in the Taunton River and Mount Hope Bay; lethal effects on winter flounder eggs may result from as little as 0.5 millimeter of sediment deposition; and winter flounder egg development could take as long as 40 days. NOAA Fisheries also requested that Weaver's Cove Energy use an assumed bucket loss rate (of sediment during dredging) of 2 percent.

Based on our review of literature and research being conducted in the project area, we conclude that NOAA Fisheries' recommendations are conservative and tend to overestimate potential impacts. For example, although Bigelow and Schroeder (1953; as cited in Pereira et al., 1999) reported that winter flounder spawn in waters as deep as 45 to 73 meters, Pereira et al. (1999) reported that the spawning at these greater depths occurs in stocks on Georges Banks, and most probably, on Nantucket Shoals. According to Pereira et al. (1999) the winter flounder on Georges Bank tend to grow larger and at a faster rate, have different fin ray counts, and different movement patterns than those residing inshore. Moreover, most of the fish tagged on Georges Bank stay on the Bank and almost no fish moved away from coastal areas to Georges Bank (Lux et al., 1970). Lux et al. (1970) indicated that the fish from Georges Bank are clearly separate from those in inshore areas but were unable to determine whether these differences could be attributed to temperature or other factors. Regardless, we believe this research suggests that the spawning depths of the winter flounder on Georges Bank differ from the spawning depths of winter flounder in inshore areas, where winter flounder spawning appears to generally occur in waters less than 6 meters deep. Thus we believe modeling results based on an 8 meter spawning depth are overly conservative.

With respect to egg development, several researchers and NOAA Fisheries have noted an inverse relationship between winter flounder egg incubation time and water temperature. NOAA Fisheries also commented that hatching can be protracted for up to 40 days in a laboratory setting. Williams (1975) indicated that the hatching of winter flounder eggs can be protracted by cold water temperatures and reported that on average winter flounder eggs hatch or die in 38.6 days when held at 0° C. However based on our review of studies by Pereira et al. (1999) and Rogers (1976) and consultations with Grace Klein-MacPhee, who has studied winter flounder egg development in the Providence River, it appears that winter flounder eggs typically develop in less than 25 days and perhaps less than 21 days even at cold temperatures. Grace Klein-MacPhee indicated that incubation of winter flounder eggs only extends to as much as 30 days when water temperatures are less than 0° Celsius (C) for an extended period of time, which generally does not occur in the project area (Klein-MacPhee, 2004). The premise that prolonged water temperatures at or below 0° C is rare in the project area is also supported by our review of water temperature data collected at Fall River and in the Providence River (NOAA, 2004c). Based on data collected at a depth of 2.05 meters below MSL from the south end of the State Pier in Fall River between October 1999 and December 2004 and at a depth of 1.5 meters below MSL in the Providence River from September 1995 to December 2004, temperatures at or below 0° C occurred only three times during the recording period. In 2000, the average daily water temperature was at or below 0° C for 9 days at Fall River and 2 days in the upper Providence River. In 2003 and 2004, the average water temperatures were

at or below 0° C for 10 days and 23 days, respectively, in Fall River and 2 days and 7 days, respectively, in the Providence River. These data indicate that the coldest temperatures that have been shown to prolong incubation periods upwards to 40 days are typically limited to relatively short periods during late January and early February. Additionally, given that water temperatures increase through late winter and early spring (March through May) and the incubation period progressively decreases, we believe NOAA Fisheries position that the modeling should assume winter flounder development takes 40 days in the project area is overly conservative.

The potential for resuspended sediment to impact fish eggs and larvae depends upon the species, the concentration of particles, and the duration of exposure. Demersal eggs such as those of the winter flounder may be partially or completely covered by fine particles that settle back to the bottom. Buried eggs may result in a slower exchange of oxygen between the water and egg and thus slow development or cause eggs to experience higher mortality rates (Wilbur and Clarke, 2001). Recent studies in the Providence River suggest that winter flounder eggs and larvae exposed to increased levels of sediment adjacent to dredging operations survived at statistically similar rates to controls (Klein-MacPhee et al., 2005). In related studies, winter flounder eggs were buried at various depths ranging from 0.5 to 6 egg diameters in fine-grained clean and contaminated sediment (Berry et al., 2005). Hatching success decreased and incubation period increased with increasing burial depth in clean sediment. The results with contaminated sediment were complicated by low control survival but eggs buried to 0.5 diameter had survival rates similar to the controls. Overall, the results indicated that winter flounder eggs may be more resistant to sediment burial than previously thought.

The bucket loss rate assumed in Weaver's Cove Energy's original modeling (0.66 percent) was based on data reported from a study conducted in Boston Harbor. The dredged sediments from the Boston Harbor Navigation Improvement Project consisted of 2 feet of maintenance silts and 1 foot of overdredge material composed of relatively stiff clays (Hayes et al., 2000). The majority of materials dredged during the study period consisted of maintenance silts (Hayes, 2004a) with physical properties similar to the sediments that would be dredged for the Weaver's Cove LNG Project. As noted in Weaver's Cove Energy's modeling report (ASA, 2003), 10 of the 12 maintenance silt sampling stations analyzed for the Boston Harbor Navigation Improvement Project contained sediments that were composed of 69 to 95 percent fines (silt plus clay). In comparison, grain-size data for the Weaver's Cove LNG Project ranged from 67 to 93 percent fines. Further, since scow overflow was not allowed during dredging for the Boston Harbor Navigation Improvement Project, the only source of additional suspended solids was the open or closed buckets that were used for the dredging.

Additionally, the suspended sediment monitoring conducted by Hayes et al. (2000) occurred within 5 to 20 meters of the bucket, so measured turbidity and TSS values had not been diluted to any significant degree. The modeling originally conducted by Weaver's Cove Energy included a scenario that used a bucket loss rate of 1.32 percent (or twice the bucket loss rate of 0.66 percent). This value was used to: 1) account for "unknown factors such as operator control and debris problems," and 2) estimate the potential affect of scow overflow on suspended solids concentrations. As described in the modeling report and confirmed by Hayes (2004a), the use of suspended solids concentrations that are double the bucket loss rate is an acceptable means of obtaining an initial estimate of the potential effects of scow overflow. Accordingly, we believe that Weaver's Cove Energy's original bucket loss rate is a reasonable estimate and the use of a 2 percent loss rate in the model runs as recommended by NOAA Fisheries is overly conservative.

Taking into account the conservative nature of NOAA Fisheries' comments, Weaver's Cove Energy reran the suspended sediment model and reassessed the model results based on NOAA Fisheries' recommendations (i.e., all areas up to 8 meters deep could be winter flounder spawning habitat, the potential for impacts on winter flounder eggs could result from the deposition of 0.5 millimeter of

sediment, and a loss rate of 2 percent[13]). Based on the results of the sediment characterization study and the revised modeling of suspended sediment, we reported the following potential impacts of dredging on aquatic organisms and habitats in the draft EIS:

- Mobile species and life stages would burrow out of any accumulation that results from the redeposition of sediments;

- The deposition of sediments would be below the threshold for sublethal effects of windowpane, black sea bass, scup, and summer flounder;

- The deposition of sediments could impact winter flounder eggs depending on the equipment used and the time of year dredging is conducted;

- If a 26 cubic yard open bucket is used for dredging during the spawning period and the scows are allowed to overflow when being filled with the dredged material, up to 144 acres of winter flounder egg habitat could be affected;

- If a 26 cubic yard open bucket is used for dredging during the spawning period and the scows are not allowed to overflow when being filled with the dredged material, approximately 29 acres of winter flounder egg habitat could be affected; and

- If a 26 cubic yard closed bucket is used for dredging during the spawning period and the scows are not allowed to overflow when being filled with the dredged material, no winter flounder egg habitat would be affected. We note, however, there is some potential for sediment release when using a closed bucket due to entrainment of large debris that can interfere with bucket closure.

After reviewing the revised modeling results, NOAA Fisheries, DMF, EPA, and other resource agencies continued to express concern about the potential impacts of the project on winter flounder spawning habitat within Mount Hope Bay and the Taunton River. According to the agencies, winter flounder impacts are of particular concern since existing winter flounder populations are stressed and substantially below historic levels, despite extensive agency efforts to improve winter flounder population size. As a result, these agencies recommended that Weaver's Cove Energy implement additional mitigative measures to avoid or minimize impacts on aquatic resources. To address these concerns, Weaver's Cove Energy revised its proposed dredging program to include the following:

- use of a 15 cubic yard open bucket to dredge the stiffer and coarser grained native material from the turning basin;

- use of a closed or "environmental" bucket to dredge depositional sediments (i.e., for dredging all areas except the native sediments in the turning basin);

- dredging would be conducted by working in a line parallel to the river flow during the upstream anadromous fish run;

- a time-of-year restriction would be implemented to prohibit dredging in the turning basin during February, March, and April; and

- no significant scow overflow would be allowed in any area or during any season.

---

[13] Initially, Weaver's Cove Energy did not rerun the model assuming a 40 day winter flounder egg development period, as requested by NOAA Fisheries.

Weaver's Cove Energy's modeling results indicate that the above mitigative measures would eliminate the majority of indirect winter flounder impacts associated with dredging. Only the 15 cubic yard open bucket proposed for dredging native sediments in the turning basin would result in deposition of greater than 0.5 mm of sediment over winter flounder eggs. The area of suitable habitat in water depths up to 8 meters that would be affected by this deposition over a 21-day period (assuming a sediment loss rate of 0.66 percent using an open bucket and no scow overflow and a sediment loss rate of 0.22 percent using a closed bucket and no scow overflow) would be about 6.2 acres.[14]

In addition to the potential for indirect impacts on winter flounder egg habitat, dredging would also have a direct impact on winter flounder egg habitat as the result of expanding the turning basin. The existing turning basin would be expanded from 33 acres to 54 acres and deepened to a depth of 41 feet to accommodate the maneuvering of LNG ships. Of the 21-acre expansion area, approximately 11 acres are currently less than 25 feet (8 meters) deep and could potentially provide suitable winter flounder spawning habitat. Dredging of these areas in May during the spawning period would likely injure or kill winter flounder eggs in the turning basin expansion area. Dredging of the trench for the pipeline across the Taunton River could also damage or destroy any winter flounder eggs that are present during the dredging operations.

NOAA Fisheries and other agencies have acknowledged that the recent mitigation proposed by Weaver's Cove Energy would reduce impacts on winter flounder habitat. However, these agencies continue to have concerns regarding the modeling results. In particular, some agencies maintain that the revised modeling underestimates impacts on winter flounder. Although we disagree, we also recognize that winter flounder is a valuable and highly stressed resource within the project area. We also acknowledge that while the proposed mitigation substantially reduces impacts, it does not eliminate all potential effects of dredging on winter flounder. We also note that the COE, as the lead regulatory agency over dredging and other riverbed disturbing activities, has indicated that it will likely require additional mitigative measures to avoid or minimize impacts on winter flounder within the Taunton River and Mount Hope Bay as a condition on any section 404 permit issued for the project. For these reasons and because NOAA Fisheries has submitted EFH conservation recommendations that additional mitigation is needed to reduce the impact of dredging on winter flounder, **we recommend that:**

- **Weaver's Cove Energy modify its proposed dredging program and pipeline construction plans within the Taunton River to prohibit any silt-disturbing construction activities during the winter flounder spawning period (January 15 through May 31). In addition, Weaver's Cove Energy should continue to consult with federal and state agencies and develop a mitigation plan to offset permanent loss of winter flounder spawning and juvenile development habitat resulting from expansion of the turning basin. The revised dredging plan and the winter flounder habitat mitigation plan should be submitted to the FERC prior to dredging.**

We received comments on the draft EIS indicating that the Massachusetts Waterway Act (310 CMR 9.40(2)(a)) prohibits dredging activity between March 15 and June 15 except upon determination by the DMF that a project would not have adverse effects on aquatic resources. We believe that our above recommendation in conjunction with Weaver's Cove Energy's proposed mitigative measures would adequately meet the intent of this law and would sufficiently protect the aquatic resources, including anadromous species, in the Taunton River and Mount Hope Bay.

[14] The use of a 21-day developmental window as a modeling parameter seems appropriate when discussing impacts since Weaver's Cove Energy would not dredge in the turning basin between February and April, which constitutes most of the winter flounder spawning period.

Implementation of timing restrictions to avoid the winter flounder spawning period and/or other sensitive fish periods could affect the proposed 3-year construction schedule for the project. Any restrictions that reduce the amount of dredging days or the rate of dredging could potentially prolong the construction schedule beyond 3 years. Weaver's Cove Energy has indicated that a timing restriction to avoid dredging during the winter flounder spawning period (January 15 to May 31) would make it highly unlikely that the necessary dredging would be completed within a 3-year period. Prolonging the construction schedule could have additional environmental impacts such as noise, air emissions, traffic, and visual impacts related to the construction activities. Section 3.6.2 provides additional discussion of implications of timing restrictions on Weaver's Cove Energy's proposed schedule.

**LNG Terminal Construction and Operation**

LNG Terminal Construction Activities

As discussed in section 4.3.2, stormwater runoff from the construction site and placement of fill into the Taunton River could increase suspended sediment and turbidity levels near the site. Disturbance near the water's edge by construction equipment and the resulting temporary increase in turbidity could lower fish usage in the immediate vicinity of the site. However, the shoreline along the proposed site has been previously disturbed and man-made shoreline is abundant along the river near the site. Thus, fish affected by construction would likely utilize similar habitats upstream and downstream of the proposed site.

The removal of the existing pier structure and replacement by a new ship unloading facility could also result in increased turbidity in the water column and temporarily reduce fish usage of the area. Additionally, piles driven into the riverbed to support the new ship unloading facility would permanently affect about 800 square feet of benthic habitat. However, piers and other structures are present upstream and downstream of the proposed site and fish disturbed by construction activities at the site would likely use the nearby structures for habitat. Also, although there would be a temporary loss of structural habitat during the period between removal of the existing structure and completion of the new unloading facility; the habitat lost from removal of the existing pier would likely be replaced and perhaps supplemented with development of the new facility. Fish using the benthic habitat in the area would likely relocate to similar nearby areas and fish requiring structural habitats may become more abundant following construction of the new unloading facility.

Direct spills of petroleum products into the Taunton River from dredging or other construction equipment could be toxic to fish. To reduce the potential for direct surface water contamination during construction and dredging, Weaver's Cove Energy would implement both onshore and offshore SPCC Plans. These plans would include provisions that prohibit the storage of fuel and other potentially toxic materials within specified distances of waterbodies and procedures for refueling equipment designed to minimize potential spills. These plans would also outline procedures for containing, cleaning up, and reporting spills.

Hydrostatic Testing

Weaver's Cove Energy has indicated that its preference is to obtain hydrostatic test water from the City of Fall River. If the City does not allow Weaver's Cove Energy to use its water, Weaver's Cove Energy may withdraw up to about 33 million gallons of water from the Taunton River to hydrostatically test the LNG storage tank and pipelines. If water is appropriated from the Taunton River to hydrostatically test the LNG storage tank, Weaver's Cove Energy would attach a temporary 12- to 14-inch-diameter pipe to the newly constructed pier. The intake pipe would be set at a depth of 5 feet below MLLW and would be fitted with a fine mesh screen to minimize potential entrainment and impingement

Other Potential Impacts

Other potential effects of pipeline construction include interruption of fish migration and spawning and mortality from toxic substance (e.g., fuel) spills. Construction may cause temporary emigration of fish populations from the immediate area, and fish movements and migrations upstream or downstream may be temporarily disrupted by construction activities. However, it is unlikely that relocation or disrupted migration would significantly affect diadromous fish populations because construction activities are short term and waterbodies that would be affected by the project are through developed areas and contain limited fish resources.

Direct spills of petroleum products into streams and rivers could be toxic to fish, depending on the type, quantity, and concentration of the spill. To reduce the potential for direct surface water contamination, Weaver's Cove Energy would implement the procedures in its SPCC Plan, including restrictions on refueling equipment and storing fuel and other potentially toxic materials at least 100 feet from waterbodies.

**Essential Fish Habitat**

The MSA (Public Law 94-265 as amended through October 11, 1996) was established, along with other goals, to promote the protection of EFH in the review of projects conducted under federal permits, licenses, or other authorities that affect or have the potential to affect such habitat. EFH is defined in the MSA as those waters and substrate necessary to fish for spawning, breeding, feeding, or growth to maturity.

Federal agencies which authorize, fund, or undertake activities that may adversely impact EFH must consult with NOAA Fisheries. Although absolute criteria have not been established for conducting EFH consultations, NOAA Fisheries recommends consolidated EFH consultations with interagency coordination procedures required by other statutes, such as the NEPA, Fish and Wildlife Coordination Act, ESA, or the Federal Power Act (50 CFR 600.920(e)) in order to reduce duplication and improve efficiency. Generally, the EFH consultation process includes the following steps:

1) **Notification** - The action agency should clearly state the process being used for EFH consultations (e.g., incorporating EFH consultation into EIS, section 10 permit, etc.).

2) **EFH Assessment** - The action agency should prepare an EFH Assessment that includes both identification of affected EFH and an assessment of impacts. Specifically, the EFH should include: 1) a description of the proposed action; 2) an analysis of the effects (including cumulative effects) of the proposed action on EFH, the managed fish species and major prey species; 3) the federal agency's views regarding the effects of the action on EFH; and 4) proposed mitigation, if applicable.

3) **EFH Conservation Recommendations** - After reviewing the EFH Assessment, NOAA Fisheries would provide recommendations to the action agency regarding measures that can be taken by that agency to conserve EFH.

4) **Agency Response** - Within 30 days of receiving the NOAA Fisheries recommendations, the action agency must respond to NOAA Fisheries. The response must include a description of measures proposed by the agency for avoiding, mitigating, or offsetting the impact of the activity on EFH. For any conservation recommendation that is not adopted, the action agency must explain its reason to NOAA Fisheries for not following the recommendation.

We consolidated EFH consultations for the Weaver's Cove LNG Project with the interagency coordination procedures required under NEPA. For purposes of reviewing this project under NEPA, the FERC is the lead federal agency and the COE, EPA, NOAA Fisheries, and Coast Guard are cooperating federal agencies (see section 1.4). As such, the FERC requested that NOAA Fisheries consider the draft EIS notification of initiation of EFH consultation. NOAA Fisheries provided comments and conservation recommendations to the draft EIS and the EFH Assessment. Those comments and recommendations are responded to herein.

**Managed Fish Species**

NOAA Fisheries Northeast Regional Office (National Marine Fisheries Service (NMFS), 2003) EFH designations tables identify potential EFH within the project area for 14 fish species. NOAA Fisheries subsequently reported that 3 of the 14 species (American plaice, Atlantic mackerel, and cobia) are not likely to occur in the project area, while two additional species (little skate and winter skate) should be added to the EFH analysis. None of these managed stocks are endangered or threatened under the ESA. Table 4.6.2-2 summarizes the EFH required by these species by life history stage. This information was primarily obtained from NOAA Fisheries' *Essential Fish Habitat Source Documents* prepared for individual species. The primary categories of EFH for these species include water column, benthic habitats, and man-made structures. Prey for managed fish species comprise a critical component of EFH. Potential effects of the proposed project on these habitats and prey species are discussed below.

TABLE 4.6.2-2

**Major EFH Categories for Managed Species in the Project Area**

| Species/ Life Stage | EFH Characteristics a/ | Seasonal Occurrence in Project Area |
|---|---|---|
| Windowpane Flounder | | |
| Eggs: | Pelagic; surface waters; < 70 m | April - September |
| Larvae: | Pelagic; < 70 m | May - September |
| Juveniles: | Demersal; nearshore bays and estuaries; < 75 m; fine sandy sediment | January - October, December |
| Adults: | Demersal; nearshore bays and estuaries; < 75 m; fine sandy sediment | Year round |
| Haddock | | |
| Eggs: | None b/ | None |
| Larvae: | Pelagic; surface waters; 30 - 90 m; 34 - 36 ppt | March - November |
| Juveniles: | None | None |
| Adults: | None | April - June |
| Red Hake | | |
| Eggs: | None | May - September |
| Larvae: | Pelagic; surface waters; < 200 m; > 0.5 ppt | May - October |
| Juvenile: | Demersal; < 100 m; 31 - 33 ppt; shell fragments | April - February |
| Adults: | Demersal; 10 - 130 m; 33 - 34 ppt; sand, mud | Year round |
| Winter Flounder | | |
| Eggs: | Demersal; 10 - 32 ppt; < 6 m; mud to sand or gravel | January - April |
| Larvae: | Demersal; 3.2 - 30 ppt; 1- 4.5 m; fine sand, gravel | February - May |
| Young of Year: | Demersal; 23 - 33 ppt; 0.5 - 12 m; mud to sand with shell or leaf litter | Year round |
| Juveniles: | Demersal; 19 - 21 ppt; 18 - 27 m; mud, shell | Year round |
| Adults: | Demersal; 15 - 33 ppt; 1 - 30 m; mud, sand, cobble, rocks, boulders | Year round |
| Black Sea Bass | | |
| Eggs: | Pelagic; 0 – 200 m | May - October |
| Larvae: | Demersal; structured inshore habitats | May - November |
| Juveniles: | Mostly offshore; < 24 m; shell patches, shallow hard bottoms with structure | April - August |
| Adults: | Demersal; 25 - 30 ppt; 6 - 38 m; rocks, sand, and shell substrates | May - October |
| Atlantic Sea Herring | | |
| Eggs: | None | October - December |
| Larvae: | Pelagic; 50 - 90 m; 32 ppt | March - April |
| Juveniles: | Pelagic and demersal; 15 - 135 m; 26 - 32 ppt | Year round |
| Adults: | Pelagic and demersal; 20 - 130 m; > 28 ppt; gravel, sand, cobble | Year round |
| Bluefish | | |
| Eggs: | None | None |
| Larvae: | None | May - August |
| Juveniles: | Pelagic; 23 - 33 ppt; 6 - 15 m; shorelines, sand, mud, silt, clay | April - August |
| Adults: | Pelagic; ocean salinities; not common in bays or larger estuaries | April - September |
| Scup | | |
| Eggs: | Planktonic; < 50 m; > 15 ppt | April - June |
| Larvae: | Pelagic; < 50 m; > 15 ppt | May - August |
| Juveniles: | Demersal; > 38 m; sand, silty sand, mud; > 15 ppt | April - September |
| Adults: | Demersal; < 30 m; fine to silty sand, mud, mussel beds, rock, other structures; > 15 ppt | April - September |
| Summer Flounder | | |
| Eggs: | None | None |
| Larvae: | Pelagic; tidal creeks and creek mouths; 10 - 70 m; 23 - 33 ppt | September - February |
| Juveniles: | Demersal; lower estuary; flats, channels, salt marsh; 22 - 35 ppt; sandy substrate; mud bottom, shell hash | May - October |

TABLE 4.6.2-2 (cont'd)

**Major EFH Categories for Managed Species in the Project Area**

| Species/ Life Stage | EFH Characteristics a/ | Seasonal Occurrence in Project Area |
|---|---|---|
| Adults: | Demersal; sand; < 25 m; 18 - 35 ppt | May - October |
| Little Skate | | |
| Eggs: | Demersal; mud, sand, or gravel; < 27 m | June - January |
| Juveniles: | Demersal; 1 - 65 m; 15 - 35 ppt | April - May, September – November |
| Adults: | Demersal; 1 - 75 m; 18 - 35 ppt | April - May, September – November |
| Winter Skate | | |
| Eggs: | Demersal; mud, sand, or gravel | June - January |
| Juveniles: | Demersal; 1 - 75 m; 15 - 35 ppt | April - May, September - November |
| Adults: | Demersal; 1 - 75 m; 20 - 33 | April - May, September - November |
| **Coastal Migratory Pelagics** | | |
| King Mackerel | | |
| Sandy shoals of capes and offshore bars; high profile rocky bottom; coastal inlets; > 30 ppt | | |
| Spanish Mackerel | | |
| Sandy shoals of capes and offshore bars; high profile rocky bottom; coastal inlets; > 30 ppt | | |

a/ Values presented describe general physical and chemical habitat requirements for the associated life stage. Preferred salinity and depth ranges are in parts per thousand (ppt) and meters (m), respectively.

b/ None - Denotes life stages or species that do not have EFH designated in the project area.

## Potential Effects on EFH

The majority of potential impacts of the proposed project on EFH would be similar to those impacts previously described in this section and in section 4.3.2. However, a discussion of those impacts directly related to designated EFH is included below. A summary of the impacts on managed fish species is included in table 4.6.2-3.

TABLE 4.6.2-3

**Summary of Potential Impacts on Specific Life Stages of Federally Managed Fish Species**

| Species/Group | Potential Impacts During Dredging and Trenching | | | LNG Ship Traffic During Operation |
|---|---|---|---|---|
| | Suspended Sediments/Turbidity in Water Column | Sediment Deposition a/ | Benthic Habitat Alteration | |
| Windowpane flounder | Eggs, larvae | | Juveniles, adults | Eggs, larvae |
| Haddock | Larvae | | | Larvae |
| Red hake | Larvae | | Juveniles, adults | Larvae |
| Winter flounder | | Eggs, larvae | Eggs, larvae, juveniles, adults | Eggs, larvae |
| Black sea bass | | | Adults | |
| Atlantic sea herring | Larvae, juveniles, adults | | Juveniles, adults | Larvae |
| Bluefish | Juveniles, adults | | | |
| Scup | Eggs, larvae | | Juveniles, adults | Eggs, larvae |
| Summer flounder | Larvae | | Juveniles, adults | Larvae |
| Little skate | | Eggs | Eggs, juveniles, adults | Eggs, juveniles, adults |
| Winter skate | | Eggs | Eggs, juveniles, adults | Eggs, juveniles, adults |
| King mackerel | | | X b/ | |
| Spanish mackerel | | | X | |
| Anadromous Fish (prey) | X | | X | X |
| Shellfish (prey) | X | X | X | X |

a/ Juveniles and adults are expected to be physically able to avoid impacts of sediment deposition.
b/ "X" denotes that impacts on species or group are likely to occur, but specific life stages are not designated.

### Water Column

The water column in the vicinity of the proposed LNG terminal serves as EFH for various life stages of several species and their prey by providing habitat for spawning, breeding, feeding, growth, and shelter. The managed species that use water column habitats include windowpane flounder, haddock, red hake, Atlantic sea herring, bluefish, scup, and summer flounder. Additionally, prey species for many of these species also occur within the water column. Weaver's Cove Energy's proposal to dredge up to approximately 2.6 million cubic yards of sediments from the federal navigation channel, turning basin, and the pipeline crossing in the Taunton River and Mount Hope Bay would increase the level of suspended sediments and the turbidity of the water. These activities would also potentially release contaminants contained within the sediments into the water column, and reduce dissolved oxygen concentrations by releasing oxygen-demanding materials (decomposing organic materials contained within the sediments).

As previously discussed, the results of Weaver's Cove Energy's sediment sampling indicate that mercury levels exceed ERL, PEL, and ERM criteria in all dredging areas. The 95 percent UCL concentrations of all other compounds are lower than ERM criteria and generally lower than PEL criteria, although the 95 percent UCL concentrations of some PAHs and some metals are higher than PEL criteria between the Braga Bridge and the lower end of the turning basin. Elutriate tests performed on sediment samples collected from the project area indicate that with the exception of zinc and copper, chemicals would remain tightly adsorbed to sediments during dredging, would be below published EPA AL-CMC and AL-CCC levels, and would not be released into the water column in high concentrations.

Seasonal migrations by managed fish species and their prey occur within the Taunton River and Mount Hope Bay. Generally, migratory fish populations can be impacted by increased concentrations of suspended sediments if dredging activities occur during migratory periods. High concentrations of suspended sediment may delay or divert migratory passage and in some instances could cause total avoidance of an area by fish. These potential effects could be exacerbated if the migrating fish are in generally poor condition and under stress by other factors. Disturbance of migratory fish patterns, including disturbance of pelagic prey species migrations, could also adversely affect fish and their ability to find food resources. Decreased foraging success could have physiological effects on fish, including lowered reproductive rates, decreased competitive fitness, and increased risk of mortality.

However, we do not believe that the increased turbidity that would result from this project would significantly disrupt managed migratory fish or their prey. These fish generally ascend rivers when flows (and consequently, turbidity levels) are high. Thus these fish are quite tolerant of high turbidity conditions. Additionally, as Weaver's Cove Energy's modeling indicates, the TSS levels associated with suspended sediment plumes are expected to be far below the levels migrating fish can tolerate. Moreover, the sediment plumes are not expected to encompass the width of the entire river, thus migrating fish could and likely would avoid the plumes to reach undisturbed spawning areas upstream of the construction activities.

Benthic Habitats

Benthic habitats may consist of intertidal mudflats (inundated during high tides) and subtidal substrates (permanently covered by water). Intertidal mudflats serve as important nursery and feeding areas for many bird, fish, and invertebrate species. Subtidal substrates are important feeding habitats for fish and benthic species that feed on polychaete worms and mollusks inhabiting these areas. Managed species that use benthic habitats for spawning or foraging are windowpane flounder, red hake, winter flounder, black sea bass, scup, summer flounder, little skate, winter skate, and coastal migratory pelagics. Dredging in these habitats would result in the displacement or mortality of the marine organisms that inhabit the immediate area of disturbance. Dredging would also increase the turbidity and sedimentation in adjacent communities, release contaminants and oxygen-consuming substances, and alter hydrologic regimes and physical habitats. Similar to potential effects of increased suspended sediments on prey species within the water column, displacement or mortality of demersal organisms near the project could reduce the availability of prey species inhabiting benthic communities. The subsequent potential reduction in foraging success could also affect managed fish species similar to impacts for the water column impacts discussed above.

Based on the results of sediment sampling in the proposed dredging area, the deposition of sediments is not anticipated to significantly change the concentration of any pollutant in the area or have an adverse effect on benthic communities. The results of SSFATE modeling indicate that the deposition of suspended sediments would be localized and confined largely to the dredged area. Mobile species and life stages adjacent to the dredging footprint would likely burrow out of any accumulation of redeposited sediments. However, the results of the SSDOSE modeling indicate that the deposition of suspended

sediments resulting from the current project design could affect winter flounder eggs. Dredging of the turning basin would directly affect winter flounder spawning habitat. Potential impacts on winter flounder spawning habitat and eggs were discussed previously in this section.

Man-Made Structures

Man-made structures built in aquatic environments often provide habitat for fish and other aquatic organisms. Man-made structures currently within the project area include an existing wooden pier and mooring dolphins offshore of the LNG terminal site. Of the managed species potentially occurring within the project area, only adult scup are likely to use man-made structures regularly. The existing structure would be removed and replaced with a new ship unloading facility consisting of a concrete structure supported on steel piles and connected to shore by two trestles. Additionally, two breasting dolphins and four mooring dolphins would be constructed. Although there would be a temporary loss of habitat during the period between removal of the existing structure until completion of the new unloading facility, the habitat lost from removal of the existing pier would likely be replaced and perhaps supplemented with development of the new structure.

**Cumulative Impact Analysis**

Cumulative impact results when impact associated with a proposed project is superimposed on or added to impact associated with past, present, or reasonably foreseeable future projects within the area affected by the proposed project. Although the individual impacts of the separate projects might be minor, the additive effects from all the projects could be significant.

Existing environmental conditions in the project area reflect extensive changes based on past projects and activities. For example, substantial impacts have occurred and continue to occur because of water quality degradation from point and non-point source pollution along the Taunton River. Residential, commercial, and industrial developments are directly impacting EFH by dredging or by affecting the watershed. Point source discharges from industry, wastewater treatment plants, and the Brayton Point and Montaup Power Plants, combined with septic tank leachates, stormwater runoff, and oil and chemical spills contribute to lower water quality and degraded fishery habitats.

The final EIS provides a detailed environmental analysis of the effects of construction and operation of the Weaver's Cove LNG Project and our recommendations to mitigate environmental impact. Construction of the Weaver's Cove LNG Project would adversely affect surface water quality and biological resources associated with Mount Hope Bay and the Taunton River. Specific project activities such as dredging, dredge disposal, pipeline installation, hydrostatic testing, and upland clearing/grading could result in a variety of impacts related to aquatic resources that include:

- increased water turbidity and resuspension of sediments;
- surface runoff/erosion;
- loss of wetland or upland vegetation;
- disturbance to benthic substrates (e.g., quahog habitats);
- entrainment and impingement of aquatic organisms; and
- potential spills of hazardous substances.

Although mitigation would lessen these impacts, gradual and cumulative impacts that could result from the construction and operation of the proposed project and other projects in the area and within the near future would result in some unavoidable adverse effects on the existing environment. However, the cumulative impact of dredging, pipe installation, and other damage to benthic habitats, when conducted in