**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND C.R.M.C., *ET AL.*** | : | |

**ASSENTED-TO MOTION FOR 3-DAY EXTENSION OF TIME**
**IN WHICH TO FILE AFFIDAVIT IN SUPPORT OF REPLY MEMORANDUM**

The defendant state hereby moves for an extension of time from Wednesday, February 27, 2008 until Monday, March 3, 2008, in which to file an affidavit in support of the Reply Memorandum being filed herewith. This is necessitated by mechanical difficulties in securing a signature together with the temporary illness of the undersigned counsel.

Undersigned counsel has obtained the assent of opposing counsel as to this delay (which assent does not waive any rights as to the appropriateness of the affidavit).

Respectfully submitted,

Defendants,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served by electronic means (ECF) on this 27th day of February, 2008 to the following:

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

Bruce F. Kiely
Baker Botts, LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2400

/s/ Michael Rubin