# Section 200.5
# Type 5 Commercial and Recreational Harbors

## A. Definition

These waters are adjacent to waterfront areas that support a variety of tourist, recreational, and commercial activities. They include all or portions of the following harbor areas:

(1) Newport Harbor
(2) Bristol Harbor
(3) Warren waterfront
(4) Wickford Harbor
(5) Old Harbor, Block Island
(6) East Greenwich Harbor
(7) Watch Hill Harbor

## B. Findings

1. Type 5 waters all support a vibrant mix of commercial and recreational waterfront activities. All have important historic value that must be preserved. Competition for space is intense in all Type 5 waters, commercial fishing vessels, recreational boats, and ferries compete for limited water space, while waterfront businesses of many varieties vie for a position on the waterfront. The visual quality of these areas is highly important, since all are centers for tourism.

## C. Policies

1. The Council's goals are to maintain a balance among diverse port-related activities, including recreational boating, commercial fishing, restaurants, and other water-enhanced businesses; to promote the efficient use of space; and to protect the scenic characteristics that make these areas valuable to tourism.

2. The highest priority uses of Type 5 waters and adjoining land areas within Council jurisdiction are (a) berthing, mooring, and servicing of recreational craft, commercial fishing vessels, and ferries; (b) water-dependent and water-enhanced commerce, including businesses catering to tourists; (c) maintenance of navigational channels and berths, and removal of obstructions to navigation; and (d) activities that maintain or enhance water quality and scenic qualities, including the preservation of historic features. The Council shall suitably modify or prohibit activities that significantly detract from or interfere with these priority uses.

3. Applicants for Council Assents for alterations or activities in Type 5 waters shall describe measures taken to mitigate impacts on the scenic quality of the area (see Section 330).