IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *et al.*,<br><br>*Defendants*. | Case No. 07-246-S |

**PLAINTIFF'S MOTION TO STRIKE PORTIONS OF BRIEF, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Weaver's Cove Energy, LLC, hereby moves to strike portions of brief or, in the alternative, for leave to file a surreply in support of its motion for summary judgment in the form attached hereto as Exhibit A. The reasons for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Gregory L. Benik
Gregory L. Benik (#1515)
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, R.I. 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com
*Attorney for Weaver's Cove Energy, LLC*

Dated: March 18, 2008

Of Counsel:

Bruce F. Kiely
G. Mark Cook
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(phone) 202-639-7700
(fax) 202-585-1035

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2008, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, Goldlaw@cox.net
Michael Rubin, mrubin@riag.ri.gov
Paul J. Roberti, proberti@riag.ri.gov