AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Weaver's Cove Energy, LLC

v.

Rhode Island Coastal Resources Management Council, et al.

**APPEARANCE**

Case Number: 07-246-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WEAVER'S COVE ENERGY, LLC.

I certify that I am admitted to practice in this court.

5/6/2008
Date

Signature

John B. Garry
Print Name

6318
Bar Number

931 Jefferson Boulevard, Suite 2008
Address

Warwick
City

Rhode Island
State

02886
Zip Code

(401) 738-2940
Phone Number

(401) 732-5054
Fax Number