**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND C.R.M.C., *ET AL.*** | : | |

## ***INSTANTER* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

The Defendants (state officials) hereby respectfully move for an order granting them leave to file a supplemental memorandum in support of their motion for summary judgment (and, correspondingly, in opposition to that of the plaintiff, Weaver's Cove) in the form attached hereto as Exhibit A (which Exhibit A – five pages in length exclusive of signatures – is hereby proffered and tendered as said Supplemental Memorandum, and which would become operative should this motion be granted). The reasons for this motion are set forth in an accompanying memorandum.

Respectfully submitted,

State of Rhode Island, By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

| | |
|---|---|
| /s/ Brian A. Goldman<br>Brian A. Goldman, Esq., (Bar #3940)<br>Counsel for CRMC<br>681 Smith Street<br>Providence, R.I. 02908 | /s/ Michael Rubin<br>Michael Rubin, Esq., (Bar #3656)<br>Assistant Attorney General<br>150 South Main Street<br>Providence, R.I. 02903 |

## **CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served by electronic means (ECF) on this 16th day of May, 2008 to the attorney(s) of record listed below:

| | | |
|---|---|---|
| Gregory L. Benik, Esquire<br>gbenik@jreri.com | Bruce F. Kiely, Esquire<br>Bruce.kiely@bakerbotts.com | John B. Garry, Esquire<br>johnbgarry@aol.com |

/s/ Michael Rubin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WEAVER'S COVE ENERGY, LLC** | : | |
| | : | |
| **v.** | : | **CA. No. 07-246S** |
| | : | |
| **RHODE ISLAND C.R.M.C., *ET AL.*** | : | |

**MEMORANDUM IN SUPPORT OF *INSTANTER* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

As this Court is aware, on April 28, 2008, the court heard oral argument on cross-motions for summary judgment and, on May 8, a chambers conference was held. Partly as a result of these events, the implications of the precise nature of the relief sought have come into sharper focus. Specifically, the efficacy of the following prayed-for element of relief is separately challenged by the State:

> Weaver's Cove respectfully request[s] that this Court . . . **declare** that Rhode Island's **concurrence** with this project under the CZMA **is conclusively presumed** as a matter of law, . . ..

Amended Complaint Page 3, ¶ 6 (emphasis added).

As mentioned in chambers, a certain issue has crystallized on which the defendant state officials wish to advance argument: Does this particular demanded remedy (and the claim giving rise to it) violate the rule that past events, even those with current consequences, cannot be addressed in an *Ex Parte* Young action and is barred by sovereign immunity?

Moreover, with respect to the same element of relief, the State wishes to bring to the Court's attention a new intervening legal development (occurring after the oral argument) in the proceedings underlying this particular case in the form of a very recent court decision: Weaver's Cove Energy, LLC v. Rhode Island, 2008 WL 1932773 2 (D.C. Circ. May 2, 2008) ("The state agencies' inaction, however, cannot support WCE's standing . . ..").

The latter matter was impossible to address at the time of oral argument (as it had not taken place). The former, concededly, could have been raised, but, on balance, the interests of justice are advanced by this indulgence.

The State defendants respectfully request that the Court accept the five-page (exclusive of signatures, etc.) Supplemental Memorandum lodged herewith, wherein the State defendants address the substance of these matters.

Respectfully submitted,

State of Rhode Island,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Michael Rubin
Michael Rubin, Esq., (Bar #3656)
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903

/s/ Brian A. Goldman
Brian A. Goldman, Esq., (Bar #3940)
Counsel for CRMC
681 Smith Street
Providence, R.I. 02908

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the within document was served by electronic means (ECF) on this 16th day of May, 2008 to the attorney(s) of record listed below:

| | | |
|---|---|---|
| Gregory L. Benik, Esquire<br>gbenik@jreri.com | Bruce F. Kiely, Esquire<br>Bruce.kiely@bakerbotts.com | John B. Garry, Esquire<br>johnbgarry@aol.com |

/s/ Michael Rubin