IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WEAVER'S COVE ENERGY, LLC,

*Plaintiff,*

vs.

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, *et al.*,

*Defendants.*

Case No. 07-246-S

**WITHDRAWAL OF APPERANCE**

I, John B. Garry, hereby withdraw my appearance on behalf of the Plaintiff, Weaver's Cove Energy, LLC.

Plaintiff,

WEAVER'S COVE ENERGY, LLC

By their attorneys,

/s/ John B. Garry

John B. Garry (#6318)
Gregory L. Benik (#1515)
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, R.I. 02886
(telephone) 401-738-2940
(facsimile) 401-732-5054
johnbgarry@aol.com

Dated: May 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2008, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Brian A. Goldman, Goldlaw@cox.net
Michael Rubin, mrubin@riag.ri.gov
Paul J. Roberti, proberti@riag.ri.gov

John B. Garry